```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF TENNESSEE
                  NASHVILLE DIVISION


MICHAEL KULAKOWSKI,             )
                                )
     Plaintiff,                 )
                                )
vs.                             ) CASE NO.
                                ) 3:16-CV-02510
                                )
WESTROCK SERVICES, INC.,        )
                                )
     Defendant.                 )
```

DEPOSITION OF

TRACYE BRYANT

Taken on Behalf of the Defendant

November 9, 2017

Commencing at 10:10 a.m.

---

Reported by:  Jerri L. Porter, RPR, CRR
Tennessee LCR No. 335
Expires:  6/30/2018

Brentwood Court Reporting Services
(615)791-6983 * * * (888)991-DEPO

Case 3:16-cv-02510   Document 32-11   Filed 01/26/18   Page 1 of 7 PageID #: 190

Page 44

1  call into a number, then it will go -- it will end
2  up going straight back to Tommy, and I don't want to
3  be fired. He's already said that he would fire
4  anybody that reported him.
5      So we were always back and forth about what
6  he should do or how he should be handling it.
7  Q    Do you recall when that conversation was
8  when you asked him who's over the plant, who's
9  outside of the plant?
10 A    I don't recall when that conversation was,
11 no. But he didn't feel safe doing that.
12 Q    Okay.
13 A    He didn't feel safe going outside. I don't
14 even know that I would feel safe, picking up a phone
15 and calling somebody on a phone and reporting
16 something.
17 Q    But he indicated that there was a hotline?
18 A    Somebody gave him a number that he could
19 call, but he did not feel comfortable calling that
20 number.
21 Q    Can you estimate when -- I mean, was this
22 five years ago?
23 A    I cannot.
24 Q    Three years ago?
25 A    I cannot.

1  Q      Was it after any specific incident?
2  A      I have no idea.  But you have to understand,
3  he did not feel comfortable calling that number
4  because you don't even know who you're getting or
5  what it is or -- your concern is that it goes
6  straight back to Tommy Whited.  Or his concern is
7  that it went straight back to Tommy Whited.
8  Q      Did you personally ever witness
9  Mr. Kulakowski complain to anybody about Tommy
10 Whited?  Like were you there --
11 A      No.
12 Q      -- and witnessed it?
13 A      No.
14 Q      Did Mr. Kulakowski ever indicate that
15 Mr. Whited did this to anybody else?
16 A      I asked him if he did that to anybody else.
17 Q      What did he say?
18 A      I don't recall at this moment whether he
19 said he had done it to somebody else, but he did not
20 treat anybody like he did him.  I do believe he said
21 that he had.  I can't -- I couldn't swear to that.
22 I could not swear under oath about that.
23 Q      Okay.  Did Mr. Kulakowski ever indicate that
24 he thought that these things that Tommy was doing to
25 him were sexual harassment?

1  A  Yes.
2  Q  Okay. When did he start telling you that?
3  A  I don't recall a specific date that he felt
4  like it was sexual harassment.
5  Q  Has it been years ago or recently?
6  A  I don't recall exactly.
7  Q  Do you know if it's before or after he filed
8  his lawsuit?
9  A  Oh, it was before.
10 Q  Okay. Do you know if it was before or after
11 he sought out legal advice?
12 A  You're talking about the abuse?
13 Q  Where he thought what was happening to him
14 amounted to sexual harassment.
15 A  Well, I even think -- I'm the one that said
16 to Michael that that's considered sexual harassment
17 in the workplace.
18 Q  Okay. But you don't recall when you would
19 have --
20 A  No, not really.
21 Q  Did Mr. Kulakowski ever indicate to you that
22 he had called outside of the plant, up to the
23 corporate office or anything like that, to report
24 Mr. Whited?
25 A  No.

1  Q      Okay.
2  A      Not to my memory.
3  Q      Do you know whether or not Mr. Whited still
4  works at WestRock?
5  A      According to Michael, Tommy Whited does not
6  work there anymore.
7  Q      Okay. Since Mr. Whited has left WestRock,
8  has Mr. Kulakowski reported any other incidents of
9  abuse or inappropriate conduct?
10 A      From people working there now?
11 Q      Yes.
12 A      No.
13 Q      Okay. Did Mr. Kulakowski discuss with you
14 any sort of investigation that was taking place by
15 folks outside of the plant?
16 A      He talked about somebody coming in to
17 interview people about things that had went on in
18 the plant.
19 Q      Okay. Did he -- tell me what he told you
20 about that.
21 A      He said that after this had come out -- I
22 guess somebody had reported something on Tommy.
23 Somebody finally made a report about the things he
24 was doing.
25        We were on vacation, and he got a call -- we

1  had gone to go see my girlfriend in Chattanooga, and
2  he got a call there that something had been said --
3  something that had been reported about Tommy Whited,
4  so that when he got back, he needed to be aware that
5  this had been done and they had reported the abuse
6  he was doing to Michael, along with some other
7  things.
8      So, Michael worried about that then the
9  entire -- it was just two or three days that we were
10 down there, and he was consumed with it then, afraid
11 he was going to lose his job, that he would think
12 that it was him that reported it.
13     So, he went to work, and evidently people
14 started coming in and asking people questions and
15 sitting down with people one on one and talking to
16 them about different things that were going on in
17 the plant.
18 Q    Did Mr. Kulakowski tell you that he provided
19 a statement during that investigation?
20 A    I believe he did.
21 Q    Did he tell you what -- anything about the
22 details of --
23 A    No.
24 Q    Okay. Have you observed any, I guess,
25 symptoms of what you would consider emotional

```
 1                    REPORTER'S CERTIFICATE
 2
 3             I, Jerri L. Porter, RPR, CRR, Notary
 4   Public and Court Reporter, do hereby certify that I
 5   recorded to the best of my skill and ability by
 6   machine shorthand all the proceedings in the
 7   foregoing transcript, and that said transcript is a
 8   true, accurate, and complete transcript to the best
 9   of my ability.
10             I further certify that I am not an
11   attorney or counsel of any of the parties, nor a
12   relative or employee of any attorney or counsel
13   connected with the action, nor financially
14   interested in the action.
15             SIGNED this 21st day of November, 2017.
16
17
18
19
20   
     _____
21        Jerri L. Porter, RPR, CRR
22   My Notary commission expires:  2/19/2018
23   Tennessee LCR No. 335
     Expires:  6/30/2018
24
25
```