```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF TENNESSEE
                  NASHVILLE DIVISION


MICHAEL KULAKOWSKI,              )
                                 )
     Plaintiff,                  )
                                 )
vs.                              ) CASE NO.
                                 ) 3:16-CV-02510
                                 )
WESTROCK SERVICES, INC.,         )
                                 )
     Defendant.                  )
```

DEPOSITION OF

JAMES KEITH HALL

Taken on Behalf of the Plaintiff

November 15, 2017

Commencing at 9:35 a.m.

Reported by: Jerri L. Porter, RPR, CRR
Tennessee LCR No. 335
Expires: 6/30/2018

Brentwood Court Reporting Services
(615)791-6983 * * * (888)991-DEPO

Page 26

1  Q      Did you see Mr. Whited physically touch any
2  other male employees?
3  A      I can't -- I can't recall any, but it's been
4  a long time, too.
5  Q      Did any employees come to you and talk to
6  you about it?
7  A      No.
8  Q      Do you recall Mr. Kulakowski coming and
9  telling you about Tommy doing things to him?
10 A      Kuli?
11 Q      Yes.
12 A      No.
13 Q      No, you don't recall, or no, it didn't
14 happen?
15 A      No, I don't recall.
16 Q      Now, did any employees come to you and
17 complain about anything like that about Mr. Whited's
18 behaviors?
19 A      No.
20 Q      Did you ever hear Mr. Whited tell a male
21 employee to give him any kind of oral sex or hear
22 about him showing them his private parts?
23 A      No.
24 Q      Or anything like that? I'm kind of sort of
25 making the statements a little bit gentle, but did

1  MS. DOHNER SMITH: Just a couple of
2  things.
3             E X A M I N A T I O N
4  BY MS. DOHNER SMITH:
5  Q      A while back you were asked about the
6  interim general manager, Eric Underwood.
7  A      Yes.
8  Q      Is he the general manager at Humboldt, at
9  that facility?
10 A      Eric is actually the regional sales manager.
11 Q      Okay. So, when he was acting as the interim
12 general manager, was he doing his own duties and
13 filling in?
14 A      Yes.
15 Q      Okay. The presentation of results regarding
16 the survey that HR puts together, does that include
17 the names of any individuals reporting on the
18 survey?
19 A      No.
20 Q      You said that at the fulfillment center
21 there were around 65 employees with temps and all.
22 How many actual WestRock employees are at the
23 fulfillment center?
24 A      Currently, around 25.
25 Q      Okay. Do you know how many it was in like

```
 1  2006?
 2  A       Twelve.
 3                MS. COLLINS:  2006?
 4  BY MS. DOHNER SMITH:
 5  Q       I'm sorry.  2016.
 6  A       That's what I took it as, '16.
 7  Q       So there were about 12 WestRock employees in
 8  2016?
 9  A       That's close.
10  Q       What about WestRock employees at the sheet
11  plant?  How many now and how many in 2016?
12  A       Close to 30.
13  Q       Okay.  Now, temp agency, they have somebody
14  on site that handles issues with their -- with the
15  temporary employees, right?
16  A       Yes.
17  Q       And that was the case in 2016 as well?
18  A       Yes.
19  Q       Earlier you were asked about seeing people
20  slap people in the groin and you kind of made a hand
21  gesture.  Could you explain what you mean by Tommy
22  hit you in the groin or what you saw him do with
23  others?  Because it's hard to get down -- you can't
24  get down on the record physical movement in the
25  room.  Can you try to voice --
```

REPORTER'S CERTIFICATE

I, Jerri L. Porter, RPR, CRR, Notary Public and Court Reporter, do hereby certify that I recorded to the best of my skill and ability by machine shorthand all the proceedings in the foregoing transcript, and that said transcript is a true, accurate, and complete transcript to the best of my ability.

I further certify that I am not an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

SIGNED this 26th day of November, 2017.

_____
Jerri L. Porter, RPR, CRR

My Notary commission expires: 2/19/2018

Tennessee LCR No. 335
Expires: 6/30/2018

Brentwood Court Reporting Services
(615)791-6983 * * * (888)991-DEPO