IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


MICHAEL KULAKOWSKI,                     )
                                        )
        Plaintiff,                      )
                                        )
vs.                                     ) CASE NO.
                                        ) 3:16-CV-02510
                                        )
WESTROCK SERVICES, INC.,                )
                                        )
        Defendant.                      )
_____


VIDEOTAPED DEPOSITION OF

MICHAEL DAVID KULAKOWSKI

Taken on Behalf of the Defendant

November 7, 2017

Commencing at 9:55 a.m.

_____


Reported by:  Jerri L. Porter, RPR, CRR
Tennessee LCR No. 335
Expires:  6/30/2018

1    Q        And did you have to do any jail time for

2    that?

3    A        A year in prison.

4    Q        Where were you in prison?

5    A        Started out in Puerto Rico and ended up in

6    Allenwood, Pennsylvania.

7    Q        Any other time you've been in jail?

8    A        Not that I recall, ma'am.

9    Q        What about related to your habitual traffic?

10   A        I did time for that.

11   Q        How much time?

12   A        They gave me four years.  I served

13   approximately 28 months of that in the Sumner County

14   jail.

15   Q        So you served 28 months in jail for driving

16   without a driver's license?

17   A        Yes, ma'am.

18   Q        There was no other charge related to it?

19   A        No, ma'am.

20   Q        Any other convictions?

21   A        Not that I recall, ma'am.

22   Q        Have you ever given sworn testimony before,

23   like in an affidavit or --

24   A        Not that I recall ever doing.

25   Q        Have you ever been a party to a lawsuit

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 2 of 96 PageID #: 251

1   after church and all that.  So if I missed, I'd stay

2   and cook.  I like cooking.  It could be a hobby, I

3   guess you could say, too.  I'm sorry.

4   Q       How often do you cook meals for the family?

5   A       I still cook for the grandkids, you know,

6   every weekend.

7   Q       Was there ever a time that you didn't cook

8   for the kids on the weekend?

9   A       Not -- not that I recall for any kind of,

10  you know -- unless maybe I was out fishing or

11  something like that, of course.  You know, if they

12  ask me for something to eat, I'm going to fix them.

13  Q       You're currently employed; is that correct?

14  A       Yes, ma'am.

15  Q       And you're employed at WestRock?

16  A       Yes, ma'am.

17  Q       How long have you been employed at WestRock?

18  A       I think October 10th, should be 12 years

19  full time.  I quit a full-time job to go temporary

20  to work there.  I didn't get hired like I was

21  supposed to.  For a little over a year I worked

22  temp.

23  Q       So, October 2005, is that about when you --

24  A       Yes, ma'am, if I'm correct.

25  Q       Okay.  During that time, have you ever

1    that you had had a felony drug charge, correct?

2    A       Correct.

3    Q       Okay.  Now, who --

4    A       I've got marked yes on the felony

5    conviction.

6    Q       I understand that.  The next question says,

7    if yes, explain.  And you wrote DUIs?

8    A       Okay.

9    Q       But you don't remember having any DUIs?

10   A       I don't remember them.

11   Q       You did not write felony drug charge, but

12   you recall having a felony drug charge for which you

13   went to prison.  Is that correct?

14   A       That is correct.  Tommy Whited asked me how

15   long any charges like that had been, and I told him

16   about the marijuana charge back in the -- when I was

17   22 or 23 years old.  And he said, well, I wouldn't

18   even put that down, so I did what he told me to do.

19   Q       Okay.  So, did Tommy -- Tommy Whited, he's

20   the one that hired you at WestRock?

21   A       Yes, ma'am.

22   Q       What position did he hire you into?

23   A       Material manager.

24   Q       What position are you in now?

25   A       Shipping and receiving manager.

1    is my boss and I'm told Larry Eden is my boss.   I

2    guess Larry Eden is my boss.

3    Q      Okay.   Well, why don't you run me through

4    the hierarchy at the fulfillment center.   So, at the

5    top of the food chain there's a general manager; is

6    that correct?

7    A      There is a new general manager.   I believe

8    his office is at the plant.

9    Q      Okay.

10   A      I've only seen him twice.

11   Q      All right.   What's his name?

12   A      I don't know his last name.   I know his

13   first name is Al.

14   Q      Okay.   Underneath the general manager,

15   there's a plant manager at the fulfillment center?

16   A      Before I was out with my back, Keith Hall

17   was supposed to be the plant manager at fulfillment

18   and plant manager at the plant.

19   Q      Then who's under the plant manager?

20   A      I don't guess there'd be anybody.   Michael

21   White.

22   Q      What's Michael White's position?

23   A      It used to be he ran the fulfillment, the

24   whole years I was there.   But I can't honestly

25   100 percent tell you what his title is now with all

1    the changes.  Everybody is -- I'm not trying to be

2    smart.  I'm just -- I don't know the titles anymore,

3    and I don't think a lot of people do.

4    Q      Do you know Larry Eden's title?

5    A      His e-mails coming to me say shipping

6    manager, and then my shipping manager e-mail

7    disappeared.  It just says Michael Kulakowski.

8    Q      Was that over the last year after Tommy

9    left?

10   A      Over the last six months, yes.

11   Q      Okay.

12   A      Larry was plant manager, from my

13   understanding, 40-something years, and when all of

14   this happened, he, I guess, demoted down to shipping

15   manager.

16   Q      What about when Tommy was still with the

17   company?  He was the general manager?

18   A      Yes, ma'am.

19   Q      And then Larry was the plant manager?

20   A      Yes, ma'am.

21   Q      Then what was Mike White's position then?

22   A      I always thought he was the plant manager at

23   fulfillment.

24   Q      Okay.  So, was Larry Eden plant manager at

25   the other facility?

Case 3:16-cv-02510  Document 32-17  Filed 01/26/18  Page 6 of 96 PageID #: 255

1    A       That was my understanding.

2    Q       All right.  So Larry Eden was located at the

3    other plant?

4    A       Yes, ma'am.

5    Q       And Mike White was located at the

6    fulfillment center?

7    A       Yes, ma'am.

8    Q       Was Larry Eden ever over at the fulfillment

9    center?

10    A       Just for visits or meetings or something

11    like that.

12    Q       How often would he be there?

13    A       In reality, you could have -- you could go

14    two or three months without seeing him over there.

15    I mean, when Tommy Whited was still there and the

16    boss and having a very angry discussion about

17    something, Larry would rush over there real quick.

18    Q       So you'd see him -- you'd see Larry at the

19    fulfillment center once every three or four months?

20    A       Yeah.  I mean, it could go that long without

21    seeing him over, yes, it could.

22    Q       Okay.  And how long would he typically be

23    there at the fulfillment center?

24    A       Couple of hours.

25    Q       And he'd typically come over there when

Case 3:16-cv-02510  Document 32-17  Filed 01/26/18  Page 7 of 96 PageID #: 256

1  production didn't get run, and so on, so on.  They

2  had meetings in the mornings over that.

3  Q       And it was Tommy's ultimate responsibility

4  to enforce all of the company's policies and

5  procedures?

6  A       Yes, ma'am.

7  Q       What about Terri Henley?  Who is Terri

8  Henley?

9  A       HR out of -- human resource out of Norcross,

10 Georgia.  I believe that's where she's stationed.

11 Q       So she's like a divisional HR director or

12 unit HR director?

13 A       If I'm correct.  I've only seen her very few

14 times.

15 Q       Well, she's helped you in the past with work

16 comp issues, right?

17 A       Not that I know of.  I never drawed workers'

18 comp.

19 Q       But did you have to take -- you've taken

20 leave, though.  I thought you were hurt.  You hurt

21 your back before in the past at --

22 A       Yes, but it --

23 Q       -- at WestRock?

24 A       I didn't turn it in as workman's comp

25 because Tommy said he'd fire me, so -- and he'd say

1  so...
2  BY MS. DOHNER SMITH:
3  Q      So there's corporate HR people outside of
4  Gallatin, Tennessee?
5          MS. COLLINS:  Objection to form.
6  BY MS. DOHNER SMITH:
7  Q      As far as you know?
8  A      Yes, ma'am, as far as I know.
9  Q      Okay.  Throughout your employment with the
10 company, you've received copies of the employee
11 handbook, correct?
12 A      Apparently.
13 Q      And the company's code of conduct?  I'm
14 going to ask you to take a look at these documents.
15 Are these all documents you signed, acknowledging
16 your receipt of the company handbook and code of
17 conduct?
18 A      That looks like my signature.
19         MS. DOHNER SMITH:  Let's go ahead and
20 mark that Number 3.
21         (Marked Exhibit No. 3.)
22 BY MS. DOHNER SMITH:
23 Q      I'm going to ask you to take a look at this
24 document.  Do you have any reason to dispute that
25 this is the company's 2011 employee handbook?

1    MS. COLLINS:  These aren't Bates

2  labeled, Exhibit Number 3.  Have these been

3  produced?

4    MS. DOHNER SMITH:  Yeah.  These were in

5  the packet that I gave you when you came in.

6    MS. COLLINS:  I didn't get a packet

7  when I came.

8    MS. DOHNER SMITH:  When you came to my

9  office, I handed you a packet.

10    MS. COLLINS:  Oh, yeah.  Okay.  They

11  just weren't Bates labeled?

12    MS. DOHNER SMITH:  They should have

13  been.  She may have just printed off a copy that

14  wasn't Bates labeled.

15    MS. COLLINS:  Okay.

16  BY MS. DOHNER SMITH:

17  Q    Do you have any reason to dispute this was

18  the company handbook in 2011 that was issued?

19  A    I mean, I don't guess I can dispute it.  I

20  don't remember it, but...

21  Q    You signed a form stating that you received

22  it, correct?

23  A    I guess so, ma'am.  There's my signature.

24    MS. COLLINS:  Objection to form.

25

1  BY MS. DOHNER SMITH:

2  Q      Okay.  I'll have you take a -- if you kind

3  of go through, down at the bottom there's going to

4  be some pages that are listed as Page 1, Page 2.  Or

5  actually just -- let's go to the -- you can just go

6  to the second page.  You don't even have to count.

7  Just -- just flip over the top page.

8  A      Okay.  I'm sorry.

9  Q      This document here on the second page

10 requires compliance with the provisions of the

11 handbook.  Any reason to dispute it says that?

12 A      No, ma'am, I guess not.

13 Q      Okay.  And it also says that violation could

14 lead to disciplinary action, including termination.

15 Any reason to dispute that?

16 A      No, ma'am.

17 Q      Okay.  If you turn to -- a few pages back,

18 up at the top it says Section A.1, Employment

19 Policies, and at the bottom it actually says Page 2.

20 Keep flipping.  I'll tell you when to stop.

21 A      (Witness complies.)

22 Q      Turn another page.

23 A      (Witness complies.)

24 Q      Or turn one page back.  My eyes are all

25 funny.  I can't see right.

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 11 of 96 PageID #: 260

1    Does that say equal opportunity -- Equal

2  Employment Opportunity Policy there down at the

3  bottom?

4  A      Yes, ma'am.

5  Q      And if you flip the page, the second

6  paragraph says, "If an employee has a question or

7  concern about, or is a victim of any type of

8  discrimination in the workplace, he or she must

9  contact his or her divisional HR director or call

10  the compliance hotline," and it provides a number;

11  is that correct?

12  A      Yes, ma'am.

13  Q      Okay.  And the company actually has a

14  corporate hotline for employees to report issues; is

15  that correct?

16  A      This says it does.

17  Q      Okay.  And it's also posted at the

18  fulfillment center in the breakroom, correct?

19            MS. COLLINS:  Objection to form.

20  BY MS. DOHNER SMITH:

21  Q      The compliance hotline?

22  A      I'm sure it is now.

23  Q      Well, it's been posted for quite some time,

24  hasn't it?

25            MS. COLLINS:  Objection to form.

1          THE WITNESS:  I don't know.

2   BY MS. DOHNER SMITH:

3   Q        If you keep turning pages down at what -- it

4   says Page 7 at the bottom.  There's a big page there

5   that says, "Compliance Hotline," correct?

6   A        Yes, ma'am.

7   Q        And it says "Four ways to report."  Is that

8   correct?

9   A        Yes, ma'am.

10  Q        And it says you can report by phone, and it

11  provides a telephone number; is that correct?

12  A        Yes, ma'am.

13  Q        And number 2, you can make a report by mail,

14  and it provides an address; is that correct?

15  A        Yes, ma'am.

16  Q        And that's an address in Norcross, Georgia,

17  correct?

18  A        It is.

19  Q        And then it says number 3 is on the

20  intranet; is that correct?

21  A        Yes.  Yes, ma'am.

22  Q        And then number 4, via the internet; is that

23  correct?

24  A        Do I have an internet?

25  Q        No.  I'm saying that there's four ways that

1    you can make reports --

2    A        Okay.

3    Q        -- to the corporate office, correct?

4    A        Okay.  Yes, ma'am.

5    Q        All right.  Now, over on the left, if you go

6    down, one, two, three, four paragraphs, the second

7    to the last paragraph, it says, "All communications

8    via the RockTenn Compliance Hotline may be made on

9    an anonymous basis."  Correct?

10   A        Uh-huh.  Yes, ma'am.

11   Q        Okay.  Do you have any reason to dispute

12   that this page has been posted at the facility?

13           MS. COLLINS:  Objection to form.

14   BY MS. DOHNER SMITH:

15   Q        Prior to 2016?

16           MS. COLLINS:  Same objection.

17           THE WITNESS:  Are you asking me if this

18   was -- do I think this was posted in 2016 or before

19   is what you're asking me?

20   BY MS. DOHNER SMITH:

21   Q        If other individuals testify that this has

22   been posted throughout the plant well in advance of

23   2016, do you have any evidence to dispute that?

24           MS. COLLINS:  Objection to form.

25           You can testify about what you know

1    about, not what other people know about or what

2    other people have testified about.

3                    THE WITNESS:  I don't know.  You know I

4    mean?

5    BY MS. DOHNER SMITH:

6    Q       Okay.  Go ahead and flip to the next page.

7    And this provides a code of business conduct and

8    ethics, correct?

9    A       Yes, ma'am.

10   Q       It sets out standards of behavior required

11   of all employees; is that correct?

12   A       Correct.

13   Q       And it states you can call the divisional HR

14   director or the legal department if you have

15   questions regarding the code of conduct, correct?

16   A       Correct.

17   Q       And in here, it includes as violations of

18   the code of conduct, falsifying any document; is

19   that correct?

20   A       I guess --

21   Q       We can go down.  If you look at the little

22   dots, one, two, three, four, five, six,

23   "Falsification or misrepresentation of any

24   documentation."

25   A       Okay.  Yes, ma'am.

1    Q       All right.  The next one says, "Violation of

2    the company's anti-harassment/nondiscrimination

3    policies."

4            So that's a violation of the code, correct?

5    A       Correct.

6    Q       All right.  Two more -- let's see.  One,

7    two -- I'm trying to count.  One, two, three,

8    four -- four more down, "Unprofessional behavior,

9    including the use of profanity and offensive

10   language."

11           That's a violation of company policy,

12   correct?

13   A       Correct.

14   Q       Four more down, "Threatening another

15   individual with bodily harm or assaulting another

16   individual at any time while on company property,

17   during working hours, or while engaged in company

18   business."

19           That is a violation of company policy,

20   correct?

21   A       Correct.

22   Q       A few more down.  It's actually, one, two,

23   three, four, five from the bottom.  "Fighting,

24   horseplay, practical jokes, or pranks while at the

25   work site or engaged in company business."

1    That's a violation of company policy,

2  correct?

3  A    Correct.

4  Q    If you turn to the next page, down there at

5  the bottom it says "Anti-harassment Policy,"

6  correct?

7  A    You said next page, correct?

8  Q    It should say Page 10 at the bottom.

9  A    Oh, I was on that other one.  I'm sorry.  My

10 fault.  I went to 9, the next.  I'm on Page 10 now.

11 Q    Okay.  Down there it says, "Anti-harassment

12 Policy."  Is that correct?

13 A    I see that.

14 Q    And it says, "It is company policy to

15 maintain a working environment free from unlawful

16 harassment."

17 A    Correct.

18 Q    "All employees must treat each other in a

19 manner free from verbal or physical harassment."  Is

20 that correct?

21 A    Yes, correct.

22 Q    And if you turn the page, now it should say

23 Page 11 at the bottom.

24 A    Okay.

25 Q    It says, "Employees who believe they have

1    been harassed must take the following immediate

2    action."

3          And if you see at the second dot there, it

4    says you should call the divisional HR director or

5    the compliance hotline, and it provides a number,

6    correct?

7    A       Correct.

8    Q       In the second two to the last dots it says

9    if harassment continues, you should contact a

10   divisional HR manager or the compliance hotline, and

11   it provides the compliance hotline number, correct?

12   A       Correct.

13   Q       If you turn to the next page, Page 12, it

14   says at the bottom.  The company has an

15   anti-violence policy, correct?

16   A       Right.  I see that.

17   Q       Okay.  And down there at the bottom at the

18   very last sentence, it says if an employee is

19   assaulted or witnesses an assault, he or she should

20   report it, and it provides that you can report it to

21   the HR director -- the divisional HR director or by

22   calling the compliance hotline, correct?

23   A       I see that.

24   Q       If you turn to -- actually, you're going to

25   have to thumb through a ways.  It says Section A.5

1    at the head -- at the top right-hand corner.  It

2    says, "Payroll, Compensation and Reimbursements

3    Policies."

4              MS. COLLINS:  Does it have a page

5    number at the bottom?

6              MS. DOHNER SMITH:  It says Page 1 at

7    the bottom again.  I think it goes through sections

8    instead of just being...

9    BY MS. DOHNER SMITH:

10   Q       Are we all on the same page, or no?

11   A       I'm back at Page 1 back here, but apparently

12   I'm --

13   Q       Does it say A.5 here?

14   A       A.4.

15   Q       A.4?  Keep going to A.5.

16   A       (Witness complies.)

17           I'm trying.  I'm sorry.

18   Q       It's okay.

19   A       Okay.  I'm at A.5.

20   Q       All right.  Does it say, "Timekeeping

21   Records" up there at the top?

22   A       Yes, ma'am.

23   Q       All right.  And if you first -- if you read

24   that first sentence, it says that employees are

25   responsible for recording their hours worked each

1   down via the timekeeping system.  Is that correct?

2   A       I've read that.  I read that.

3   Q       So employees are required to punch in and

4   out for work, they're required to keep their time,

5   correct?

6   A       Yes, ma'am.

7   Q       Okay.  And at the bottom it says, falsifying

8   time records may be subject to immediate

9   termination, just above paycheck distribution.

10  A       Correct.

11              MS. DOHNER SMITH:  Do you need to take

12  a break?  I see you kind of rubbing your -- we can

13  take a quick break if you want.

14              THE WITNESS:  That would be very nice,

15  if you didn't mind.

16              MS. DOHNER SMITH:  Okay.  We can.

17              VIDEOGRAPHER:  We are going off the

18  record.  The time on the monitor is 11:31 a.m.

19              (Recess observed.)

20              VIDEOGRAPHER:  We are back on the

21  record.  The time on the monitor is 11:39 a.m.

22              MS. DOHNER SMITH:  Before I forget,

23  let's go ahead and mark the 2011 handbook as

24  Number 4.

25              (Marked Exhibit No. 4.)

1  BY MS. DOHNER SMITH:

2  Q      Mr. Kulakowski, I'll remind you that you are

3  under the same oath that you gave at the outset of

4  the deposition.

5         Do you understand that?

6  A      Yes, ma'am.

7  Q      Is there anything from your previous

8  testimony that you need to change or revise?

9  A      Not -- no, ma'am.

10 Q      We're not going to go through this whole one

11 either.  I'm just going to ask you to take a look at

12 this and tell me if you have any reason to dispute

13 that this is the company handbook that was put out

14 in 2013.

15         MS. COLLINS:  This one says 2011.

16         MS. DOHNER SMITH:  It's revised 2013 at

17 the top page.  The only -- I think the only thing

18 they added is like there's several pages at the

19 beginning.

20 BY MS. DOHNER SMITH:

21 Q      Do you have any reason to dispute that's the

22 handbook that was put out in 2013?

23 A      I don't dispute it.  I haven't seen it, but

24 I don't dispute it.

25         MS. DOHNER SMITH:  We'll go ahead and

1    mark that Number 5.

2                (Marked Exhibit No. 5.)

3                THE WITNESS:   Thank you.

4    BY MS. DOHNER SMITH:

5    Q        During the course of your employment, you

6    were also provided with copies of the plant rules;

7    is that correct?

8    A        Yes, ma'am.

9    Q        I'll have you take a look at this document.

10   It's a two-page document.  Is that your signature on

11   both sheets evidencing that you received a copy of

12   the plant rules?

13   A        It does look like my signature, correct.

14   Q        Okay.  And if you'll look down there,

15   number 3 provides that "no team member shall falsify

16   any time card or any other record."  Is that

17   correct?

18   A        Correct.

19   Q        And number 6 prohibits fighting; is that

20   correct?

21   A        Correct.

22   Q        Number 7 prohibits abusive language; is that

23   correct?

24   A        Correct.

25   Q        Number 12 prohibits horseplay; is that

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 22 of 96 PageID #: 271

1 correct?

2 A     Correct.

3         MS. DOHNER SMITH:  Let's go ahead and

4 mark that Number 6.

5         (Marked Exhibit No. 6.)

6         THE WITNESS:  Thank you.

7 BY MS. DOHNER SMITH:

8 Q     I'll have you take a look at another

9 document.  If you'll take a look at the last page

10 there, is that your signature on the last page?

11 A     It looks like my signature, correct.

12 Q     And this is the company's attendance policy,

13 correct?

14 A     Looks like it, yes, ma'am.  Correct.

15 Q     And on the first page it says "Time

16 Records."  And it says, "The time card is to be

17 punched in when reporting to work and punched out

18 when leaving work."  Correct?

19 A     Correct.

20 Q     And it provides disciplinary action for not

21 following the guidelines down there at the bottom?

22 A     Yes, ma'am.

23 Q     The company also has what's called call-in

24 pay, correct?  If you're called in to work outside

25 of your normal shift, you get four hours of pay --

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 23 of 96 PageID #: 272

```
1    A        Four hours pay, yes, ma'am.
2    Q        -- regardless of whether or not you're there
3    for four hours, correct?
4    A        Yes, ma'am.  Yes, ma'am.
5    Q        Now, if you're there more than four hours,
6    you get paid for however long you've worked.
7    A        Yes, ma'am.
8    Q        But if, for example, you're called back to
9    work and you only work two hours, you get paid
10   four hours, correct?
11   A        Correct.
12            MS. DOHNER SMITH:  Let's go ahead and
13   mark that Number 7.
14            (Marked Exhibit No. 7.)
15            THE WITNESS:  Thank you.
16   BY MS. DOHNER SMITH:
17   Q        It's my understanding that you are suing the
18   company for sexual harassment.  When did you first
19   believe you were subject to sexual harassment?
20            MS. COLLINS:  Objection to form.
21            THE WITNESS:  Right at eight years ago,
22   might be nine.
23   BY MS. DOHNER SMITH:
24   Q        Nine years ago?
25   A        Because of this year here.
```

1   Q     So, nine years ago you believed you were

2   subject to sex harassment. When you were sitting

3   there in the workplace, you thought to yourself,

4   I've been sexually harassed?

5             MS. COLLINS: Objection to form.

6             THE WITNESS: Yes, ma'am.

7   BY MS. DOHNER SMITH:

8   Q     Okay. All right. Who do you believe has

9   sexually harassed you?

10   A     Tommy Whited.

11   Q     Is there anyone else who has sexually

12   harassed you?

13   A     Physically, just Tommy Whited.

14   Q     Has anybody else sexually harassed you?

15   A     No, ma'am. Just Tommy Whited.

16   Q     All right. What did Tommy Whited do to

17   sexually harass you? What I want you to do is go

18   through and list out every incident you can

19   remember.

20   A     Years back, off and on for years, going to

21   the bathroom, unzipping his zipper, pulling his

22   penis out and telling me to come in the bathroom.

23   If I want a raise or want to keep my job, come in

24   there and do what I have to do to keep my job or get

25   a raise.

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 25 of 96 PageID #: 274

1          MS. COLLINS:  Objection to form.

2          THE WITNESS:  If I have to answer this,

3    if he's not part homosexual, he's got the

4    tendencies.

5    BY MS. DOHNER SMITH:

6    Q      Okay.  What other incident can you remember

7    where he did this?

8    A      Like I said, there's probably eleven of them

9    over the eight-year period.

10   Q      I'm asking for specific incidences.  Any

11   other incident you can remember?

12   A      There was ten of them, but date-wise, I

13   can't particularly give you the date with all of my

14   documents getting destroyed.

15   Q      Do you recall any other incident, where you

16   were, what you were doing, what he said?

17   A      Well, the sexual -- I call it sexual --

18   Q      We're talking just right now about the

19   unzipping of the pants, pulling out the penis, and

20   telling you to suck his dick.

21   A      The bathroom down at the front offices where

22   he stayed in Susan's office a lot, he did it a

23   few -- three to four times at that bathroom

24   entrance.

25   Q      Do you remember specific -- any time period

1    Tommy, so that's why I reported them to him.

2    Q        Who is Jeb Bell?

3    A        I think he's a big wheel with WestRock.

4    I've never met the man.

5    Q        Have you ever, ever met anybody who is above

6    Tommy?

7    A        Some Tom Perdine (phonetic) or whatever was

8    in one of the meetings.

9    Q        Tom Pedine?

10   A        Pedeen (phonetic), Pedine, or something.  I

11   thought he was Tommy's boss.  He's over -- he was

12   over some multi -- he was a big wheel.  I don't know

13   how big.

14   Q        Okay.

15   A        He was big enough to probably shut a plant

16   down.  So, to me, he's big.

17   Q        So, anybody other than Larry Eden that you

18   ever reported these incidents to?

19   A        Then with the zipper, Larry Eden.

20   Q        Okay.  You never called the hotline or

21   called corporate HR or notified corporate HR; is

22   that correct?

23   A        I did not.  Did not know the number was in

24   there; I'm sorry.

25   Q        Okay.  Do you remember a meeting, an

1   in that office, when I was telling the story about

2   what happened, and Tom Pedine saying, well, if you

3   was that scared of him and didn't like it, why

4   didn't you go get another job?  And so that's when I

5   made a decision that I can't get anything done, I

6   need to go talk to somebody.

7   Q       What do you mean, you can't get anything

8   done?

9   A       Because I reported every incident to every

10  management there was, and nobody would do anything

11  about it.

12  Q       Well, after you reported it to Tom Pedine

13  and corporate HR, Tommy got fired, right?  Tommy is

14  no longer employed, correct?

15  A       He's not employed, but I don't know if it's

16  because of me or not.

17  Q       Well, the first time you ever told anybody

18  from corporate, corporate HR, Tom Pedine, about

19  these incidents, about Tommy, it was August of 2016,

20  correct?

21  A       If I -- what's in my notes.

22  Q       Well, do you have -- did you take notes from

23  that day?

24  A       When Terri, whoever that Terri girl is,

25  called me on the phone and started asking me

1   questions, and I told her the story, and then when I

2   come back to work and I come down and had a meeting.

3   And like I said, I'm telling them the story about

4   all of these years, everything what's happening,

5   nobody has done anything about it.  Then he came in

6   and then he made the statement, you know, well, why

7   didn't you go get another job if you was that scared

8   of him and all of that.

9   Q      I'm asking, is this about August of 2016?

10   A      It could be.

11   Q      Okay.

12   A      Could be.

13   Q      And then a couple of weeks later, Tommy was

14   no longer employed at WestRock, correct?

15   A      Correct.

16   Q      Do you know why Tommy is no longer employed

17   at WestRock?

18   A      No, I do not.

19   Q      But shortly after you reported these

20   incidents, he was no longer employed, correct?

21   A      Well, the way I look at it, eight years I

22   reported it to management and done and -- but when

23   it got reported then, apparently he was dismissed

24   for some reason.

25   Q      Okay.  So, shortly after you finally

1   reported to corporate HR and somebody above Tommy,

2   Tommy is no longer employed.

3                   MS. COLLINS:  Objection to form.

4   BY MS. DOHNER SMITH:

5   Q       Correct?

6   A       Correct.

7   Q       All right.  Any other times that Tommy

8   pulled down his zipper, told you to suck his dick?

9   A       I remember them incidents.

10  Q       Okay.  Any others you remember?

11  A       Of the zipper that's -- you know, that's all

12  I can remember of them, of the zipper.

13  Q       Okay.  Anything else Tommy did to sexually

14  harass you?

15  A       I'd be at my desk and he'd come sneak up

16  behind me and reach his hand down and grab a handful

17  of my balls and squeeze them hard as he could until

18  I couldn't breathe.

19  Q       All right.  Anything else that he did to

20  sexually harass you?

21  A       Come up behind me and he'd kick me so hard I

22  come off the ground and can't breathe, and then

23  threaten to fire me because I'm on the ground, can't

24  breathe.  Kick me so hard where it flipped me over

25  the desk and then threatened to fire me.  I got

1   A        He had all -- lumped up and everything else.

2   Q        All right. And we're going to go through

3 each of these. I'm just trying to make sure we have

4 all of them out.

5             You said he told you to suck his dick. Was

6 that outside the context of him pulling down his

7 zipper?

8   A        Yeah. There was a lot of times he told me

9 to suck his dick, you stupid motherfucker, all of

10 that, without grabbing the zipper, being there at

11 the bathroom.

12   Q        So he'd say suck my dick, you stupid

13 motherfucker --

14   A        Yes.

15   Q        -- or were those separate? He'd say suck my

16 dick and call you --

17             (Overlapping speech.)

18   A        No. It would be the same sentence. Be the

19 same sentence. I'm sorry for the language.

20   Q        I've heard it all before.

21             What was the -- what was -- you said

22 something about going home and screwing your wife.

23 What was that?

24   A        He was always trying to make me mad, saying

25 or teasing, or however he wants to play it, always

1  talking about, you know, why don't you make sure you
2  stay over a little bit, load the truck, or get your
3  guys to load the truck so I can go home and fuck
4  your wife for a while like I usually do.  Trying to
5  make me mad, which it did upset me.
6  Q       Okay.  Anything else he did to sexually
7  harass you?
8  A       Smack me on the ass, grab my balls.  I don't
9  know what else.
10 Q       Anything else that you believe he did that
11 was sexually harassing to you?
12 A       I guess not, ma'am.  I mean, I don't know.
13 Q       All right.  Let's talk about, you said he
14 grabbed and squeezed your balls.  When did that
15 happen?
16 A       First year all of this started I guess would
17 be about nine years ago, I'd say approximately.
18 Without my documents being 100 percent accurate, I
19 can't help it, but...
20 Q       What documents do you have?
21 A       I had a bunch of documents that they got in
22 my desk and shredded.  I mean, I know I had
23 68 documents besides the ones I have wrote down at
24 the house of times, dates --
25                 (Overlapping speech.)

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 32 of 96 PageID #: 281

1   Q       How many years do you think you were

2   documenting?

3   A       No less than seven years.  I had 68 that I

4   thought was real good documents, but, you know, I --

5   Q       Why did you start documenting these

6   incidents?

7   A       I can't honestly say that, except that, you

8   know, one day I thought I might need it if I got

9   fired for something or for whatever reason.  That's

10  the only way I know how to answer that, is -- I know

11  that wasn't the right thing to be done, to be done

12  to you.  So I started writing it down and who was

13  there and where it happened and the date it

14  happened.  So I started documenting it.

15  Q       But prior to August of 2016, you never sent

16  those documents to corporate, anyone at corporate

17  WestRock?

18  A       No, ma'am, I did not.  I gave corporate the

19  documents I had in that meeting that day.

20  Q       Let's go back and talk about the grabbing

21  and squeezing of the balls.  When did that first --

22  how many times has that happened?

23  A       Like I said, I can't 100 percent be

24  positive, but I'm going to say over an eight-year

25  period, 192 times that I was either grabbed,

1   A       I'm not going --

2               (Overlapping speech.)

3   Q       Did anyone witness it?

4   A       I think Willie White was in there.  I think

5   Donnie Taylor was in there, I believe.

6   Q       Did you report this incident to anybody

7   outside of Gallatin?

8   A       No.

9   Q       All right.  The five incidents in 2015, take

10  me through each of those.

11  A       One of the incidents, I was out on the

12  floor, either counting product or something, when he

13  snuck up behind me and grabbed me and just held on

14  until I about cried or teared up, however you

15  want -- people think is funny and think I did it.

16          But I went down to my knees, of course, and

17  leaned on the bales of boxes that we make.  And

18  after he had his little fun of cussing me and

19  calling me a pussy and this, that, and the other, I

20  finally got up and wobbled to the shipping office

21  and tried to continue to do my job.

22  Q       All right.  Did you report that incident to

23  anybody?

24  A       No, I did not.

25  Q       All right.  What's the second time it

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 34 of 96 PageID #: 283

1 witnesses. Terry Stafford, supervisor; J.C. Cox,

2 which was the maintenance supervisor; Susan Hart, I

3 think, was around. And I told Larry, you know, I'm

4 sick of it, I'm sick of it.

5 Q      What did Larry say?

6 A      He said, Kuli, you know, if you -- as long

7 as you're working at this company, he's going to

8 continue harassing you or grabbing you or hitting

9 you or doing something to you as long as you're

10 here.

11 Q      He said he's going to continue harassing

12 you? He used the word harassing?

13 A      Yes. He said he's going to continue

14 harassing you, cussing you, kicking you, grabbing

15 you, hitting you. He's going to continue doing

16 everything to you as long as you work here.

17 Q      Anybody hear you make that report?

18 A      I think Terry Stafford, and I believe

19 J.C. Cox both heard that.

20 Q      Okay. Did you report that to anybody

21 outside of Gallatin?

22 A      No, ma'am.

23 Q      What about the fifth time in 2015?

24 A      It's probably later on, somewhere around

25 maybe August. That one, the best of my

1  recollection, would have been in the shipping
2  office, grabbing a -- he grabbed my -- a handful of
3  balls, and I was trying to jerk away and he just --
4  when he went to let go, he slung me like that and I
5  flipped over a chair and went upside down up against
6  the wall.

7       There was probably Willie White, Donnie
8  Taylor, Terry Stafford, and J.C. Cox, and the white
9  staffing woman that has an office next to me.  They
10 was all in there when he did that.  I think it was
11 Heather in there.

12 Q       Did you report that incident to anybody?
13 A       I figured there was two supervisors sitting
14 there.  So, no, I can't say that I did.
15 Q       Did you report it to anybody outside of
16 Gallatin?
17 A       No, I did not.
18 Q       Let's talk about the three to four times you
19 said it took place in January of 2016.  Tell me what
20 you remember of the first incident.
21 A       One of them was around the 16th, something
22 like that, in the shipping office doing bills.  I
23 was leaning over.  A lot of times it's quicker to
24 stand up and try to do something real quick, a bill
25 on the computer.  Donnie Taylor was with me.

1    He snuck in.  Apparently there was a
2  broomstick in the corner, and he took that and just
3  swung it between my legs and caught me in my
4  privates.  He took the stick and he hit me across
5  the back, and I think he hit me across my jaw area
6  right here (indicating).  Cussed and called me names
7  like always.

8         If you want the exact words, it was
9  mostly -- 99 percent of the time it was called, you
10  stupid motherfucker, get up and get back to work
11  before I fire you.  And he loved calling me a stupid
12  fucking Polak.

13        And I'm sorry, ladies, I have to use
14  language like that.  My mother -- I'm not
15  disrespecting y'all, but that's what he said.

16        Yeah, I am Polish, and I didn't particularly
17  care about being called a stupid fucking Polak all
18  the time either, and told him, reported it to him,
19  and everybody else about that.  So I didn't like it,
20  but it didn't stop nothing.  I did not report it to
21  anybody outside of Gallatin.

22  Q       All right.  The incident on January 16th,
23  2016, did you report that specific incident to
24  anybody?

25  A       Just the ones that was in there.  I mean,

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 37 of 96 PageID #: 286

1   no, I did not.  No.

2   Q       You said he called you a stupid fucking

3   Polak.  Did you report that to somebody?

4   A       Just every management man there is, at

5   either facility, because he did it in front of all

6   of them, and --

7   Q       Well, who --

8   A       -- I did rephrase -- you know, Tom, I don't

9   like -- you know, I don't like that, and he said, I

10  don't give a fuck what you like.  If you don't like

11  it, I can fire you and you can get out of here.  So

12  that's how it was phrased to me.

13  Q       Who did you report it to?

14  A       Larry -- you know, Larry Eden -- going down

15  the chain of command, you've got the general

16  manager, which is Tommy Whited, Larry Eden, which is

17  plant manager.  90 percent of the time I reported

18  all of my stuff to the plant manager, which is Larry

19  Eden.

20  Q       I'm asking you who you reported Tommy

21  calling you stupid fucking Polak to.  Was there a

22  person, a member of management that you reported

23  that to?

24  A       Larry Eden.

25  Q       Okay.  When did you report that?

1    A       Date-wise, I can't say I did.  But, I mean,

2    I reported it to him, you know, probably on the

3    phone or -- you know, we used to fish tournaments

4    together and stuff on weekends.  A lot of times I'd

5    try to talk to him out at the tournament fishing,

6    too.  I was in the club tournaments.

7    Q       How many times did you tell Larry that he

8    called you stupid fucking Polak?

9    A       I don't know, ma'am.  I'm going to say 40.

10   Q       Forty in 2013?

11   A       No, ma'am.  I'm going to say 2013 -- I was

12   trying to just say, you know, give it the best

13   figure I can, because I can't come up with exact

14   dates and try to say 40 in that year period.

15   Q       Are you meaning that that's how many times

16   Tommy did it or you reported to Larry 40 times he

17   called me stupid fucking Polak, he called me stupid

18   fucking Polak?  You called him 40 times to say --

19   A       I probably called Larry at least 20 times,

20   told him he called me a stupid fucking Polak.

21   Q       Okay.  Did you report it to anybody outside

22   of Gallatin?

23   A       No, ma'am.

24   Q       Did you report it to anybody else other than

25   Larry?

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 39 of 96 PageID #: 288

1  A       Helen Kendall heard it, standing there when
2  I was up doing paperwork, getting paperwork for her,
3  taking it over there for whatever reason, which we
4  thought -- I thought was human resource.
5  Q       Anybody else?  Anyone that you would have
6  reported it to?
7  A       Michael White has heard him talk to me like
8  that.
9  Q       Anybody --
10 A       Keith Hall.  And me telling Tommy directly
11 that I do not like that.  Larry Eden.
12 Q       Did you report it to anybody?  Or you're
13 just --
14 A       Not outside of Gallatin.
15 Q       Okay.  Other than Larry, did you actually
16 report it to anybody and call them and say, hey, I
17 don't like this, or walk up and say, hey, he called
18 me this, I want him to stop?
19 A       I guess I have to answer no, because that's
20 the only way I know how to answer that because I
21 don't remember specifically -- specific dates.
22 After you get -- never mind.
23 Q       All right.  So, we're talking about the
24 three to four times in 2016 where Tommy grabbed you
25 or hit you in the balls.  We've got the one incident

1   and get your ass back to work or I'm firing you.

2         I heard the firing word for -- I don't know,

3   3,000, 4,000 times or something, but I was still

4   terrified of it.

5   Q     All right.  So did you report this incident

6   in or about January 28th to anybody?

7   A     Not outside of Gallatin.

8   Q     Okay.  Did you report it to anybody at

9   Gallatin?

10  A     I don't recall reporting that one, ma'am.

11  Q     Okay.  All right.  So that's a second.  You

12  said there were three or four.  What's the next one

13  you remember?

14  A     There had to be just three.

15  Q     Okay.

16  A     Because I know the 16th was one, the

17  28th was one.  I want to say the third one would

18  have had to have been before then, the first week

19  of -- somewhere right in the first or up in there.

20  Q     Okay.  So first week of January?

21  A     Somewhere right up in that first few days of

22  January.

23  Q     Okay.

24  A     Actually, the best of my memory, ma'am, I

25  was on the floor.  When he come by, he hollered at

1  A       Right.

2  Q       That was kind of one category.  We got some

3  other incidents in there.  Any other incidents of

4  grabbing or squeezing your balls that you recall?

5  A       I think, if I'm correct, ma'am, that the

6  grabbing and the squeezing with the hand physically,

7  I think we've covered it.

8  Q       Okay.  So the second thing, then, was kicked

9  from behind and made you fall to the ground.

10  A       Yes, ma'am.

11  Q       Okay.  So, let's kind of do the same thing.

12  Tell me 2000 -- you know, when did that start and

13  tell me the years and how many happened each year

14  and we'll go through them each.

15  A       If I'm correct, I'm pretty sure I think

16  2013, if my math is correct.  Let's see, that's not

17  early enough.  Let's see.

18          Probably 2009, probably in January.

19  Q       Okay.  Any times in 2010?

20  A       I want so say there's probably, without

21  telling a lie, five.

22  Q       Five in 2010?

23  A       Yes, ma'am.

24  Q       How many in 2009?

25  A       I'm honestly wanting to tell you three,

1    ma'am.

2    Q        Okay.  2011?

3    A        Seven.

4    Q        2012?

5    A        Six.

6    Q        2013?

7    A        I'm sorry.  I'm trying to count on my

8    fingers to keep things.  Started building up a

9    little bit then.  I want to go eight.

10   Q        2014?

11   A        In the whole year, 12.

12   Q        2015?

13   A        Probably ten.

14   Q        2016?

15   A        Couldn't be -- it couldn't no more than

16   three, because he got terminated somewhere around in

17   there.

18   Q        Let's kind of work backwards.

19   A        Okay.

20   Q        Tell me about the incidents of kicking --

21   kicking in 2016.

22   A        There's one incident somewhere around

23   January 2016, 22nd, somewhere in there.  There's a

24   picnic table outside the shipping office right by

25   the gate.  When it's warm weather, we would -- my

1    get me to take that shipping job.

2    Q       Did you report it to anybody else?

3    A       No, ma'am.  Not outside of Gallatin, no,

4    ma'am.

5    Q       All right.  You said there were three.  So

6    what are the other incidents in 2006?  I mean, 2016.

7    I'm sorry.  Thank you.

8    A       I thought -- the other two was in the

9    shipping office, when I was doing the paperwork.

10   Q       Are those the ones you already told me

11   about?

12   A       Yes, ma'am.

13   Q       Okay.

14   A       I'm sorry.  Yes, ma'am, that's the ones I

15   was talking about.

16   Q       Okay.  All right.  So 2015.  Tell me any of

17   the incidences you recall from 2015.

18   A       In '15, I'm going to say that I probably

19   had, in the total of the ones in '15, probably three

20   of them were the kicks.

21   Q       Okay.

22   A       And the other ones were, that I haven't

23   discussed about him grabbing my privates, was the

24   backhand slap that he liked to do.

25   Q       Okay.

1    A        I know I told him about one of them, ma'am.

2    Q        Okay.

3    A        I can't tell you that I told him about all

4    three.  I know I told him one of them.

5    Q        And what was Larry's response?  The same?

6    A        He just shook his head.  He just didn't say

7    nothing.  He just said -- he just...

8    Q        What about Keith Hall?  How did he respond?

9    A        There's the incident that happened in

10   Larry's office with Keith Hall in it and another

11   supervisor, Billy Eden.  And Tommy Whited was in

12   there.  And he punched me like with his fist in my

13   groin.  Of course I dropped, and they all just

14   started laughing, thought it was funny and stuff.

15           I was at -- I was at the plant at that time.

16   They needed me over there to go over some shipping

17   stuff.  I guess the response was getting laughed at.

18   Q        Okay.  So you didn't tell Keith Hall, I

19   don't -- you know, I'm being harassed or he's hurt

20   me, I want him to stop?  Keith Hall --

21   A        Not that particular time.

22   Q        -- he witnessed it.

23           And was that one of the three times in 2015?

24   A        Yes, ma'am.

25   Q        Okay.  Did you report any of those three

1  times in 2015 to anybody outside of Gallatin?

2  A      Not outside of Gallatin, no, ma'am.

3  Q      Okay.  Did you report it to anybody else in

4  Gallatin?

5  A      Michael White was a witness to a lot of

6  these incidents.

7  Q      Okay.  Is there anybody else you reported it

8  to, that you said, you know, he's doing this, he's

9  harassing me, he's hurting me, whatever it may, I

10 want it to stop, other than Larry?

11 A      Just Tommy hisself.  You know, I told Susan

12 Hart, Larry, and Michael White.  Even Helen Kendall,

13 who was HR when I was there doing something, getting

14 paperwork, she knew me and she knew how I was being

15 treated.  And of course, I thought she was HR.  And

16 of course, she says, you know, I can't do nothing

17 about it.  I was kin to him by marriage, and anybody

18 that says anything bad about him, Michael, he's

19 going to fire, and said, why do you think he's done

20 this for so many years.  Because apparently it went

21 on long before I ever got there.  That's what I was

22 told.

23 Q      So Helen -- what exactly did you report to

24 Helen?  One of these --

25 A      Helen Kendall --

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 46 of 96 PageID #: 295

1  Q        -- three incidents in 2015?

2  A        I reported to Helen Kendall in 2015 that

3  Tommy multiply kicks me in my groins and cusses me

4  and calls me a stupid fucking Polak and all this.

5  And she just says, you know how he is, and that's

6  the only response I would get.

7         And so, I thought, well, okay, you're HR.

8  And Helen said, well, you know how he is, Michael.

9  Or they called me Kuli.  I'm sorry.  I did not

10  report it outside of Gallatin.

11  Q        She said, though, I can't do anything about

12  it because I'm kin to him?

13  A        Yes.  And I'd get fired, just like anybody

14  else.  Of course, she did tell me -- she just

15  retired here, I think before he got -- at her going

16  away party, she says, if you ever do anything about

17  this, please tell them to call me because I can tell

18  them all about it now.  Once my retirement's in,

19  they can't take it back away from me.

20         Of course, in a way, I was happy she was

21  retiring, but I was thinking, well, you know, you

22  could have did something a long time ago, a lot of

23  this probably wouldn't have happened if you'd --

24  that's my opinion, nobody else's.

25  Q        So, Mike White, was it one of these

1  drivers.  He witnesses a whole lot of them.  And
2  they witnessed them, too, in '15.
3  Q        The slapping of the -- the backhanding of
4  the hand to the groin, did you report -- in 2015,
5  did you report that to anybody?
6  A        Just to Larry.  Larry is my top reporter
7  because I thought he was plant manager and could --
8  I just thought that's the highest you could go and
9  it could stop.
10 Q        Did you report it outside of Gallatin?
11 A        No, ma'am.
12 Q        Okay.  All right.  Let's go back, then.
13          2014, how many of those are kicks and how
14 many of those are the backhand to the groin?  You
15 said there were about 12 times in 2014.
16 A        To be absolutely honest with you, I'm going
17 to say two kicks and the rest backhands.
18 Q        Okay.
19 A        They were actually probably done at the
20 tobacco end of the warehouse on the floor in front
21 of somebody or -- couldn't tell you exactly a person
22 because there were so many people working in the
23 tobacco stuff.
24 Q        So you can't remember any specific incident,
25 you're just estimating that many times?

1  A      Yes, ma'am.

2  Q      All right.  Did you report any of the two

3  kicks to anybody in 2014?

4  A      I don't -- I can't honestly tell you I did,

5  ma'am.

6  Q      Okay.  What about any of the ten backhands?

7  A      Only reporting I did about them then would

8  be to employees that have been there for 20 years or

9  more that I had respect for and stuff and asked

10 opinions of what to do.  But as a boss or called

11 corporate or anything, I did not.

12 Q      Okay.  Who did you ask what you should do?

13 A      Terry Stafford.  Ken Buckmaster was in

14 maintenance for years and years.  J.R. Sanders,

15 which actually threatened to kill me, just like

16 Tommy did, literally.  And they said the best thing

17 you can do is shut your mouth because he's going to

18 continue doing it or you're going to get fired.

19 Q      They all -- so what did Terry Stafford say?

20 A      He said you best shut your mouth about it

21 and not say nothing to nobody or you'll use your job

22 because he'll fire you.

23 Q      Okay.  What did Ken Buckmaster say?

24 A      He said, you need to go tell Larry about it.

25 I said, well, I have told him some.  And he said,

1  guidance?

2  A      I can't recall right off -- right now off

3  the top of my head.

4  Q      And the backhanding to the groin, you never

5  reported that to anybody outside of Gallatin?

6  A      No, ma'am.

7  Q      Okay.  All right.  2013.  We've got, you

8  said, eight incidents.  How many were kicks,

9  backhand to the groin?  What are we talking about?

10  A      I'm going to say probably one kick, which

11  would have been in the shipping office.  Rest of

12  them would have been backhands.

13  Q      Okay.  In 2013, did you report that one

14  kicking incident to anybody?

15  A      No, ma'am.

16  Q      Okay.  What about the seven backhanding to

17  the groin?  Did you report those to anybody?

18  A      I just told Michael White, I didn't

19  understand how he can get away with all this.

20  Q      Was that in 2013 or --

21  A      Yes, ma'am.

22  Q      -- is that some other time?

23  A      No.  That was 2013.

24  Q      Okay.  And what did Mike White say?

25  A      He said, you'll learn that if you say

1    anything or anything to try -- I can't say the word.

2    If you say anything bad about Tommy Whited, you'll

3    be fired or you'll be out the door for some kind of

4    reason.

5    Q        Okay.  Did you report it to anybody else

6    other than Mike White?

7    A        No, ma'am.

8    Q        Okay.  What about 2012?  You said there were

9    six incidents.  Kick or backhand to the groin?

10   A        Backhand, ma'am.

11   Q        Okay.

12   A        And I did not report them outside of

13   Gallatin.

14   Q        Okay.  Did you report any of those incidents

15   to anybody in Gallatin?

16   A        No, ma'am.  I was at the point I was just

17   scared, like wondering how this could happen.

18   Q        Okay.

19   A        No, I did not.

20   Q        All right.  2011, you said there were seven

21   incidents.  What are we dealing with there?

22   A        Probably just all slaps.

23   Q        Okay.  Slaps to the groin?

24   A        Yes, ma'am.

25   Q        Okay.  Did you report those to anybody in

1    2011?

2    A      I'm not -- I can't honestly say I did.

3    Q      Okay.  Did you report it outside of

4    Gallatin?

5    A      No, ma'am.

6    Q      Okay.  2010, you've got five incidents.

7    What are those?

8    A      Be slaps.

9    Q      Okay.  Did you -- slaps to the groin?

10   A      Yes, ma'am, slaps to the groin.

11   Q      Did you report those to anybody in 2010?

12   A      No, ma'am.  Just my -- people I work with

13   and which aren't nobody.

14   Q      Okay.  Did you report it outside of

15   Gallatin?

16   A      No, ma'am.

17   Q      2009, you said there were three incidents.

18   What would those have been?

19   A      They'd have been all just slaps to the

20   groin.

21   Q      Okay.

22   A      The real kicks didn't come until a bit later

23   and really got violent later on in years.

24   Q      Okay.  Did you report those slaps to the

25   groin to anybody --

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 52 of 96 PageID #: 301

1   A       No, ma'am.

2   Q       -- that took place in 2009?

3   A       Not that I recall, ma'am, I did not.

4   Q       Okay.  Did you report it to anybody outside

5   of Gallatin?

6   A       No, ma'am.

7   Q       All right.  The next thing -- well, I'm

8   going down the list.  We had grabbed or squeezed

9   your balls, kicked from behind, fell to the ground.

10  There was another one, kicked so hard you flipped

11  over the desk.  Is that the one we've already talked

12  about --

13  A       Yes, ma'am, we talked --

14  Q       -- where he came up behind and kicked you

15  and you kind of flipped over the desk?

16  A       Yeah.  I went all the way over.

17  Q       Okay.

18  A       There was two of them incidents, but yes, we

19  talked about both of them.

20  Q       Okay.  The next thing was he'd say suck his

21  dick, you stupid motherfucker.  Now, we talked about

22  all the times that he said that with respect to

23  pulling down his pants.  Were there other times that

24  he said suck my dick?

25  A       His famous saying -- he would say it, but it

1  would be more a lot of times, he'd be walking by or

2  something with Susan and he'd say, you know, come

3  here and suck my dick, you stupid motherfucker.

4          And I'm sorry, y'all, I have to use this

5  language.  My mama would kill me for it.  I'm sorry.

6  Q     Well, you use the term motherfucker at work,

7  don't you?

8              MS. COLLINS:  Objection to form.

9  BY MS. DOHNER SMITH:

10 Q     You do, too.

11             MS. COLLINS:  Objection to form.

12 BY MS. DOHNER SMITH:

13 Q     Right?  If we're going to be honest, you use

14 the term fucker and motherfucker at work, don't you?

15 A     I just don't want to be disrespectful to

16 women.

17 Q     That's okay.  I understand.

18         Do you use it on the floor at work?

19 A     I've probably been known to cuss --

20 Q     Okay.

21 A     -- most time myself.

22 Q     Is the F word one of the words you say when

23 you cuss?

24 A     I kind of go down on myself about doing

25 something stupid.

```
 1   Q        Like you might yell out, oh, fuck, or
 2   something like that?
 3   A        No, I won't scream out where people --
 4   Q        Okay.
 5   A        -- can hear me and I get in trouble.  And I
 6   won't say something in front of truck drivers or
 7   women, no, I do not.
 8   Q        Okay.
 9   A        I do not do that.
10   Q        Well, if other people report that you say --
11   that motherfucker is one of your phrases that you
12   use quite frequently in the workplace, how do you
13   respond to that?
14                 MS. COLLINS:  Objection to form.
15                 THE WITNESS:  It's not true.
16   BY MS. DOHNER SMITH:
17   Q        Okay.
18   A        That's not --
19   Q        So what cuss words would you say in the
20   workplace?
21   A        I mean, I've probably said dammit or shit or
22   something like that, I'm sure.
23   Q        Okay.  But you wouldn't -- you wouldn't cuss
24   in front of women?  You'd try not to do that?
25   A        Well, yeah, that's -- you have to be
```

1    careful.  I think -- you know, I don't know what my
2    title really is.  I'm supposed to be in management.
3    You're supposed to watch what you say.
4           You have to be careful in front of truck
5    drivers, even if they're male or female, about what
6    you say because, I mean, I could lose my job a lot
7    quicker than going through all of this, what we're
8    going.  I mean, you know, one phone call, I could be
9    gone.
10   Q      So that's external truck drivers.  What
11   about other WestRock employees?  Do you swear in
12   front of them?
13   A      I'm sure I probably have.
14   Q      Do you swear just in front of men or in
15   front of women, too?
16   A      There's one woman there that uses some
17   strong language, a lot worse than I'd ever probably
18   use, but that's her normal talk.
19   Q      Yeah, but I'm asking about you.  Do you use
20   swear words in front of women as well as men?
21   A      I've probably said dammit or shit or
22   something in front of a woman before, I'm sure.
23   Q      Okay.  Do you try not to swear in front of
24   women?
25   A      I try my best not to, yes.

1  Q       Why is that?

2  A       Well, believe it or not, my mother is

3  77 years old, and I've got respect for her.  And

4  it's just the language -- she does not like bad

5  language.  My brother, we just buried him, he's

6  younger than me, last year, and it's out of respect

7  for -- respect for her.  Or I probably would use a

8  lot worse language, you know.

9          At home, I'm not allowed to cuss because

10 you've got the grandkids and they'll pick up

11 something quick.

12         All of my guys would try to watch because

13 the tow motor is loud and it travels.  You just

14 don't want to offend somebody and get in trouble,

15 because I've got some of the best tow motor drivers

16 there is out there at WestRock.

17 Q       How many times has Tommy told you suck my

18 dick, stupid motherfucker, outside of the unzipping

19 of the pants incidents we've talked about?

20 A       Over an eight-year period, I'm going to say

21 probably 40.

22 Q       Okay.  Did you ever report any of those to

23 anybody?

24 A       No, I did not.

25 Q       Okay.

1   A       Most time people were standing there

2   listening, but that's just --

3   Q       Did you report to anybody outside of

4   Gallatin?

5   A       No, I did not.

6   Q       The next thing that you had on your list was

7   he would say, you stay over so I can go home and

8   screw your wife or fuck your wife.

9   A       Right.

10  Q       When did that happen?

11  A       Well, about a month before he left there, he

12  said that in front of the -- inside the shipping

13  office, said that in front of everybody, and it

14  really made me angry.

15          You know, all this stuff had gone on for

16  years now, whether who believes me or who doesn't

17  believe me, has made me lose a lot of my

18  self-esteem, and everything else, and made me feel

19  like that I'm not a man to my significant other.

20  And so when he said stuff like that, it really

21  bothered me.  Still does bother me to think about

22  it.

23  Q       So that would have been the summer of 2016

24  that he said it?

25  A       It was shortly before he -- that was the

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 58 of 96 PageID #: 307

1 last time he said it, but he probably total did that

2 probably six times, seven times maybe.

3 Q     Okay.  When did he say it the other times?

4 A     To be absolutely honest, probably maybe just

5 about once a year.

6 Q     Okay.  Did you ever report that to anybody?

7 A     I just told him that I didn't like that at

8 all.  That's the only person I reported it to was

9 him.

10 Q     Okay.  So you didn't report it outside of

11 Gallatin?

12 A     No, I did not, ma'am.

13 Q     All right.  Anything else that Tommy Whited

14 did to -- oh, wait.  We've got smack in the ass.  We

15 had that as well.

16        When did he smack you in the ass?

17 A     You know, to be absolutely honest, probably

18 three or four times a year in the past five years,

19 and I did not report it to -- outside of Gallatin or

20 to Larry either.

21 Q     Okay.  So you didn't report him smacking you

22 in the ass to anybody?

23 A     No.  No, I did not.

24 Q     Okay.

25 A     Just people that saw it, you know, just

1  laughed, thinks it's funny and stuff.  You know,
2  just like him trying to run over me in his truck and
3  hit me in his truck, you know.
4  Q      When did he try to run over you with his
5  truck?
6  A      In 2015.  Around out in the shipping office,
7  dock area, I have to go out there a lot, check on
8  what trailer is here, so on, so on, so on.  But when
9  Tommy would be coming from the plant or coming from
10 whatever, he'd come around the building, and he
11 always turned around and looked down to see who's at
12 the dock area and I'd be out there.  Well, he'd have
13 a brand-new Dodge truck.  Well, he took off flying,
14 and go through the gate entrance and he'd slam on
15 the brakes.
16         But one time he hit me and he knocked me
17 about 35 foot across the parking lot.  He made my
18 leg get a bruise probably from my hip down below my
19 knee and told me to go home.  Sent me home
20 immediately for a few days with pay so I wouldn't
21 tell on him.
22         But he probably tried to run over me at
23 least 20-something times out in the parking lot,
24 with everybody -- with Donnie Taylor out there,
25 Tommy Davis, Willie White, Terry Stafford.

1    Q        Do you think he was really trying to run you

2    down or was he like just kind of pretending that --

3                    (Overlapping speech.)

4    A        I think playing.

5    Q        -- he was going to -- playing and then slam

6    on his brakes and --

7    A        I actually think he was playing, but --

8    Q        But one time he actually did run into you?

9    A        Yes.  It -- yes, and it knocked me and

10   scratched me all up.

11   Q        When did that happen?

12   A        That was 2015-something.

13   Q        Do you remember the month?

14   A        It was warm, so I'm going to say somewhere

15   around July or August.

16   Q        Okay.  Did you report that to anybody?

17   A        No, ma'am.  Just -- not outside of Gallatin,

18   nor in.  I just -- you know, we say -- you know, or

19   I say, I think he was playing and this and that and

20   the other, but it still didn't feel good.  None of

21   this feels good, you know.

22   Q        Did anybody see him hit you with the truck?

23   A        Donnie Taylor, Tommy Davis, Willie White.  I

24   don't know if Terry Stafford was out there anyway,

25   but he's Tommy's best friend anyway.  I don't know

1  home with a big old bruise and stuff.

2  Q        So he'd come up behind you with a stick and

3  hit you in the knee to pop your knee?

4  A        He'd hit me in the head or anything with the

5  stick.  But he was real bad about Charley horsing me

6  with his knee.  He's throwed his hard hat at me.

7  Q        So any other -- so you've told me this

8  happened like three times in 2013, four to five

9  times in 2014, six times in 2015.  Any other times?

10  A        I can't remember about how many in '16.  As

11  years went, on toward the end there, he was getting,

12  I don't know if it's the word, but he was getting

13  more violent or more -- hurting me a lot more than

14  what -- whoever wants to say it was playing or

15  whatever, I didn't feel like it.  It was getting a

16  lot worse.

17  Q        So any of these incidents where he punched

18  you in the eye or the jaw with his fist or hit you

19  with sticks or did the Charley horse type thing,

20  threw his hard hat at you, did you report any of

21  that to anybody outside of Gallatin?

22  A        Not outside of Gallatin.  Just to the

23  management at WestRock here.

24  Q        Okay.  So which incident did you report and

25  to who?  We've got three incidents in 2013 where he

1    hit you with sticks, four to five where he hit you
2    with sticks in 2014, six times where he hit you in
3    2015.  And how many times do you think in 2016?
4    A      I'm just going to say a couple in '16,
5    because these dates are finally just dwelling in my
6    head where I'm getting confused.
7    Q      Do you want to take a quick break?
8    A      Well, I want to try to -- I know you don't
9    feel good, so I want to try to --
10   Q      Don't -- don't worry about me.  This is my
11   job.  I get paid to be here.  I appreciate your
12   concern, though.
13          If you need a break, I would like you to
14   take a break.
15   A      I could use one for a minute, please.
16              MS. DOHNER SMITH:  All right.  Let's go
17   ahead and take a break, then.
18              VIDEOGRAPHER:  We are going off the
19   record.  The time on the monitor is 2:11 p.m.
20              (Recess observed.)
21              VIDEOGRAPHER:  We are back on the
22   record.  The time on the monitor is 2:23 p.m.
23   BY MS. DOHNER SMITH:
24   Q      So, we were talking about the punching in
25   the eye or the jaw or hitting with sticks.  You

1  never reported any of those incidents to anybody

2  outside of Gallatin; is that correct?

3  A       No, I did not.

4  Q       Did you report any of those to anybody

5  inside of Gallatin?

6  A       I can't honestly say that I went directly to

7  Larry to tell him, you know, hey, he punched me in

8  the face.  I can't honestly say I did.

9  Q       Okay.  Is there anything else that Tommy did

10  to harass you, hurt you in any way?

11  A       He just took all my self-esteem, everything,

12  you know, took all that away from me.  But as far as

13  physically, no, ma'am.

14  Q       Well, any other -- any other actions on his

15  part?

16  A       No, ma'am.

17  Q       Okay.

18  A       I shouldn't have said what I said.  I'm

19  sorry.

20  Q       All right.

21  A       I've been trying to remember everything I

22  can.

23  Q       And I appreciate that.

24          Did Tommy do any of these things to any

25  other people?

1    know how to answer it.

2    Q        Okay.

3    A        I'm not being mean.  I'm just saying, I

4    don't understand why he did it and still don't, and

5    it's bothered me for years, and that's why I see

6    counseling now.  I'm trying to cope with life.

7    Q        Do you think he did it because he didn't

8    think you were manly enough?

9                    MS. COLLINS:  Objection to form.

10                   THE WITNESS:  I don't know.

11   BY MS. DOHNER SMITH:

12   Q        Okay.

13   A        I don't know.  I would not hit him back.

14   But, of course, you know, he was general manager,

15   you know.  I wanted my job.  Of course I'm not going

16   to.

17   Q        Did Tommy ever say or do anything that led

18   you to believe that he didn't think men should be

19   working at WestRock?

20   A        No.  But he made comments about there's not

21   enough women.

22   Q        Tell me about that.

23   A        When the tobacco contract went away that

24   second time and we all knowed that he was the main

25   reason we lost it and it wasn't ever going to come

1    back, he said, well, now we're never going to have

2    any fresh pussy or anything like that in here.  Of

3    course, he used to try to --

4    Q        So, by fresh pussy, he was referring to

5    female -- new women in the workplace?

6    A        New women, yes.  Just like Susan Hart.  Her

7    breasts were real big, and he used to say, watch

8    this, Kuli.  And he'd holler at her and try to get

9    her to run across the floor.  Of course, they were

10   real big, of course, and they'd bounce.  I wouldn't

11   look, wouldn't do anything, because I didn't want to

12   get in trouble because I just knew that was a setup

13   or whatever.

14           But he did like women, and he liked all

15   women, young.  A lot of women got raises there; a

16   lot of men didn't.  Don't know -- I'm not

17   insinuating anything they did to get them or

18   anything.  I'm just saying that the women could get

19   raises before men could.

20   Q        Well, what is it about you personally that

21   led Tommy to harass you?

22                   MS. COLLINS:  Objection to form.

23   BY MS. DOHNER SMITH:

24   Q        What do you think it is?

25   A        He knows he terrified me.  This is hearsay,

1  touch my privates or hit me in the privates or grab
2  my privates in any kind of way to me is sexual --
3  whether it's a male or a female doing it to me.
4  BY MS. DOHNER SMITH:
5  Q       Okay.  And when did you first have that
6  belief?
7  A       When did I first have that belief?
8  Q       Uh-huh.
9  A       Well, I've really always had that belief.
10 You know, give respect.  I guess I was -- I guess I
11 was brought up -- my mother and father were good
12 people.  My mother still is.  But I wasn't brought
13 up to go up and grab a woman on the behind or grab
14 her boobs or grab anything like that or -- I mean,
15 to me, that's sexual harassment.  So whether it's a
16 man or a female, whatever.
17 Q       Okay.  Now, the first time you told anybody
18 outside of Gallatin about the stuff Tommy was doing
19 to you was in August 2016; is that correct?
20 A       I'd have to -- I'd have to look back.  I
21 wrote down somewhere where Terri, whatever, called
22 the work phone I had and started asking me
23 questions.  That's the first time.
24 Q       Okay.
25 A       I honestly can't tell you the exact date it

1    was.

2    Q        So you took notes when Terri called you?

3    A        I wrote down, it had it on there, yes, that

4    she called.  She called the work phone.

5    Q        Okay.

6    A        And she started asking me all these

7    questions, said somebody told her to call and

8    started asking questions.  I'm like --

9    Q        Were you taking notes, though, during the

10   call?  Did you -- were you taking notes yourself?

11   A        No.

12   Q        Okay.

13            MS. DOHNER SMITH:  Do you want to

14   change it now?

15            VIDEOGRAPHER:  This marks the end of

16   Disk 2 of the video deposition of Michael

17   Kulakowski.  We off the record.  The time on the

18   monitor is 2:46 p.m.

19            (Recess observed.)

20            VIDEOGRAPHER:  We are on the record.

21   The time on the monitor is 2:49 p.m.  This marks the

22   beginning of Disk 3 of the video deposition of

23   Michael Kulakowski.

24   BY MS. DOHNER SMITH:

25   Q        Mr. Kulakowski, you're still under oath.

1    A        Yes, ma'am.

2    Q        You understand that?

3             Do you have anything from your previous

4    testimony that you need to change or revise?

5    A        No, ma'am.

6    Q        I think right before we changed tapes, I was

7    just confused, because --

8    A        Okay.

9    Q        -- I had asked you if Terri called you in

10   August of 2016, and you had referenced some notes.

11            So, did you take any notes, write any notes

12   when you spoke with Terri Henley?

13   A        I wrote down that she called, the day she

14   called, or whatever.

15   Q        Okay.  Where did you write down the date

16   that she called?

17   A        On some little piece of paper or something

18   that she called, she started asking questions about

19   Tommy.  That's all I had -- I didn't -- it was on

20   like a napkin or something, because I was outside.

21   I didn't know who was calling or anything.  But

22   it --

23                      (Overlapping speech.)

24   Q        Okay.  Where were you --

25   A        -- was the only note I had.

1   Q     Sorry.  Where were you when she called you?

2   A     At my home.  We just -- I think we got back

3  that day or the day before that from vacation.

4   Q     Do you have any reason to dispute that that

5  took place in August of 2016 is when she called you?

6   A     I don't -- no.  I don't have a reason to

7  dispute it.

8   Q     Okay.

9   A     We usually take vacation in August,

10  September, October, because, you know, cheapest --

11  you know, when you can get stuff cheaper.  No, I'm

12  not going to dispute that.

13   Q     Where did you go on vacation?

14   A     I think that was the year that we took

15  20 grandkids to Florida.

16   Q     Wow.

17   A     Five families or whatever, rented one of

18  them houses.  Of course, I think there was 22 kids,

19  I think.

20   Q     Holy cow.  That's -- that takes a lot of

21  nerve.

22   A     It won't ever -- it won't ever happen again.

23   Q     Terri called you, right?  You didn't seek

24  her out; she came to you?

25   A     She called me and said that somebody --

1   somebody called her for something and told her they

2   need to call Kuli and ask him about what Tommy does

3   to him and all that.  I think that's how -- I'm -- I

4   don't want to tell you any kind of lie, but I think

5   that's how she phrased it to me.

6   Q       Okay.

7   A       And I said, I really don't want to get

8   involved or say anything because I don't want to get

9   fired.  And she says, well, I need to know if

10  something has been happening.  And we talked for a

11  while.  You know, when I say a while, I'm saying

12  40 minutes or so or something.  So I just started

13  telling her.

14  Q       Okay.  Now, you had more than one

15  conversation with Terri, correct?  You had the

16  initial telephone call?

17  A       I had that telephone call, and then that

18  conference room thing.

19  Q       Okay.  Was it the same day that you came in

20  and talked with her in the conference room?

21  A       That she called me?

22  Q       Uh-huh.

23  A       No.  I think when she called me, I think --

24  I don't know -- I think she was somewhere near -- I

25  think she'd been to Gallatin, but I wasn't back.

1   as something I didn't say.

2   Q       Okay.

3   A       I mean, that's...

4            MS. COLLINS:  Go ahead and mark that as

5   Number 8.

6            (Marked Exhibit No. 8.)

7   BY MS. DOHNER SMITH:

8   Q       Where it talks -- in here it says, grab a

9   zipper, asking him to come into the bathroom.  Did

10  you tell Terri Henley that Tommy Whited had, when he

11  was doing that, exposed himself and said suck my

12  dick?

13  A       No, I didn't tell -- I was scared of Terri.

14  Q       Okay.  So what did you tell her about the

15  zipper incident and grabbing a zipper?

16  A       You know, I don't even think most of this

17  stuff come in the phone call.  That's when we was in

18  the room when I talked about the zipper and stuff.

19  But I was still scared to say anything --

20  Q       Okay.

21  A       -- knowing that they're right next to me.

22  You know, I -- it took a lot for me to come out with

23  what I've come out with.  And it's truth, but it's

24  just took a lot for me to get the courage up to do

25  what I've done so far.

1    Q       Well, did Terri -- did you ever tell Terri

2    when you were sitting there face to face with her

3    that Tommy had exposed his penis to you and said

4    suck my dick?

5    A       I don't think I did.

6    Q       Okay.

7    A       I don't recall it, me doing that.  Like I

8    said, when that Tom Pedine gentleman come in and

9    said that, the conversation was over with in my

10   book.

11   Q       Okay.  Did you ever tell Terri that Tommy

12   had exposed his penis to you?

13   A       I don't -- I don't remember or recall

14   telling her.  I told her a lot on the phone, but I

15   can't honestly say that I told her that or not.  I

16   can't honestly say I did.

17   Q       Okay.

18   A       And I'm sorry, I don't recall that.

19   Q       So it says on here, "Grab a zipper, asking

20   him to come to the bathroom to do this; shake his

21   pants."

22           What did you tell Terri about that?

23   A       I must have told her what she's got printed

24   here, ma'am, you know.  Like I said, Terri -- I

25   ain't seen Terri maybe three times in twelve years.

1    It looks like you went through some very specific

2    instances with her of things that Tommy did to you.

3    Is there anything else that you think you told her

4    that she failed to put in here?

5    A       I just -- I thought I told her more

6    incidents about kicking in the balls and stuff, but

7    I don't see it.

8    Q       Okay.  Is there anything that you would have

9    told her about that you haven't told me today?

10   A       I don't think so, ma'am.

11   Q       Okay.

12   A       I'm trying to hold it together the best I

13   can.

14   Q       Is your back hurting you?

15   A       Bad.

16   Q       I'm sorry.  We're both kind of in a mess

17   today, aren't we?

18   A       Yes, we are.  That's why I said, though,

19   y'all can't call in sick or nothing.

20   Q       That's true.

21           All right.  So Terri called you on the phone

22   first.

23   A       Yes, ma'am.

24   Q       Tell me everything you remember telling her

25   during the phone call.

1  A       I remember I was very hesitant about

2  speaking to her.  At first I said, Terri who?  And

3  she says, well, I've been there before.  We've met

4  down there at the conference room, and so on.

5  Anyway, I'm trying to think who she said told her to

6  call me.

7         Anyway, I said, Terri -- Ms. Terri, I said,

8  I'm really hesitant about saying a word.  I said,

9  I'm scared to death to say anything about anything

10 and it go right back to Tommy, and then I'll not

11 have a job when I go back from vacation.

12        Anyway, she kept talking to me and getting

13 me to -- if I remember correctly, getting me to calm

14 down.  And finally, I said, you sure you want me to

15 tell you?  And she said, yes, I do, please.  She was

16 real polite to me and everything.

17        And then finally, I opened up and I started

18 telling her things that I'd been through.  I could

19 have sworn that she was -- that she was in town to

20 come by there to see me, but she didn't know I was

21 on vacation.  And I'm thinking she came back pretty

22 quick.

23        But I told her -- we was on -- I know we was

24 on the phone at least 30 minutes or so.  I told her

25 a lot.

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 75 of 96 PageID #: 324

1  Q        Did you tell her on the phone call that he
2  had kicked you in the groin?
3  A        I'm pretty sure I did.
4  Q        Okay.  Did you tell her that he had hit you
5  in the groin?
6  A        I'm pretty -- I'm pretty sure, almost
7  positive that I did.
8  Q        Did you tell her on the phone about the
9  bathroom incidents?
10  A        I know I told her about the zipper and
11  stuff, but I don't think I -- I think I was scared
12  to sit there and tell her detail like we've
13  discussed here.
14  Q        Okay.
15  A        I was still hesitant about coming out with
16  everything because I was still scared about what was
17  going to happen when we got back to work, because I
18  know how the conference room is there, and how
19  everybody knows how if you go in the conference
20  room, whose office is next to it and who sits in
21  there all the time.  So, I mean, I told her a lot,
22  but I was scared to tell her everything yet.
23  Q        Okay.
24  A        I guess that's the best way to phrase it.
25  I'm sorry.

Brentwood Court Reporting Services
(615)791-6983 * * * (888)991-DEPO

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 76 of 96 PageID #: 325

1    things to.  So, I mean, I thought Larry is who I'm
2    supposed to report to, so that's who I reported it
3    to.
4    Q        Is there anybody other than Larry, that
5    four months ago when Tommy showed you this pistol in
6    the parking lot, anybody else that you told about
7    that?
8    A        I guess not.
9    Q        Did you call Terri Henley and tell her about
10   it?
11   A        I don't think so.
12   Q        Did you call the corporate hotline and make
13   a report that way?
14   A        Not that I know of.
15   Q        Okay.  What specifically did you tell Larry?
16   A        Told him I was down at the store getting
17   gas, whatever, and Tommy getting gas, or whatever he
18   was doing, pulling a pistol out of a holster, and
19   put it back in there and set it -- put it back up
20   under his seat or put it somewhere in his console or
21   whatever.  I didn't stay around there to hang out to
22   find out.
23   Q        Okay.
24   A        You know, everybody knows he's done made
25   statements he's going to kill me.  Told them a

1  I'm been trying to take care of my back.

2  Q        Okay.  You don't know when she --

3                  (Overlapping speech.)

4  A        I was told she wasn't working there anymore,

5  is all I was told.

6  Q        Do you have any evidence that she was fired?

7  A        No.  I don't -- I mean, she could have got

8  another job for all I know.

9  Q        Okay.  So the only one that we know was

10  fired after all of this is Tommy Whited, correct?

11  A        Correct.

12  Q        Earlier you were referencing your notes that

13  you have at home.  Are these your notes of incidents

14  that you wrote down?

15  A        Yes, ma'am.

16                  MS. DOHNER SMITH:  We'll go ahead and

17  mark those as Number 9.

18                  (Marked Exhibit No. 9.)

19  BY MS. DOHNER SMITH:

20  Q        Did you give a copy of these to Terri during

21  the meeting that you had with her?

22  A        I think that's where they came from.

23  Q        Do you have any evidence to suggest that any

24  higher-ups at WestRock instructed Tommy to hit you

25  in the groin?

1  A       No, I don't have any evidence like that.
2  Q       Do you have any evidence to suggest that
3  higher-ups at WestRock told Tommy to kick you in the
4  groin?
5  A       No, I don't have any evidence of that.
6  Q       Do you have any evidence to suggest that any
7  of the higher-ups instructed Tommy to do any of the
8  bad things that he did to you?
9  A       I don't have any evidence to that.
10 Q       Do you have any evidence to suggest that it
11 was part of Tommy's job duties to do these things,
12 everything that we've run through today, these bad
13 things he did to you, that that was part of his job?
14 A       I wouldn't -- I don't have any evidence that
15 that was part of his job.
16 Q       In fact, the stuff he was doing to you was
17 against company policy, correct?
18 A       Yes, ma'am.
19 Q       Did these bad things that Tommy did to you
20 serve the company in any way, benefit the company in
21 any way?
22              MS. COLLINS:  Objection to form.
23              THE WITNESS:  I don't guess so, ma'am.
24 BY MS. DOHNER SMITH:
25 Q       Did any of these bad things that Tommy did

1   to you help the company make money in any way?

2   A      I wouldn't think so, ma'am.

3   Q      Did any of these bad things that Tommy did

4   to you help production at the facility in any way?

5   A      I wouldn't phrase it like that.  I mean, I

6   do everything I could to make things happen where

7   the company would make money.

8   Q      But him doing these bad things, that didn't

9   better the company.

10  A      No, ma'am.

11  Q      Okay.  Was Tommy Whited, when he was doing

12  these things, serving the company in any way?

13  A      I wouldn't think so, ma'am.

14  Q      Do you have any evidence to suggest that

15  WestRock expected Tommy to do these bad things to

16  you --

17              MS. COLLINS:  Objection to form.

18  BY MS. DOHNER SMITH:

19  Q      -- while he was employed there?

20  A      No, ma'am, I don't.

21  Q      Do you have any evidence to show that the

22  higher-ups at WestRock authorized Tommy to do these

23  things to you?

24  A      No, I do not.

25              MS. COLLINS:  Objection to form.

Case 3:16-cv-02510  Document 32-17  Filed 01/26/18  Page 80 of 96 PageID #: 329

1  BY MS. DOHNER SMITH:

2  Q     All of these bad things that Tommy did to

3  you, were you physically at the WestRock facility

4  when he did those?  I think we went through them,

5  you were either in the shipping office or --

6  A     Yes, ma'am.

7  Q     So this all happened while you were at work?

8  A     Yes, ma'am.

9  Q     And it happened during your working hours?

10  A     Yes, ma'am.

11  Q     And it happened while you were actually

12  performing your work?

13  A     Yes, ma'am.

14  Q     Do you think any of the higher-ups at

15  WestRock actually intended for Tommy to be doing

16  these bad things to you?

17  A     No, ma'am.

18          MS. COLLINS:  Objection to form.

19  BY MS. DOHNER SMITH:

20  Q     What was your answer?

21  A     No, ma'am.

22  Q     Do you think any of the higher-ups at

23  WestRock actually intended for Tommy to cause you

24  injury?

25          MS. COLLINS:  Objection to form.  Calls

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 81 of 96 PageID #: 330

1  for speculation.

2  BY MS. DOHNER SMITH:

3  Q      Answer, if you know.

4  A      No, ma'am.

5  Q      Do you want to take a break and walk around

6  outside a little bit?  You're kind of moving around

7  a little.

8  A      Yeah.  I'm hurting real, real bad.

9         MS. DOHNER SMITH:  Okay.  Let's take a

10  break and give you a bit of a rest.

11         VIDEOGRAPHER:  We're going off the

12  record.  The time on the monitor is 3:45 p.m.

13         (Recess observed.)

14         VIDEOGRAPHER:  We are back on the

15  record.  The time on the monitor is 3:57 p.m.

16  BY MS. DOHNER SMITH:

17  Q      Mr. Kulakowski, I'll remind you that you're

18  still under oath.

19  A      Yes, ma'am.

20  Q      Is there anything from your previous

21  testimony that you need to change or revise?

22  A      No, ma'am.

23  Q      Now, at WestRock, you're required to punch

24  in and out when you come to work and leave work,

25  correct?

1    were produced to us, so if you have them, we would
2    like to get those.
3    BY MS. DOHNER SMITH:
4    Q       Do you punch in and out every time that you
5    come to work?
6    A       I do now, yeah.
7    Q       Okay.  Did you always?
8    A       No.  Years ago I used to come in and load a
9    truck real quick and shoot on back home.
10   Q       When was that?
11   A       Or take a lock off.  I don't know, ten years
12   ago maybe.
13   Q       Okay.
14   A       Maybe one of my drivers left the lock on the
15   glad handle where a driver couldn't hook his air
16   brake line up, and I would drive down and take it
17   off and leave.
18   Q       All right.
19   A       I mean, that -- yeah, I know you're supposed
20   to get paid four hours, but one of my guys went and
21   left the lock on, so I felt responsible for that one
22   or whatever, so...
23           Or I'd drive down sometimes if somebody
24   didn't have a key to get in the building that needed
25   to work, and I'd drive down and let them in.  I

1  didn't keep all of them notes all these years, no, I
2  did not.
3  Q       So when -- how many times -- anything within
4  the last four years where you went back to work and
5  didn't punch in.
6  A       I don't recall any.
7  Q       You don't recall any incidents in the last
8  four years?
9  A       Not going back doing a truck or anything
10 without being on the clock, I don't recall that in
11 the last four years.
12 Q       Okay.  So in the last four years, every time
13 you've gone back, you've punched in?
14 A       I think so, ma'am.
15 Q       Okay.  During the last four years, have
16 there been any days where you went to work and
17 didn't punch in and didn't get paid?
18 A       Not that I know of.
19 Q       Do you have any reason to believe that the
20 company's time records, where you swipe in and out,
21 are not accurate?
22 A       I mean, the time clock messes up, it's a new
23 time clock, or whatever, I don't know, hasn't been
24 there a couple of years, I don't think, but it's got
25 a thing that says on or off.  Sometimes it messes

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 84 of 96 PageID #: 333

1  up, but that's why you saw that double click in
2  there again.  You have to hit it again or whatever.
3  Q       All right.  So if it messes up, you just
4  reswipe --
5  A       It says on or out -- says in instead of out.
6  Just do it real quick, and then explain to the boss
7  why it's twice or whatever.
8  Q       Okay.
9  A       We always had a time clock, but this is one
10 of these new -- I think the new one goes straight to
11 corporate or something.
12 Q       Okay.  In the last four years, have you ever
13 been instructed by anyone in management not to clock
14 in when you come to work?
15 A       Not that I recall.
16 Q       And you're aware that you're supposed to
17 clock in and out whenever you come to and leave
18 work?
19 A       Yes.
20 Q       Did you ever choose not to clock in when you
21 came to work over the last four years?
22 A       For?
23 Q       Like, have you come in and just not clocked
24 in and went to work?
25 A       Not on purpose, I don't guess I would.

1  Q       Okay.  And if you forgot to clock in, you
2  would tell your manager?
3  A       Yeah, you'd tell them.  Or they would tell
4  you when they went to prove it did you forget to
5  clock in or did you whatever.
6  Q       Okay.
7  A       Because once it messes up, if they don't
8  find it until then, it throws everything off, is the
9  way I was explained.
10 Q       Okay.  Has there been an incident over the
11 last four years that you ever forgot to clock in and
12 it had to be corrected for you?
13 A       I'm sure that -- I don't remember exactly
14 when, but I'm sure that I've called and told them,
15 yeah, the clock wasn't working or whatever.  Like
16 the electricity and stuff has messed it up before,
17 and they asked us, you know, what time we got there
18 and stuff because the clock wouldn't work.
19 Q       When that happened, did they put your time
20 in and you got paid for the time that you were
21 working?
22 A       Yes.
23 Q       Okay.  Was there ever a time where you
24 didn't get paid?
25 A       Not that I recall.

1  Q       Okay.  During the last four years, have you

2  ever worked off the clock at WestRock?

3  A       I've probably clocked out and then turned

4  around and had to come back and take a lock off or

5  something or do something real quick.

6  Q       Can you remember any instances of that in

7  the last four years?

8  A       No, ma'am, I can't hardly recall hardly

9  anything at the moment.  I'm sorry.

10  Q       Would anything help you remember?

11  A       I don't recall any particular one right now.

12  Q       Okay.

13  A       I'm just about burnt out at the moment.

14  Q       Would that be a situation where you were

15  leaving work and you realized a lock was left on, so

16  you just turned around quick, went back --

17                  (Overlapping speech.)

18  A       Or something.  I went back --

19  Q       -- undid it and --

20  A       -- or took the lock off the trailer so the

21  driver could get it 4:00 in the morning in case we

22  wasn't there, something like that.

23  Q       Okay.  How long would that take typically?

24  Less than five minutes to walk in, take off the

25  lock?

1  A        Eight, nine, at the most, if you had to go

2  out and do the trailer, this, that, and the other.

3  Q        Okay.  But you can't remember any specific

4  time over the last four years you've had to do that?

5  A        Not any specific -- no, I can't remember a

6  date and all that.  No, I cannot.

7  Q        Okay.

8  A        The phone calls with the truck drivers, they

9  don't last long.  I mean, they might wake me up or

10 something.

11 Q        Okay.  So let's talk about that.

12          When did you receive a company cell phone?

13 A        I used mine for a few years, and I can't

14 remember how long it's been.  I've had a company

15 cell phone for, I don't know, nine years maybe.

16 Q        Okay.

17 A        I'm not 100 percent positive.

18 Q        Who gave you the cell phone?

19 A        I guess Tommy Whited would have had to prove

20 it.

21 Q        Okay.  Do you know who physically gave it to

22 you?

23 A        Probably Susan Hart.

24 Q        Did she tell you why you were getting a

25 phone or what you were supposed to do with it?

1    A        Because all the truck driving scheduling and

2    all that.  I was using my own cell phone at that

3    time.

4    Q        So it was so the truck drivers could call

5    you?

6    A        Yes.  Schedule trucks, trucks coming in.

7    Where they're going to put trucks if nobody is

8    there, you know, because we didn't have a second and

9    third shift in shipping.  We had first.  Where to

10   put the trailer if one's ready, so on, so on.

11   Q        Okay.  So let's kind of limit this to the

12   last four years.  How often do you receive a call on

13   your cell phone after hours?

14   A        Eight times a week maybe.

15   Q        Eight times a week?  And how long are these

16   calls, typically?

17   A        Three, four minutes.  Then I might have to

18   make a call to somebody else, and then call them

19   back.  Sometimes has to make multiple calls to solve

20   the problem or whatever.  Hadn't been any the last

21   month because I've been out, trying to get my -- get

22   back to work, my back taken care of.

23   Q        Is that pretty consistent, where it's eight

24   times a week you get a call that lasts for three to

25   four minutes?

1   A        Yeah.   That's pretty consistent, yes.

2   Q        Okay.   Was there ever a time that it was

3   less than that?

4   A        I'm sure sometimes it is.   You know,

5   sometimes I get them on the weekend, voice mails

6   or -- you know, it's nowhere near as bad now that

7   the tobacco contract is gone.   With the GE, you

8   know, things have gotten better.

9   Q        When did the tobacco contract leave?

10   A        I think -- I think they finally left

11   two-and-a-half years ago, I think.

12   Q        Okay.

13   A        They left --

14   Q        So was the eight times a week back when the

15   tobacco?

16   A        A lot of times when tobacco was here and

17   stuff, it was probably more than that.

18   Q        Okay.

19   A        I want to say four to eight times a week.

20   When I'm in the shipping office working, I still --

21   that still happens, even -- and it doesn't take

22   long, but I've been at church before and I get a

23   call.   Of course I had it on vibrate.   Check it when

24   I come out.   But if I can solve the problem, instead

25   of driving hour and ten minutes, I'm going to do it

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 90 of 96 PageID #: 339

1  on the phone instead of --

2  Q      Okay.  So, when the tobacco contract was

3  there prior to two-and-a-half years ago, you'd get

4  about eight calls a week.  Since then it's four to

5  eight calls a week?

6  A      No.  Back then, a lot of times it was three

7  to four a night.

8  Q      Okay.

9  A      Now it's probably four to six a week.

10 Q      Okay.  So for the last two-and-a-half years,

11 it's four to six calls a week?

12 A      Week.

13 Q      Okay.  And the calls are two to three -- or

14 three to four minutes long.

15 A      Something like that.  You know, I think

16 there was one incident that took me about an hour

17 and ten minutes to get the problem solved, me and

18 Larry and Susan Hart, get a driver in there.  Of

19 course, I solved it.  I did it.

20 Q      Any other specific incidents where it took

21 you longer than three to four minutes to handle the

22 problem?

23 A      Most of them doesn't.  Most times I can

24 handle it pretty quick.

25 Q      Okay.  Do you recall any incidents other

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 91 of 96 PageID #: 340

1  than the one incident where it took an hour and

2  ten minutes, where it took you any substantial

3  amount of time?

4  A    Not right off the top of my head, ma'am.

5  Q    Would anything help you remember?

6  A    I mean, I don't recall.

7  Q    All right.  When was the incident that it

8  took you an hour and ten minutes to fix?

9  A    I think it was -- I think it was a year ago.

10  I think it was on a Sunday.  General Electric had to

11  have a truck shipped out and didn't have a driver.

12  I had a lot of contacts.  Took me a few phone calls

13  and some begging and owing some favors to finally

14  get a trucking company to take care of it for me.

15  Q    But you think it was sometime in 2016?

16  A    Yes, ma'am.

17  Q    Okay.  And you can't remember any other

18  incidents where it was longer than a three- or

19  four-minute call?

20  A    I can't recall any, ma'am.

21  Q    Okay.  Did anybody tell you not to record

22  this time when you're taking calls?

23  A    Did anybody tell me what?

24  Q    Did anybody in management tell you that you

25  shouldn't record the time when you're taking calls

1  after hours?

2  A      I don't guess they told me not to -- you're

3  talking about not to document them?

4  Q      Yeah.

5  A      No, they didn't tell me -- you know, they

6  wasn't going to pay me for them.  I've asked a

7  thousand times.

8  Q      Who did you ask to get paid for it?

9  A      I asked Larry, running paperwork over used

10  to get paid 27 cents a mile to take the log,

11  shipping log -- whatever fulfillment ships and

12  receives in that day, next morning I do a log on it,

13  and I have to -- it goes to the plant the next

14  morning, and we have to check it off.  Okay?

15        Well, a lot of times it has to be over there

16  by a certain time and I run it over there in my own

17  vehicle, a lot of times.  Along years ago, you used

18  to get paid so many -- like six miles there,

19  six miles back.  And I've done like four trips in a

20  day and asked to get paid anything for it and don't.

21  Q      Are you punched in when you're making those

22  trips?

23  A      Yes.

24  Q      Okay.  So you're getting paid for the work

25  time.  I'm asking about the times that you were

Case 3:16-cv-02510   Document 32-17   Filed 01/26/18   Page 93 of 96 PageID #: 342

1   A       I don't know how to answer that.  I don't
2   know.
3   Q       Okay.  Do you believe the company owes you
4   some sort of backpay money?
5   A       Yes.
6   Q       Okay.  For what?
7   A       For years of service doing off the clock.
8   Q       Okay.
9   A       Telephone calls, coming down doing things
10  extra, all of that.
11  Q       What we just spoked about -- or what we just
12  spoke about?
13  A       Yes.
14  Q       Okay.  I saw somewhere that you had
15  estimated 400 hours.  What time period does that
16  cover?
17  A       Probably right at 11 years.
18  Q       Okay.
19  A       I actually think it was more than that, but
20  that would be all right.
21  Q       So it's 400 hours over 11 years?  Is that
22  correct?
23  A       Yes.
24  Q       How much over the last four years, then?
25  A       I'd have to estimate 100 hours.

1    Q      All right.

2    A      I'm curious why we go four years -- instead

3    of four years, I don't go to twelve years, the time

4    I've been there.  That's what I'm -- that's my

5    question.

6    Q      In your Complaint you allege that you've

7    suffered emotional pain and suffering, professional

8    and personal embarrassment, humiliation, loss of

9    enjoyment of life, inconvenience, and lost earnings.

10          Describe to me how you believe you have been

11   emotionally damaged.

12   A      Are you serious?

13   Q      Yes.  Do you have any sort of physical

14   manifestations of emotional damage or emotional

15   distress?

16                 MS. COLLINS:  Objection to form.

17                 THE WITNESS:  How about just sit and

18   shake, scared.  You hear a noise, you turn your

19   head.  You can't sleep, you can't move, you can't

20   even walk through the house without thinking there's

21   somebody fixing to jump out at you.

22                 How about you can't walk outside

23   without wanting to take a flashlight and look around

24   to make sure somebody is not fixing to put a cap in

25   you.

1                     REPORTER'S CERTIFICATE

2

3              I, Jerri L. Porter, RPR, CRR, Notary

4     Public and Court Reporter, do hereby certify that I

5     recorded to the best of my skill and ability by

6     machine shorthand all the proceedings in the

7     foregoing transcript, and that said transcript is a

8     true, accurate, and complete transcript to the best

9     of my ability.

10             I further certify that I am not an

11    attorney or counsel of any of the parties, nor a

12    relative or employee of any attorney or counsel

13    connected with the action, nor financially

14    interested in the action.

15             SIGNED this 17th day of November, 2017.

16

17

18

19



20    _____

21             Jerri L. Porter, RPR, CRR

22    My Notary commission expires:  2/19/2018

23    Tennessee LCR No. 335
      Expires:  6/30/2018

24

25