IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL KULAKOWSKI,            )
                               )
    Plaintiff,             )   Case Number: 3:16-CV-02510
vs.                            )
                               )   Judge Crenshaw
WESTROCK SERVICES, INC.,       )   Magistrate Judge Newbern
                               )
    Defendant,             )
                               )
_____ )

**NOTICE OF FILING EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff files the following Exhibits to Plaintiff's Opposition to Defendant's Motion for Summary Judgment:

**Depositions**

1. 11/15/17 Deposition of Terri Henley

2. 11/7/17 Deposition (excerpts) of Michael Kulakowski

3. 12/18/17 Deposition of Jeb Bell

4. 11/16/17 Deposition of Donald Charles Taylor

5. 11/9/17 Deposition of Larry L. Eden

6. 11/16/17 Deposition of Tracie Duncan

7. 12/21/17 Deposition of William Lee "Tommy" Whited

8. 10/24/17 Deposition of Terry Anthony Stafford

9. 11/15/17 Deposition of James Keith Hall

1

10. 11/15/17 Deposition of Michael P. White

11. 11/16/17 Deposition of Jerry Wayne Harville

12. 11/9/17 Deposition (excerpts) of Tracye Bryant

**Deposition Exhibits**

13. Exhibit 3- Kulakowski Handbook Acknowledgements

14. Exhibit 4- 5/2011 Employee Handbook

15. Exhibit 5- 11/01/13 Employee Handbook

16. Exhibit 8- Investigation Notes 8/16/16

17. Exhibit 9- Kulakowski Notes

18. Exhibit 14- 8/29/16 Email/Duncan Notes

19. Exhibit 15- 10/31/13 Global Compliance Report re: Whited

20. Exhibit 16- 8/17/16 Updated Report

21. Exhibit 17- 8/18/16 Email thread

22. Exhibit 18- Investigation Notes

23. Exhibit 19- Investigation Summary

24. Exhibit 21- Investigation Notes, Michael Kulakowski

25. Exhibit 23- 8/27/16 Email

26. Exhibit 24- Separation Notice

27. Exhibit 25- 8/8/16- 8/23/16 Email thread

28. Exhibit 27- Email Re: Exit Interview with Johanna

29. Exhibit 28- 8/29/16 Email

**Declarations**

30. Declaration of Michael Kulakowski

31. Declaration of Mike White

**Other**

32. Counter-Complaint Against Tommy Whited

Respectfully submitted,

COLLINS & HUNTER, PLLC

*/s Heather Moore Collins*
Heather Moore Collins #026099
Anne Hunter #022407
Paige M. Lyle #032959
7000 Exeuctive Center Dr., Ste. 320
Brentwood, TN 37027
615-724-1996 – Office
615-691-7019 – Fax
heather@collinshunter.com
anne@collinshunter.com
paige@collinshunter.com

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing has been served this 26th day of February 2018 by electronic mail through the ECF system to Attorneys for Defendant Mary Dohner-Smith, Marcia McShane, Nelson Suarez, Constangy, Brooks, Smith & Prophete, LLP, 401 Commerce St., Suite 1010, Nashville, TN, 37219, MDohner@constangy.com

*/s Heather Moore Collins*
Heather Moore Collins
