IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL KULAKOWSKI,         )
                          )
    Plaintiff,            )
                          )
vs.                    )CASE NO.
                        )3:16-CV-02510
                        )
WESTROCK SERVICES, INC.,      )
                        )
    Defendant.          )
_____

VIDEOTAPED DEPOSITION OF

MICHAEL DAVID KULAKOWSKI

Taken on Behalf of the Defendant

November 7, 2017

Commencing at 9:55 a.m.

_____

Reported by:  Jerri L. Porter, RPR, CRR
Tennessee LCR No. 335
Expires:  6/30/2018

Page 2

1 APPEARANCES:
2 For the Plaintiff:
3        HEATHER MOORE COLLINS
         Collins & Hunter
4        7000 Executive Center Drive
         Building 2, Suite 320
5        Brentwood, Tennessee  37027
         (615) 724-1996
6        heather@collinshunter.com
7
   For the Defendant:
8
         MARY DOHNER SMITH
9        Constangy, Brooks, Smith & Prophete
         1010 SunTrust Plaza
10        401 Commerce Street
         Nashville, Tennessee  37219
11       (615) 320-5200
         mdohner@constangy.com
12
13 Also Present:
14 Sophia Gordon, Videographer
15
16
17
18
19
20
21
22
23
24
25

Page 3

1           I N D E X
2     INDEX OF EXAMINATIONS
3                  Page
4 Examination By Ms. Dohner Smith ...................6
5
6
7           MARKED EXHIBITS
8
   Exhibit     Description              Page
9
   No. 2   10/3/05 Kulakowski .....................32
10       Employment Application
         Bates WestRock 000001-0003
11
   No. 3   RockTenn Employee Handbook and ..........53
12       Employee Code of Conduct and Ethics
         acknowledgment forms
13
   No. 4   2011 RockTenn Employee Handbook .........64
14
   No. 5   2013 RockTenn Employee Handbook .........66
15
   No. 6   Gallatin Fulfillment Services ...........67
16       Plant Rules
         Bates WestRock 000011 & 000022
17
   No. 7   Attendance Policies  ....................68
18       Bates WestRock 000012-0015
19 No. 8   8/16/16 1:45 p.m. 2133 .................167
         Investigation transcript
20       Bates WestRock 000215-0217
21 No. 9   Handwritten notes .....................193
22
23
24
25

Page 4

1           MARKED EXHIBITS
           (Continued)
2
   Exhibit     Description              Page
3
   No. 10  Clock On/Off Detail Report  ............201
4       Bates WestRock 000169-0192 and
         Calendar January 2015-February 2017
5
   No. 11  WestRock Services .....................202
6       Employee Earnings Record
         Bates WestRock 000087-0168
7
   No. 12  Kulakowski/Ferland Medical records .....241
8       Bates Kulakowski 000002, 03, 05, 06,
         07, 10, 15, 16, 20, 22, 28, 33, 34,
9       46, 54, 70, 77, 84, 124, 131
10 No. 13  Kulakowski/Head Medical records ........250
         No Bates
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1           The videotaped deposition of MICHAEL

2 DAVID KULAKOWSKI was taken on behalf of the

3 Defendant on November 7, 2017, in the offices of

4 Bone, McAllester & Norton, 131 Saundersville Road,

5 Suite 130, Hendersonville, Tennessee, for all

6 purposes under the Federal Rules of Civil Procedure.

7           The formalities as to notice, caption,

8 certificate, et cetera, are waived.  All objections,

9 except as to the form of the questions, are reserved

10 to the hearing.

11           It is agreed that Jerri L. Porter,

12 being a Notary Public and Court Reporter for the

13 State of Tennessee, may swear the witness, and that

14 the reading and signing of the completed deposition

15 by the witness are reserved.

16

17

18

19

20

21           * * *

22

23

24

25

Page 50

1 something like that. I mean, I don't think it was
2 directly about anything.
3 Q    Okay. Do you have any personal knowledge
4 about how many times Terri was actually at the
5 fulfillment center prior to this whole issue with
6 Tommy popping up?
7 A    All I know is what she's told me, and it's
8 hearsay.
9 Q    Who has told you?
10 A    Terri Henley told me that she –
11 Q    What did she tell you?
12 A    She told me the only time she could come to
13 fulfillment is to clear it with Tommy Whited and
14 Susan Hart and that she wasn't allowed to come out
15 on the floor just – unless they kept her right
16 there. And she said that she wasn't ever allowed to
17 come out and try to talk to people like she does at
18 every other plant she gets to go to. She said they
19 would not let her. That's what she told me.
20 Q    When did she tell you that?
21 A    Conversation we had – date-wise, I can't
22 remember. I was coming back from vacation when all
23 this started. Probably October – September/October
24 last year maybe, or something like that. She called
25 me. I was coming back from vacation.

Page 51

1 Q    Do you have any personal knowledge, though,
2 of how often, prior to 2016, Terri Henley was
3 physically at the fulfillment center?
4 A    Me personally, couldn't be more than two.
5 Q    Okay. Do you have any personal knowledge –
6 A    No.
7 Q    – of when she walked in that building and
8 was there?
9 A    No.
10 Q    Okay. Who is Helen Kendall?
11 A    I thought Helen Kendall was our human
12 resource the whole time I've been there. She was
13 the one that finally got me hired.
14 Q    Any reason to dispute that Helen Kendall was
15 actually an administrative assistant?
16     MS. COLLINS: Objection to form.
17     You can answer if you know how to
18 answer that question.
19     THE WITNESS: I don't know how to
20 answer.
21 BY MS. DOHNER SMITH:
22 Q    Okay. Do you know what her actual job title
23 or duties were?
24 A    Human resource. Any questions about human
25 resource, we was told to call Helen Kendall about

Page 52

1 any kind of questions that had to do with human
2 resource.
3 Q    Who told you that?
4 A    Tommy, Larry, any supervisor or management
5 there was. Tommy Whited directly out of his mouth.
6 Helen Kendall is human resource, she handles that.
7 Q    The company has a corporate HR department,
8 correct?
9 A    Correct.
10 Q    And that's located outside of the
11 fulfillment center in Gallatin?
12 A    Talking about Helen Kendall –
13 Q    I'm not talking about Helen Kendall who is
14 local here in Gallatin.
15 A    Okay.
16 Q    I'm talking about the corporate HR
17 department that is outside Gallatin, Tennessee.
18 There is a corporate HR department in Norcross,
19 Georgia –
20 A    Okay.
21 Q    – correct?
22     MS. COLLINS: Objection to form.
23     THE WITNESS: I didn't know where they
24 were stationed at Norcross, that's corporate, so I
25 just figured they had one there. I'm sorry. It's

Page 53

1 so...
2 BY MS. DOHNER SMITH:
3 Q    So there's corporate HR people outside of
4 Gallatin, Tennessee?
5     MS. COLLINS: Objection to form.
6 BY MS. DOHNER SMITH:
7 Q    As far as you know?
8 A    Yes, ma'am, as far as I know.
9 Q    Okay. Throughout your employment with the
10 company, you've received copies of the employee
11 handbook, correct?
12 A    Apparently.
13 Q    And the company's code of conduct? I'm
14 going to ask you to take a look at these documents.
15 Are these all documents you signed, acknowledging
16 your receipt of the company handbook and code of
17 conduct?
18 A    That looks like my signature.
19     MS. DOHNER SMITH: Let's go ahead and
20 mark that Number 3.
21     (Marked Exhibit No. 3.)
22 BY MS. DOHNER SMITH:
23 Q    I'm going to ask you to take a look at this
24 document. Do you have any reason to dispute that
25 this is the company's 2011 employee handbook?

Page 54

1       MS. COLLINS:  These aren't Bates
2  labeled, Exhibit Number 3.  Have these been
3  produced?
4       MS. DOHNER SMITH:  Yeah.  These were in
5  the packet that I gave you when you came in.
6       MS. COLLINS:  I didn't get a packet
7  when I came.
8       MS. DOHNER SMITH:  When you came to my
9  office, I handed you a packet.
10       MS. COLLINS:  Oh, yeah.  Okay.  They
11  just weren't Bates labeled?
12       MS. DOHNER SMITH:  They should have
13  been.  She may have just printed off a copy that
14  wasn't Bates labeled.
15       MS. COLLINS:  Okay.
16  BY MS. DOHNER SMITH:
17  Q      Do you have any reason to dispute this was
18  the company handbook in 2011 that was issued?
19  A      I mean, I don't guess I can dispute it.  I
20  don't remember it, but...
21  Q      You signed a form stating that you received
22  it, correct?
23  A      I guess so, ma'am.  There's my signature.
24       MS. COLLINS:  Objection to form.
25

Page 55

1  BY MS. DOHNER SMITH:
2  Q      Okay.  I'll have you take a – if you kind
3  of go through, down at the bottom there's going to
4  be some pages that are listed as Page 1, Page 2.  Or
5  actually just – let's go to the – you can just go
6  to the second page.  You don't even have to count.
7  Just – just flip over the top page.
8  A      Okay.  I'm sorry.
9  Q      This document here on the second page
10  requires compliance with the provisions of the
11  handbook.  Any reason to dispute it says that?
12  A      No, ma'am, I guess not.
13  Q      Okay.  And it also says that violation could
14  lead to disciplinary action, including termination.
15  Any reason to dispute that?
16  A      No, ma'am.
17  Q      Okay.  If you turn to – a few pages back,
18  up at the top it says Section A.1, Employment
19  Policies, and at the bottom it actually says Page 2.
20  Keep flipping.  I'll tell you when to stop.
21  A      (Witness complies.)
22  Q      Turn another page.
23  A      (Witness complies.)
24  Q      Or turn one page back.  My eyes are all
25  funny.  I can't see right.

Page 56

1       Does that say equal opportunity – Equal
2  Employment Opportunity Policy there down at the
3  bottom?
4  A      Yes, ma'am.
5  Q      And if you flip the page, the second
6  paragraph says, "If an employee has a question or
7  concern about, or is a victim of any type of
8  discrimination in the workplace, he or she must
9  contact his or her divisional HR director or call
10  the compliance hotline," and it provides a number;
11  is that correct?
12  A      Yes, ma'am.
13  Q      Okay.  And the company actually has a
14  corporate hotline for employees to report issues; is
15  that correct?
16  A      This says it does.
17  Q      Okay.  And it's also posted at the
18  fulfillment center in the breakroom, correct?
19       MS. COLLINS:  Objection to form.
20  BY MS. DOHNER SMITH:
21  Q      The compliance hotline?
22  A      I'm sure it is now.
23  Q      Well, it's been posted for quite some time,
24  hasn't it?
25       MS. COLLINS:  Objection to form.

Page 57

1       THE WITNESS:  I don't know.
2  BY MS. DOHNER SMITH:
3  Q      If you keep turning pages down at what – it
4  says Page 7 at the bottom.  There's a big page there
5  that says, "Compliance Hotline," correct?
6  A      Yes, ma'am.
7  Q      And it says "Four ways to report."  Is that
8  correct?
9  A      Yes, ma'am.
10  Q      And it says you can report by phone, and it
11  provides a telephone number; is that correct?
12  A      Yes, ma'am.
13  Q      And number 2, you can make a report by mail,
14  and it provides an address; is that correct?
15  A      Yes, ma'am.
16  Q      And that's an address in Norcross, Georgia,
17  correct?
18  A      It is.
19  Q      And then it says number 3 is on the
20  intranet; is that correct?
21  A      Yes.  Yes, ma'am.
22  Q      And then number 4, via the internet; is that
23  correct?
24  A      Do I have an internet?
25  Q      No.  I'm saying that there's four ways that

Page 66

1 mark that Number 5.
2        (Marked Exhibit No. 5.)
3        THE WITNESS: Thank you.
4 BY MS. DOHNER SMITH:
5 Q      During the course of your employment, you
6 were also provided with copies of the plant rules;
7 is that correct?
8 A      Yes, ma'am.
9 Q      I'll have you take a look at this document.
10 It's a two-page document. Is that your signature on
11 both sheets evidencing that you received a copy of
12 the plant rules?
13 A      It does look like my signature, correct.
14 Q      Okay. And if you'll look down there,
15 number 3 provides that "no team member shall falsify
16 any time card or any other record." Is that
17 correct?
18 A      Correct.
19 Q      And number 6 prohibits fighting; is that
20 correct?
21 A      Correct.
22 Q      Number 7 prohibits abusive language; is that
23 correct?
24 A      Correct.
25 Q      Number 12 prohibits horseplay; is that

Page 67

1 correct?
2 A      Correct.
3        MS. DOHNER SMITH: Let's go ahead and
4 mark that Number 6.
5        (Marked Exhibit No. 6.)
6        THE WITNESS: Thank you.
7 BY MS. DOHNER SMITH:
8 Q      I'll have you take a look at another
9 document. If you'll take a look at the last page
10 there, is that your signature on the last page?
11 A      It looks like my signature, correct.
12 Q      And this is the company's attendance policy,
13 correct?
14 A      Looks like it, yes, ma'am. Correct.
15 Q      And on the first page it says "Time
16 Records." And it says, "The time card is to be
17 punched in when reporting to work and punched out
18 when leaving work." Correct?
19 A      Correct.
20 Q      And it provides disciplinary action for not
21 following the guidelines down there at the bottom?
22 A      Yes, ma'am.
23 Q      The company also has what's called call-in
24 pay, correct? If you're called in to work outside
25 of your normal shift, you get four hours of pay –

Page 68

1 A      Four hours pay, yes, ma'am.
2 Q      – regardless of whether or not you're there
3 for four hours, correct?
4 A      Yes, ma'am. Yes, ma'am.
5 Q      Now, if you're there more than four hours,
6 you get paid for however long you've worked.
7 A      Yes, ma'am.
8 Q      But if, for example, you're called back to
9 work and you only work two hours, you get paid
10 four hours, correct?
11 A      Correct.
12        MS. DOHNER SMITH: Let's go ahead and
13 mark that Number 7.
14        (Marked Exhibit No. 7.)
15        THE WITNESS: Thank you.
16 BY MS. DOHNER SMITH:
17 Q      It's my understanding that you are suing the
18 company for sexual harassment. When did you first
19 believe you were subject to sexual harassment?
20        MS. COLLINS: Objection to form.
21        THE WITNESS: Right at eight years ago,
22 might be nine.
23 BY MS. DOHNER SMITH:
24 Q      Nine years ago?
25 A      Because of this year here.

Page 69

1 Q      So, nine years ago you believed you were
2 subject to sex harassment. When you were sitting
3 there in the workplace, you thought to yourself,
4 I've been sexually harassed?
5        MS. COLLINS: Objection to form.
6        THE WITNESS: Yes, ma'am.
7 BY MS. DOHNER SMITH:
8 Q      Okay. All right. Who do you believe has
9 sexually harassed you?
10 A      Tommy Whited.
11 Q      Is there anyone else who has sexually
12 harassed you?
13 A      Physically, just Tommy Whited.
14 Q      Has anybody else sexually harassed you?
15 A      No, ma'am. Just Tommy Whited.
16 Q      All right. What did Tommy Whited do to
17 sexually harass you? What I want you to do is go
18 through and list out every incident you can
19 remember.
20 A      Years back, off and on for years, going to
21 the bathroom, unzipping his zipper, pulling his
22 penis out and telling me to come in the bathroom.
23 If I want a raise or want to keep my job, come in
24 there and do what I have to do to keep my job or get
25 a raise.

Page 70

1 Q    Did you actually go in and perform oral sex
2 on him?
3 A    No, I did not.
4 Q    Okay.  How many times did he unzip his
5 zipper, pull out his penis, and tell you to come
6 into the bathroom and do what you needed to do to
7 get a raise?
8 A    I'd say approximately 11 times physically
9 doing that.
10 Q    When?
11 A    The last time was probably a month before --
12 somewhere around a month before this all went crazy,
13 before he was dismissed or whatever.
14 Q    Where were you?
15 A    By the breakroom. There's a fence there,
16 and he was at the bathroom door there and I was
17 coming through to go to the bathroom.  And I stopped
18 to go in until he finished what he was saying,
19 whatever, and of course, I waited.  Then I went
20 outside and waited until he was gone to come back in
21 to go in to go to the restroom.
22 Q    What specifically did he say?
23 A    Unzipped his pants.  You could see flesh of
24 his penis.  Asked me to come in the bathroom and
25 suck a dick if I want a raise like I've been asking

Page 71

1 for all the time.  He's tired of hearing it.
2 Q    Did anybody else witness this?
3 A    That particular one, I'm almost 100 percent
4 positive Susan Hart was standing there.
5 Q    How did you respond?
6 A    Walked off, went out the steps to the
7 smoking shelter there, gave it a few minutes, kind
8 of come up the steps to make sure -- if I knew she
9 wasn't standing there, that he wasn't.
10    So I went into the private men's room where
11 there can't -- you can lock the door and there's
12 only one commode there.  There's not a stall like in
13 the other one and a commode.
14 Q    Any -- do you think he really wanted you to
15 suck his dick?
16    MS. COLLINS:  Objection to form.
17    THE WITNESS:  I honestly can't say what
18 the man -- if the man wanted me to or not, but I
19 didn't want to.
20 BY MS. DOHNER SMITH:
21 Q    Do you think if you would have said yes, he
22 would have let you?
23 A    I wouldn't put it past him.
24 Q    Okay.  So do you think that Tommy Whited is
25 a homosexual?

Page 72

1    MS. COLLINS:  Objection to form.
2    THE WITNESS:  If I have to answer this,
3 if he's not part homosexual, he's got the
4 tendencies.
5 BY MS. DOHNER SMITH:
6 Q    Okay.  What other incident can you remember
7 where he did this?
8 A    Like I said, there's probably eleven of them
9 over the eight-year period.
10 Q    I'm asking for specific incidences.  Any
11 other incident you can remember?
12 A    There was ten of them, but date-wise, I
13 can't particularly give you the date with all of my
14 documents getting destroyed.
15 Q    Do you recall any other incident, where you
16 were, what you were doing, what he said?
17 A    Well, the sexual -- I call it sexual --
18 Q    We're talking just right now about the
19 unzipping of the pants, pulling out the penis, and
20 telling you to suck his dick.
21 A    The bathroom down at the front offices where
22 he stayed in Susan's office a lot, he did it a
23 few -- three to four times at that bathroom
24 entrance.
25 Q    Do you remember specific -- any time period

Page 73

1 that this took place, the two to three times?  What
2 year?
3 A    Three of them was within a year of before he
4 got terminated.  Probably skip a year.  It happened
5 twice the year before that.  Probably once the year
6 before that, and two the year before that.
7 Q    So we've got three times in 2016, two times
8 in 2015, one time in 2014, and two times in 2013?
9 A    I believe that sounds correct, ma'am.
10 Q    All right.  Tell me about the three times in
11 2016.  What can you remember?
12 A    The last few years of, I call the end of
13 this nightmare, I believe if he could have pulled me
14 in the bathroom, he would have, and --
15 Q    I'm asking you to tell me about the
16 specifics that you remember about the three
17 incidences in 2016 up and near the front office
18 bathroom where you said Tommy Whited unzipped his
19 pants, pulled out his penis and wanted you to suck
20 his dick.
21 A    He had the door open going in there,
22 hollering, Kuli, come here.  And I'm like, what?
23 And then when I -- kind of like he turned kind of
24 around like that and have his pants unzipped, and
25 you could see flesh of his penis right there.  He'd

Page 74

1 say, get your ass in here and get down on your
2 knees. You know, give me a blow job, or suck my
3 dick, whichever one it would be. So, that's as
4 specific as I can...
5 Q    How did you react?
6 A    Went through the fence and left. Hurt,
7 angry, fed up with it.
8 Q    What about the two times in 2015? Where
9 were you when that happened?
10 A    It would be at the bathroom by the
11 breakroom.
12 Q    What happened?
13 A    Same -- open the bathroom door, holler at my
14 me to come in there. Or he'd stand there and wait,
15 if I was on the tow motor or doing something to a
16 truck, because the docks were right there. He'd do
17 the same incident. If he didn't pull it all the way
18 out and ask me to suck it, and he said, if you want
19 a raise, if you want to keep your job, get in here
20 and suck my dick.
21 Q    The one time in 2014, what do you remember
22 about that?
23 A    If I'm correct on that one, the unzipping of
24 the pants he did, wanted me to come into the
25 bathroom, which would be the one by the breakroom

Page 75

1 and the back of -- by the breakroom, grab his
2 underwear, start to come down. But I didn't see
3 flesh of the penis or anything on that one.
4 Q    What did he say?
5 A    He said, if you don't want me to fire you,
6 you're going to get in here and suck my dick.
7 Q    All right. What about the two times in
8 2013? Where were you, what happened?
9 A    '13, I'd say I was probably up at the
10 breakroom at the bathrooms by the dock doors up
11 there. One of them, he unzipped his pants and you
12 could see the flesh of his penis. He'd tell me to
13 either suck his dick for a raise or to keep my job
14 or both.
15    The second one would be unzipping the pants,
16 and he'd have the door wide open and say, you're
17 going to get in here, you know, or I'm going to fire
18 you. You're going to suck it right now, I'm telling
19 you.
20 Q    Any other instances of him unzipping his
21 pants and telling you to suck his dick that you can
22 recall?
23 A    Not that I can recall right now, ma'am.
24 Q    Anything that would help you remember?
25 A    Not -- I -- that's what I know, ma'am.

Page 76

1 Q    These two incidences in 2013 where you say
2 that Tommy unzipped his pants and told you to suck
3 his dick, did you contact the district HR director
4 to report that?
5 A    No, ma'am, I did not. I contacted every --
6 Q    Did you contact --
7    MS. COLLINS: Let him finish his -- he
8 was talking. Let him finish what he was saying.
9    THE WITNESS: I let every management
10 know at my facility. I did not know about these
11 papers, about these HRs and all of these other
12 places I was supposed to call. I hadn't seen these
13 documents. I --
14 BY MS. DOHNER SMITH:
15 Q    Well, you signed the one document stating
16 you received it, correct?
17 A    They lay papers in front of us all the time
18 in meetings to sign stuff. You know, they say
19 before y'all leave, everybody sign this and leave it
20 in the pile. Had meetings like that for years over
21 safety, anything there was. There's all kinds of
22 meetings. They'd have a pile of them here. Nobody
23 leave the room until you sign and date this and lay
24 it over here in the pile.
25 Q    Are you saying you never received a copy of

Page 77

1 the handbook throughout your entire employment?
2 A    I probably did.
3 Q    Okay.
4 A    I'm not going to say I didn't, but I'm not
5 going to say I remember 100 percent signing this and
6 this one right here particular. I can't honestly
7 say that.
8 Q    All right. But you signed documents saying
9 you received it.
10 A    Apparently I did. My signature is on there,
11 ma'am.
12 Q    Okay. Are you sitting here today, going to
13 tell me that you didn't know there was a corporate
14 HR department in Norcross, Georgia?
15    MS. COLLINS: Objection to form.
16    THE WITNESS: I'm not going to say
17 there wasn't.
18 BY MS. DOHNER SMITH:
19 Q    Okay.
20 A    I'm going to say as an employee at WestRock,
21 any kind of incident, we was told to report it to
22 your management, and I reported it to every
23 management there was on every incident that ever,
24 ever happened, and nothing ever got done.
25 Q    So you reported the two incidents in 2013

Page 78

1 where Tommy unzipped his pants and told you to suck
2 his dick to somebody in management.
3     Who did you report them to?
4 A     Larry Eden.
5 Q     Okay. When did you report them to Larry
6 Eden?
7 A     Shortly after -- the day after it happened,
8 as soon as I saw him, or called him on the phone.
9 Told Tommy, I didn't want to do that, I'm not like
10 that, I don't want to do that. Stop doing it to me.
11 Q     Well, did you tell Larry Eden in person or
12 did you call him?
13 A     I've called him multiple times, and I told
14 him in person in the 12, 13 years I've been there,
15 every bit of 90 to 100 times in person, face to
16 face.
17 Q     Well, I'm asking specifically about the two
18 times in 2013 that you said Tommy Whited unzipped
19 his pants and told you to suck his dick. Did you
20 report those specific incidences to Larry Eden? Did
21 you tell him, Tommy called me into the bathroom,
22 pulled down his pants -- pulled down his zipper and
23 told me to suck his dick?
24 A     Yes, I told Larry face to face.
25 Q     All right. When?

Page 79

1 A     Day after it happened.
2 Q     What did he say?
3 A     Same remark I always get. Kuli, as long as
4 you work here, he's going to do things to you.
5 Q     Anybody else you reported these two
6 incidents in 2013 where Tommy unzipped his pants and
7 told you to suck his dick? Anybody else that you
8 reported that to?
9 A     Them two incidents there, Larry Eden is the
10 only one I can think of that I reported to, the 2013
11 incidents.
12 Q     All right. The one incident in 2014 where
13 you say Tommy unzipped his pants and told you to
14 suck his dick, did you report that to anybody?
15 A     I can't honestly sit here and say I did on
16 that one.
17 Q     Okay. The two incidents in 2015 where you
18 say you were at the bathroom by the breakroom and he
19 unzipped his pants and told you to suck his dick to
20 keep your job or if you wanted a raise, did you
21 report that to anybody?
22 A     Larry Eden.
23 Q     Okay. When did you report it?
24 A     It would be the day after, because I know he
25 wasn't at the warehouse.

Page 80

1 Q     Did you report it in person or over the
2 phone?
3 A     In person.
4 Q     Where were you?
5 A     If I'm 100 percent positive, I called him to
6 come to the warehouse on them and talked to him
7 about it.
8 Q     What did you say?
9         MS. DOHNER SMITH: Sorry. We need to
10 stop and change a disk.
11         VIDEOGRAPHER: We are going off the
12 record. This marks the end of Disk 1 of the video
13 deposition of Michael Kulakowski. We are off the
14 record. The time on the monitor is 12:03 p.m.
15         (Recess observed.)
16         VIDEOGRAPHER: We on the record. The
17 time on the monitor is 12:04 p.m. This marks the
18 beginning of Disk 2 of the video deposition of
19 Michael Kulakowski.
20 BY MS. DOHNER SMITH:
21 Q     So the two incidents in 2015, you said you
22 reported them to Larry Eden the day -- was it all on
23 the same day that they happened or were they two
24 separate incidents spread out over months or...
25 A     That was spread out over -- them two was

Page 81

1 spread out over one-month period.
2 Q     Okay. So did you report each incident or
3 did you report one of them?
4 A     I reported one of them.
5 Q     Okay. Was it the first one or the second
6 one?
7 A     It would be the first one.
8 Q     Okay. Did you report it to anyone other
9 than Larry Eden?
10 A     I reported Larry Eden, plant manager. I
11 reported it to him, so...
12 Q     So Larry Eden is the only person you
13 reported it to?
14 A     On that incident, yes.
15 Q     What did Larry Eden say?
16 A     There's nothing he can do about it.
17 Q     The two times in 2013 that you said this
18 happened, were these spread out or did they happen
19 in close relation to each other?
20 A     The one in '13, close relation, like a day
21 apart or something like that.
22 Q     Okay. So did you report both of the
23 incidents to Larry or one or...
24 A     No. I reported both of them.
25 Q     So you had two conversations with him?

Page 82

1 A    Yes, ma'am.

2 Q    The three times in 2016 when you say this

3 happened, did you report that to anybody?

4 A    Larry Eden.

5 Q    Were they spread out over a time period or

6 close in time?

7 A    Two were close, one was spread out, probably

8 like two within a week and the other one was like

9 two weeks later.

10 Q    Okay.  Was one of those three the one that

11 took place just a month before he was terminated?

12 A    Yes.

13 Q    Tommy was terminated?

14 A    Yes.

15 Q    So there weren't four times in 2016, there

16 were three times?

17 A    Three, yes, ma'am.

18 Q    And the one took place shortly before Tommy

19 was terminated, about a month prior?

20 A    Yes, ma'am.

21 Q    Okay.  When did the other two incidents take

22 place?  How long before that?

23 A    I think my note said – I think it was –

24 one was a week before that, and the other was

25 probably – probably a week ahead of that one.

Page 83

1 Q    Okay.  So all within like a month of each

2 other?

3 A    Yes, ma'am.

4 Q    Okay.  Did you report all three incidents to

5 Larry or just –

6 A    I verbally, face to face, reported them to

7 Larry.

8 Q    All three incidents?

9 A    All three incidents.

10 Q    Did you have one conversation where you

11 reported all three or –

12 A    No.  I had three different conversations

13 with him.

14 Q    Where did you – where did your

15 conversations take place?

16 A    One was in my shipping office, one I went

17 over to his shipping office, and one was back there

18 at the other end of the warehouse out on the floor.

19 Q    What did he say?

20 A    Kuli, how many times do I have to tell you,

21 as long as you work here, I cannot do nothing about

22 it, and he is not going to stop doing things to you.

23     And that's what –

24 Q    Anybody else you reported that to?

25 A    I thought plant manager was top dog besides

Page 84

1 Tommy, so that's why I reported them to him.

2 Q    Who is Jeb Bell?

3 A    I think he's a big wheel with WestRock.

4 I've never met the man.

5 Q    Have you ever, ever met anybody who is above

6 Tommy?

7 A    Some Tom Perdine (phonetic) or whatever was

8 in one of the meetings.

9 Q    Tom Pedine?

10 A    Pedeen (phonetic), Pedine, or something.  I

11 thought he was Tommy's boss.  He's over – he was

12 over some multi – he was a big wheel.  I don't know

13 how big.

14 Q    Okay.

15 A    He was big enough to probably shut a plant

16 down.  So, to me, he's big.

17 Q    So, anybody other than Larry Eden that you

18 ever reported these incidents to?

19 A    Then with the zipper, Larry Eden.

20 Q    Okay.  You never called the hotline or

21 called corporate HR or notified corporate HR; is

22 that correct?

23 A    I did not.  Did not know the number was in

24 there; I'm sorry.

25 Q    Okay.  Do you remember a meeting, an

Page 85

1 employee meeting being held when RockTenn merged

2 with Mead Westvaco and they became WestRock?

3 A    I remember some meetings.  I mean, you know,

4 they had meetings all the time.

5 Q    Well, they sent somebody from corporate to

6 talk with everybody, with the employees.

7 A    I don't know if I remember that meeting.

8 Because Keith Hall is the one that I heard it from.

9 Now, I'm not saying it didn't happen.

10 Q    Okay.  So there might have been a meeting.

11 You sitting here today just can't remember it?

12     MS. COLLINS:  Objection to form.

13     THE WITNESS:  I could have been on

14 vacation.

15 BY MS. DOHNER SMITH:

16 Q    Okay.

17 A    I just – you know, I knew we was merging

18 with somebody because rumors were going around

19 everywhere.

20 Q    So, the summer of 2005, you don't remember

21 anybody from corporate coming out and doing a

22 program?

23 A    No, I do not.

24 Q    Okay.

25 A    I just remember the HR and that Tom Pedine

Page 86

1 in that office, when I was telling the story about
2 what happened, and Tom Pedine saying, well, if you
3 was that scared of him and didn't like it, why
4 didn't you go get another job? And so that's when I
5 made a decision that I can't get anything done, I
6 need to go talk to somebody.
7 Q      What do you mean, you can't get anything
8 done?
9 A      Because I reported every incident to every
10 management there was, and nobody would do anything
11 about it.
12 Q      Well, after you reported it to Tom Pedine
13 and corporate HR, Tommy got fired, right? Tommy is
14 no longer employed, correct?
15 A      He's not employed, but I don't know if it's
16 because of me or not.
17 Q      Well, the first time you ever told anybody
18 from corporate HR, Tom Pedine, about
19 these incidents, about Tommy, it was August of 2016,
20 correct?
21 A      If I -- what's in my notes.
22 Q      Well, do you have -- did you take notes from
23 that day?
24 A      When Terri, whoever that Terri girl is,
25 called me on the phone and started asking me

Page 87

1 questions, and I told her the story, and then when I
2 come back to work and I come down and had a meeting.
3 And like I said, I'm telling them the story about
4 all of these years, everything what's happening,
5 nobody has done anything about it. Then he came in
6 and then he made the statement, you know, well, why
7 didn't you go get another job if you was that scared
8 of him and all of that.
9 Q      I'm asking, is this about August of 2016?
10 A      It could be.
11 Q      Okay.
12 A      Could be.
13 Q      And then a couple of weeks later, Tommy was
14 no longer employed at WestRock, correct?
15 A      Correct.
16 Q      Do you know why Tommy is no longer employed
17 at WestRock?
18 A      No, I do not.
19 Q      But shortly after you reported these
20 incidents, he was no longer employed, correct?
21 A      Well, the way I look at it, eight years I
22 reported it to management and done and -- but when
23 it got reported then, apparently he was dismissed
24 for some reason.
25 Q      Okay. So, shortly after you finally

Page 88

1 reported to corporate HR and somebody above Tommy,
2 Tommy is no longer employed.
3          MS. COLLINS: Objection to form.
4 BY MS. DOHNER SMITH:
5 Q      Correct?
6 A      Correct.
7 Q      All right. Any other times that Tommy
8 pulled down his zipper, told you to suck his dick?
9 A      I remember them incidents.
10 Q      Okay. Any others you remember?
11 A      Of the zipper that's -- you know, that's all
12 I can remember of them, of the zipper.
13 Q      Okay. Anything else Tommy did to sexually
14 harass you?
15 A      I'd be at my desk and he'd come sneak up
16 behind me and reach his hand down and grab a handful
17 of my balls and squeeze them hard as he could until
18 I couldn't breathe.
19 Q      All right. Anything else that he did to
20 sexually harass you?
21 A      Come up behind me and he'd kick me so hard I
22 come off the ground and can't breathe, and then
23 threaten to fire me because I'm on the ground, can't
24 breathe. Kick me so hard where it flipped me over
25 the desk and then threatened to fire me. I got

Page 89

1 about two seconds to get up and couldn't catch my
2 breath.
3 Q      Anything else?
4 A      Always talking about sucking his dick and
5 all that, or he was talking about why don't you stay
6 over today and let me -- you know, going home, I'm
7 going to screw your wife a while, and all this.
8 Kicking me, punching me, hitting me, would grab
9 my -- grabbing me personally is sexual to me. I
10 don't want another man touching my privates.
11 Q      All right. Let's go through these.
12          So you said that he grabbed -- grabbed or
13 squeezed your balls. He kicked you from behind so
14 hard you fell to the ground.
15          Did he kick you and make you fall over the
16 desk or --
17 A      I was standing up like this (indicating),
18 ma'am, doing paperwork, doing a bill. Apparently
19 snuck in the room and he come running across, and
20 his left feet -- foot come between my legs, caught
21 me right there and hit me so hard it flipped me over
22 my desk into the floor. Knocked the computer off
23 and everything. Lay me out in the floor where I
24 couldn't breathe or couldn't do anything.
25 Q      All right.

Page 90

1 A     He had all -- lumped up and everything else.
2 Q     All right.  And we're going to go through
3 each of these.  I'm just trying to make sure we have
4 all of them out.
5       You said he told you to suck his dick.  Was
6 that outside the context of him pulling down his
7 zipper?
8 A     Yeah.  There was a lot of times he told me
9 to suck his dick, you stupid motherfucker, all of
10 that, without grabbing the zipper, being there at
11 the bathroom.
12 Q     So he'd say suck my dick, you stupid
13 motherfucker --
14 A     Yes.
15 Q     -- or were those separate?  He'd say suck my
16 dick and call you --
17       (Overlapping speech.)
18 A     No.  It would be the same sentence.  Be the
19 same sentence.  I'm sorry for the language.
20 Q     I've heard it all before.
21     What was the -- what was -- you said
22 something about going home and screwing your wife.
23 What was that?
24 A     He was always trying to make me mad, saying
25 or teasing, or however he wants to play it, always

Page 91

1 talking about, you know, why don't you make sure you
2 stay over a little bit, load the truck, or get your
3 guys to load the truck so I can go home and fuck
4 your wife for a while like I usually do.  Trying to
5 make me mad, which it did upset me.
6 Q     Okay.  Anything else he did to sexually
7 harass you?
8 A     Smack me on the ass, grab my balls.  I don't
9 know what else.
10 Q     Anything else that you believe he did that
11 was sexually harassing to you?
12 A     I guess not, ma'am.  I mean, I don't know.
13 Q     All right.  Let's talk about, you said he
14 grabbed and squeezed your balls.  When did that
15 happen?
16 A     First year all of this started I guess would
17 be about nine years ago, I'd say approximately.
18 Without my documents being 100 percent accurate, I
19 can't help it, but...
20 Q     What documents do you have?
21 A     I had a bunch of documents that they got in
22 my desk and shredded.  I mean, I know I had
23 68 documents besides the ones I have wrote down at
24 the house of times, dates --
25     (Overlapping speech.)

Page 92

1 Q     You have documents wrote down at the house
2 of times and dates?
3 A     And --
4 Q     Hold on.  Do you have at your house
5 documents where you've gotten written down times and
6 dates of incidents?
7 A     I've turned them in.
8 Q     Who did you turn them in to?
9 A     My attorney.
10 Q     Okay.  Have you given your attorney all the
11 documents that have times and dates of incidents --
12     (Overlapping speech.)
13 A     The ones that was left, yes.  The ones
14 that -- there was 68 that we got -- was disappeared.
15 I couldn't give them any of them because I couldn't
16 remember them.
17 Q     What did you -- where did you keep these
18 notes?
19 A     In my desk in a folder that I bought of my
20 own, but it was company desk.
21 Q     What do you mean, they disappeared?
22 A     I was out with my back.  I come back,
23 everything that was in my desk -- they said they was
24 moving me to a new office, and they packed my stuff
25 up and moved it.  And all the boxes that they packed

Page 93

1 up, apparently somebody threw them in the dumpster,
2 or something like that.  Must have thought they was
3 trash.  And it was all -- it was everything I -- you
4 know, it was all my job stuff, all my documents.
5 Not just of this.  It was everything to do my job
6 with and everything, phone numbers and --
7 Q     When did this happen?
8 A     Four years ago.
9 Q     You make me do math, that's not very nice,
10 especially when I'm not feeling good.
11 A     I don't meant to do it.  I mean, I --
12 Q     So, is that -- so, we're 2017 right now.
13 A     Okay.  So --
14 Q     Four years ago from now or four years ago
15 from like when Tommy left?
16 A     No.  Four years from now.
17 Q     Okay.  So we're talking 2013.
18 A     Yes, ma'am.
19 Q     Okay.  When did you start documenting
20 incidents with Tommy?
21 A     Probably after the tenth or twelfth kick and
22 punch and playing, and calling me stupid
23 motherfucker and all that, I started documenting --
24 I call it drop kicks and the grabbing of the
25 privates is when I started documenting.

Page 94

1  Q      How many years do you think you were
2  documenting?
3  A      No less than seven years.  I had 68 that I
4  thought was real good documents, but, you know, I –
5  Q      Why did you start documenting these
6  incidents?
7  A      I can't honestly say that, except that, you
8  know, one day I thought I might need it if I got
9  fired for something or for whatever reason.  That's
10  the only way I know how to answer that, is – I know
11  that wasn't the right thing to be done, to be done
12  to you.  So I started writing it down and who was
13  there and where it happened and the date it
14  happened.  So I started documenting it.
15  Q      But prior to August of 2016, you never sent
16  those documents to corporate, anyone at corporate
17  WestRock?
18  A      No, ma'am, I did not.  I gave corporate the
19  documents I had in that meeting that day.
20  Q      Let's go back and talk about the grabbing
21  and squeezing of the balls.  When did that first –
22  how many times has that happened?
23  A      Like I said, I can't 100 percent be
24  positive, but I'm going to say over an eight-year
25  period, 192 times that I was either grabbed,

Page 95

1  punched, hit in the face, hit with a stick, or
2  grabbed in the balls or kicked in my balls.
3  Q      I'm talking about the grabbing or squeezing
4  of your balls specifically.
5       How many times do you think that took place
6  where Tommy Whited grabbed or squeezed your balls
7  with his hand?
8  A      Probably 35.
9  Q      When did it start?
10  A      Be nine years ago, because he's been gone a
11  year.
12  Q      So in 2008 it started?
13  A      Yes.
14  Q      Do you remember any specific incident of
15  when he actually grabbed or squeezed your balls?
16  A      I think there's three or four in January of
17  2016.
18  Q      All right.  Any other specific incidences
19  you remember?
20  A      There was one 2014.  There's probably five
21  2015.  Ones that I – just right off the top of my
22  head, I had to go to the doctor a couple of times
23  over him grabbing, squeezing me so hard, so I'm
24  trying to remember the dates of that.
25  Q      What doctor did you have to go to?

Page 96

1  A      Dr. Ferland, Robert Ferland.
2  Q      So you went to him and told him, I've been
3  grabbed in the balls, I need to be checked out?
4  A      I had to pull my pants down, let him see how
5  swelled up I was.  One of my testicles was swelled
6  up so bad that I had to go home, put something out
7  of the freezer on them or a bag of ice or something.
8  He wanted to know how long – you know, how often
9  this happened, and I said it's been going on and so
10  on and so on.
11  Q      So that would be reflected in your medical
12  records from Dr. Ferland?
13       MS. COLLINS:  Objection to form.
14       THE WITNESS:  I would – I'd say so.  I
15  mean, I discussed it with him.  Now, whether, you
16  know...
17  BY MS. DOHNER SMITH:
18  Q      So the grabbing of the balls, we have three
19  to four times in January of 2016, five times in
20  2015, one time in 2014.  Any other times you can
21  remember?
22  A      Not of the grabbing and just squeezing as
23  hard as I can.
24  Q      So tell me about the one time in 2014.
25  A      In the shipping office where I'm stationed

Page 97

1  now, I got up – my desk is here (indicating).  I
2  got up to go over to get some bills off the printer
3  or whatever.  He was real bad about sneaking in the
4  door real quiet or whatever, because the truck
5  drivers are so noisy, in and out.
6       He come up, went around like this
7  (indicating), and he just grabbed a handful and just
8  squeezed me until I went to my knees and was begging
9  to please quit.  And, of course, I couldn't breathe
10  for a few minutes.  I don't know if it's the same
11  thing for females, but it doesn't feel good.  All I
12  get is a big laugh out of the deal and get
13  threatened to get fired if you don't hurry up and
14  get up and get back to work.
15  Q      Did you report that incident, the 2014
16  incident, to anybody in management?
17  A      Most of management was watching most of
18  these.
19  Q      I'm talking about this specific incident
20  that you just explained where you were in the
21  shipping office, he came in, he reached around you
22  and grabbed your balls with his hand.
23  A      I don't know particular about that one, if I
24  called Larry Eden or not.
25  Q      Okay.

Page 98

1  A      I'm not going –
2            (Overlapping speech.)
3  Q      Did anyone witness it?
4  A      I think Willie White was in there.  I think
5  Donnie Taylor was in there, I believe.
6  Q      Did you report this incident to anybody
7  outside of Gallatin?
8  A      No.
9  Q      All right.  The five incidents in 2015, take
10  me through each of those.
11  A      One of the incidents, I was out on the
12  floor, either counting product or something, when he
13  snuck up behind me and grabbed me and just held on
14  until I about cried or teared up, however you
15  want – people think is funny and think I did it.
16            But I went down to my knees, of course, and
17  leaned on the bales of boxes that we make.  And
18  after he had his little fun of cussing me and
19  calling me a pussy and this, that, and the other, I
20  finally got up and wobbled to the shipping office
21  and tried to continue to do my job.
22  Q      All right.  Did you report that incident to
23  anybody?
24  A      No, I did not.
25  Q      All right.  What's the second time it

Page 99

1  happened in 2015?
2  A      I was out counting product out on a pallet
3  out there.  Tracy Duncan was with me.  He come up
4  behind me again, like always, and reached – come
5  through like that (indicating), and reached up under
6  between and grabbed a handful and squeezed as hard
7  as he could squeeze until I go down.  Just called
8  me – loved to call me a pussy or a stupid
9  motherfucker.  That's his favorite language he loved
10  to call me.  I reported that one to Larry.
11  Q      When did that one happen?
12  A      Probably the second week of – I want to say
13  it was March, but I'm – the second week of March I
14  think.
15  Q      That's fine.  I won't tie you down.
16            Do you remember when the first incident when
17  you were out on the floor happened, a general time
18  period?
19  A      Probably in February, if I'm trying – you
20  know, usually separate it out.
21  Q      What about the next time in 2015?  Did you
22  report that incident to anybody else other than
23  Larry?
24  A      No.
25  Q      Okay.  What about the third incident in 2015

Page 100

1  of the grabbing?
2  A      I think I was – I was out counting product
3  that I have my tow motor drivers stack up out – and
4  there's aisleways that you go through to count, and
5  this, that, and the other.  And he snuck up and
6  jumped me and squeezed a handful.  And I believe
7  Donnie Taylor was on the tow motor coming by and
8  stopped and saw him.  And I can't remember if Tommy
9  Davis – I don't think it was Tommy Davis.  I think
10  it was just Donnie Taylor.
11  Q      When did that happen?
12  A      I'm going to say somewhere around –
13  wouldn't have been the first week of April.  I'd say
14  it might have been the second or third because a lot
15  of times, you know, inventory is first of the month.
16  Q      Did you report that incident to anybody?
17  A      I can't honestly say if I did or not.  I
18  want to say, no, I don't remember reporting that
19  one.
20  Q      Okay.  Fourth incident where he grabbed your
21  balls in 2015.
22  A      I think we was out on the floor, going
23  over – I was getting a butt chewing over something.
24  When I turned my back, he grabbed a handful, pulled
25  me down on the ground.  And, yes, there was probably

Page 101

1  witnesses.  Terry Stafford, supervisor; J.C. Cox,
2  which was the maintenance supervisor; Susan Hart, I
3  think, was around.  And I told Larry, you know, I'm
4  sick of it, I'm sick of it.
5  Q      What did Larry say?
6  A      He said, Kuli, you know, if you – as long
7  as you're working at this company, he's going to
8  continue harassing you or grabbing you or hitting
9  you or doing something to you as long as you're
10  here.
11  Q      He said he's going to continue harassing
12  you?  He used the word harassing?
13  A      Yes.  He said he's going to continue
14  harassing you, cussing you, kicking you, grabbing
15  you, hitting you.  He's going to continue doing
16  everything to you as long as you work here.
17  Q      Anybody hear you make that report?
18  A      I think Terry Stafford, and I believe
19  J.C. Cox both heard that.
20  Q      Okay.  Did you report that to anybody
21  outside of Gallatin?
22  A      No, ma'am.
23  Q      What about the fifth time in 2015?
24  A      It's probably later on, somewhere around
25  maybe August.  That one, the best of my

Page 102

1 recollection, would have been in the shipping
2 office, grabbing a – he grabbed my – a handful of
3 balls, and I was trying to jerk away and he just –
4 when he went to let go, he slung me like that and I
5 flipped over a chair and went upside down up against
6 the wall.
7         There was probably Willie White, Donnie
8 Taylor, Terry Stafford, and J.C. Cox, and the white
9 staffing woman that has an office next to me.  They
10 was all in there when he did that.  I think it was
11 Heather in there.
12 Q     Did you report that incident to anybody?
13 A     I figured there was two supervisors sitting
14 there.  So, no, I can't say that I did.
15 Q     Did you report it to anybody outside of
16 Gallatin?
17 A     No, I did not.
18 Q     Let's talk about the three to four times you
19 said it took place in January of 2016.  Tell me what
20 you remember of the first incident.
21 A     One of them was around the 16th, something
22 like that, in the shipping office doing bills.  I
23 was leaning over.  A lot of times it's quicker to
24 stand up and try to do something real quick, a bill
25 on the computer.  Donnie Taylor was with me.

Page 103

1         He snuck in.  Apparently there was a
2 broomstick in the corner, and he took that and just
3 swung it between my legs and caught me in my
4 privates.  He took the stick and he hit me across
5 the back, and I think he hit me across my jaw area
6 right here (indicating).  Cussed and called me names
7 like always.
8         If you want the exact words, it was
9 mostly – 99 percent of the time it was called, you
10 stupid motherfucker, get up and get back to work
11 before I fire you.  And he loved calling me a stupid
12 fucking Polak.
13         And I'm sorry, ladies, I have to use
14 language like that.  My mother – I'm not
15 disrespecting y'all, but that's what he said.
16         Yeah, I am Polish, and I didn't particularly
17 care about being called a stupid fucking Polak all
18 the time either, and told him, reported it to him,
19 and everybody else about that.  So I didn't like it,
20 but it didn't stop nothing.  I did not report it to
21 anybody outside of Gallatin.
22 Q     All right.  The incident on January 16th,
23 2016, did you report that specific incident to
24 anybody?
25 A     Just the ones that was in there.  I mean,

Page 104

1 no, I did not.  No.
2 Q     You said he called you a stupid fucking
3 Polak.  Did you report that to somebody?
4 A     Just every management man there is, at
5 either facility, because he did it in front of all
6 of them, and –
7 Q     Well, who –
8 A     – I did rephrase – you know, Tom, I don't
9 like – you know, I don't like that, and he said, I
10 don't give a fuck what you like.  If you don't like
11 it, I can fire you and you can get out of here.  So
12 that's how it was phrased to me.
13 Q     Who did you report it to?
14 A     Larry – you know, Larry Eden – going down
15 the chain of command, you've got the general
16 manager, which is Tommy Whited, Larry Eden, which is
17 plant manager.  90 percent of the time I reported
18 all of my stuff to the plant manager, which is Larry
19 Eden.
20 Q     I'm asking you who you reported Tommy
21 calling you stupid fucking Polak to.  Was there a
22 person, a member of management that you reported
23 that to?
24 A     Larry Eden.
25 Q     Okay.  When did you report that?

Page 105

1 A     It probably go back to maybe starting 2015 I
2 started reporting it to him.
3 Q     How many times did you report to him that
4 he – that Tommy called you stupid fucking Polak?
5 A     I'd say ten times in 2015 – bless you.
6 Q     Thank you.
7 A     At least 20 times 2013.  I don't think I got
8 to '14.
9 Q     So 20 times in 2013 you reported to Larry
10 Eden he called me a stupid fucking Polak?
11 A     He was standing there most probably
12 three-quarters of them when he did it, so...  And
13 yes, the ones he didn't, I did.
14 Q     But how was it – where did this happen?
15 You work at the fulfillment center.
16 A     A lot of times I had to go over there for –
17         (Overlapping speech.)
18 Q     You're rarely at the other facility.  And
19 you said Larry is only over there once every three,
20 four months?
21 A     Unless Tommy called him over here about a
22 mess or about something wrong with shipping or
23 whatever.
24         A lot of times I took paperwork.  I drove
25 myself over to the plant to take paperwork or to

Page 106

1 pick up paperwork or whatever, which happened a lot.
2 Q    Well, where was Tommy?
3 A    Tommy would either be at the plant or be at
4 fulfillment. He'd go back and forth.
5 Q    All right. So, where were you when he
6 called you stupid fucking Polak 20 times in 2013?
7 A    I'm going to say probably five of them at
8 the plant and fifteen of them in the warehouse.
9 Q    Okay. So, which ones did Larry Eden observe
10 himself?
11 A    I know he observed one -- observed one at
12 the plant because he was sitting there.
13 Q    Okay.
14 A    Keith Hall was sitting there one of them.
15 Q    Okay. Any other times that Larry or Keith
16 heard him call you stupid fucking Polak?
17 A    I mean, I -- off the top of my head, I can't
18 tell you a specific date that they did or didn't.
19 He called me so many names and called me that so
20 many times, I don't know how anybody could not hear
21 it.
22 Q    All right. Do you remember --
23 A    I'm trying.
24 Q    -- any specific incident where you reported
25 to Larry in 2013, he called me stupid fucking Polak?

Page 107

1 A    Date-wise, I can't say I did. But, I mean,
2 I reported it to him, you know, probably on the
3 phone or -- you know, we used to fish tournaments
4 together and stuff on weekends. A lot of times I'd
5 try to talk to him out at the tournament fishing,
6 too. I was in the club tournaments.
7 Q    How many times did you tell Larry that he
8 called you stupid fucking Polak?
9 A    I don't know, ma'am. I'm going to say 40.
10 Q    Forty in 2013?
11 A    No, ma'am. I'm going to say 2013 -- I was
12 trying to just say, you know, give it the best
13 figure I can, because I can't come up with exact
14 dates and try to say 40 in that year period.
15 Q    Are you meaning that that's how many times
16 Tommy did it or you reported to Larry 40 times he
17 called me stupid fucking Polak, he called me stupid
18 fucking Polak? You called him 40 times to say --
19 A    I probably called Larry at least 20 times,
20 told him he called me a stupid fucking Polak.
21 Q    Okay. Did you report it to anybody outside
22 of Gallatin?
23 A    No, ma'am.
24 Q    Did you report it to anybody else other than
25 Larry?

Page 108

1 A    Helen Kendall heard it, standing there when
2 I was up doing paperwork, getting paperwork for her,
3 taking it over there for whatever reason, which we
4 thought -- I thought was human resource.
5 Q    Anybody else? Anyone that you would have
6 reported it to?
7 A    Michael White has heard him talk to me like
8 that.
9 Q    Anybody --
10 A    Keith Hall. And me telling Tommy directly
11 that I do not like that. Larry Eden.
12 Q    Did you report it to anybody? Or you're
13 just --
14 A    Not outside of Gallatin.
15 Q    Okay. Other than Larry, did you actually
16 report it to anybody and call them and say, hey, I
17 don't like this, or walk up and say, hey, he called
18 me this, I want him to stop?
19 A    I guess I have to answer no, because that's
20 the only way I know how to answer that because I
21 don't remember specifically -- specific dates.
22 After you get -- never mind.
23 Q    All right. So, we're talking about the
24 three to four times in 2016 where Tommy grabbed you
25 or hit you in the balls. We've got the one incident

Page 109

1 now on January 16th, about, in the shipping office
2 where he hit you with the broom.
3 Q    Any other incidents in 2016 you remember?
4 A    I'm trying to think of the date and where I
5 was at. I'm sorry I'm taking so long.
6 Q    It's okay.
7 A    It's just, you know...
8 MS. DOHNER SMITH: Do you want to take
9 a break? It's actually -- do you want to grab some
10 lunch? It's actually almost 1:00. Do you want to
11 take a break and grab some lunch?
12 THE WITNESS: I just need to get some
13 fresh air just for a minute, please.
14 MS. DOHNER SMITH: All right. Let's go
15 ahead and take a break quick.
16 VIDEOGRAPHER: We're going off the
17 record. The time on the monitor is 12:48 p.m.
18 (Lunch recess observed.)
19 VIDEOGRAPHER: We are back on the
20 record. The time on the monitor is 1:26 p.m.
21 BY MS. DOHNER SMITH:
22 Q    Mr. Kulakowski, I'll remind you that you're
23 still under the oath that you gave at the outset of
24 your deposition. Do you understand that?
25 A    Yes, ma'am.

Page 110

1 Q    Is there anything from your previous
2 testimony that you need to change or revise?
3 A    No, ma'am.
4 Q    I think just before the break, I had asked a
5 question about the I, think, grabbing or squeezing
6 of the balls incidents in 2013, and you had gone
7 through one of those incidents that took place in or
8 about January of 2016, around the 16th of January.
9 And I had asked you to tell me about the second
10 incident.
11 Q    I think it was the 28th of January, 2016,
12 there was an incident in the shipping office.  It
13 wasn't grabbing.  It was kicking me very hard.
14 And there was Tommy Davis, Donnie Taylor, I know
15 them two were in there when that incident happened.
16 Q    Okay.  So explain that incident for me.
17 A    I was standing up, leaning on my desk, doing
18 papers, and the shipping office door is back here
19 (indicating), with truck drivers in and out and all,
20 he sneaks in and comes up behind me and he takes
21 like a three step running start and a foot come
22 between my legs, and it – I mean, it hurt so bad
23 that I think that particular time I went on the desk
24 and then bounced off onto the floor, concrete floor.
25 Of course, got told, you've got seconds to get up

Page 111

1 and get your ass back to work or I'm firing you.
2     I heard the firing word for – I don't know,
3 3,000, 4,000 times or something, but I was still
4 terrified of it.
5 Q    All right.  So did you report this incident
6 in or about January 28th to anybody?
7 A    Not outside of Gallatin.
8 Q    Okay.  Did you report it to anybody at
9 Gallatin?
10 A    I don't recall reporting that one, ma'am.
11 Q    Okay.  All right.  So that's a second.  You
12 said there were three or four.  What's the next one
13 you remember?
14 A    There had to be just three.
15 Q    Okay.
16 A    Because I know the 16th was one, the
17 28th was one.  I want to say the third one would
18 have had to have been before then, the first week
19 of – somewhere right in the first or up in there.
20 Q    Okay.  So first week of January?
21 A    Somewhere right up in that first few days of
22 January.
23 Q    Okay.
24 A    Actually, the best of my memory, ma'am, I
25 was on the floor.  When he come by, he hollered at

Page 112

1 me, and I come over there, yes, sir, yes, sir.  And
2 he was telling me about something straight, getting
3 my guys straightened up, or whatever, and he went
4 back like that (indicating), and slapped me.  That
5 was a favorite thing of his, too –
6     (Overlapping speech.)
7 Q    So he went –
8 A    Like this (indicating).
9 Q    Like he backhanded you –
10 A    Backhanded me in the privates.
11 Q    – in the groin area –
12 A    Yes, ma'am.
13 Q    – with his hand?  Okay.
14 A    And I think Donnie Taylor was there on the
15 tow motor, Willie White, and Tommy Davis was all
16 right in that vicinity.  And I don't recall
17 reporting that one either to Gallatin or...
18 Q    All right.  Was there any other incident,
19 then, in 2016?  You've told me three, but you said
20 there might be three or four.
21 A    I think it was just three, ma'am –
22 Q    Okay.
23 A    – in that month there.
24 Q    Okay.  Any others in 2016?  We had gone
25 through the grabbing and squeezing of balls.

Page 113

1 A    Right.
2 Q    That was kind of one category.  We got some
3 other incidents in there.  Any other incidents of
4 grabbing or squeezing your balls that you recall?
5 A    I think, if I'm correct, ma'am, that the
6 grabbing and the squeezing with the hand physically,
7 I think we've covered it.
8 Q    Okay.  So the second thing, then, was kicked
9 from behind and made you fall to the ground.
10 A    Yes, ma'am.
11 Q    Okay.  So, let's kind of do the same thing.
12 Tell me 2000 – you know, when did that start and
13 tell me the years and how many happened each year
14 and we'll go through them each.
15 A    If I'm correct, I'm pretty sure I think
16 2013, if my math is correct.  Let's see, that's not
17 early enough.  Let's see.
18     Probably 2009, probably in January.
19 Q    Okay.  Any times in 2010?
20 A    I want to say there's probably, without
21 telling a lie, five.
22 Q    Five in 2010?
23 A    Yes, ma'am.
24 Q    How many in 2009?
25 A    I'm honestly wanting to tell you three,

Page 114

1  ma'am.
2  Q     Okay.  2011?
3  A     Seven.
4  Q     2012?
5  A     Six.
6  Q     2013?
7  A     I'm sorry.  I'm trying to count on my
8  fingers to keep things.  Started building up a
9  little bit then.  I want to go eight.
10 Q     2014?
11 A     In the whole year, 12.
12 Q     2015?
13 A     Probably ten.
14 Q     2016?
15 A     Couldn't be – it couldn't no more than
16 three, because he got terminated somewhere around in
17 there.
18 Q     Let's kind of work backwards.
19 A     Okay.
20 Q     Tell me about the incidents of kicking –
21 kicking in 2016.
22 A     There's one incident somewhere around
23 January 2016, 22nd, somewhere in there.  There's a
24 picnic table outside the shipping office right by
25 the gate.  When it's warm weather, we would – my

Page 115

1  shipping guys would eat right there.
2        And Michael White, Terry Stafford, myself
3  were discussing a project coming, and Tommy come
4  around and parked his truck and got out and was
5  talking, and I got up and was fixing to go back in
6  or something, because I didn't feel like something
7  happening, and before I could even get going, he
8  come running up behind me real quick and he kicked
9  me, and I went down on the gravel and couldn't catch
10 my breath.  Of course, the men at that table were
11 more or less to me all supervisors.
12 Q     Did you report that incident to anybody?
13 A     Just Larry.  But I felt like, you know –
14 Q     What did you tell Larry?
15 A     I told Larry that I'm sick and tired of him
16 kicking me in my privates, drop kicking me down
17 where I can't breathe, and then threatened to get
18 fired over that.  And for the hundredth time, his
19 response would be, Kuli, as long as you work here –
20 or he phrased it this time, as long as you work here
21 or he works here, it's going to continue happening.
22 And I'm like, I just can't take much more of this.
23 And I walked off.
24        He was at the warehouse that day.  That was
25 when they was trying to get me set up or trying to

Page 116

1  get me to take that shipping job.
2  Q     Did you report it to anybody else?
3  A     No, ma'am.  Not outside of Gallatin, no,
4  ma'am.
5  Q     All right.  You said there were three.  So
6  what are the other incidents in 2006?  I mean, 2016.
7  I'm sorry.  Thank you.
8  A     I thought – the other two was in the
9  shipping office, when I was doing the paperwork.
10 Q     Are those the ones you already told me
11 about?
12 A     Yes, ma'am.
13 Q     Okay.
14 A     I'm sorry.  Yes, ma'am, that's the ones I
15 was talking about.
16 Q     Okay.  All right.  So 2015.  Tell me any of
17 the incidences you recall from 2015.
18 A     In '15, I'm going to say that I probably
19 had, in the total of the ones in '15, probably three
20 of them were the kicks.
21 Q     Okay.
22 A     And the other ones were, that I haven't
23 discussed about him grabbing my privates, was the
24 backhand slap that he liked to do.
25 Q     Okay.

Page 117

1  A     Which still hurts very badly.  But –
2  Q     Let's talk about the three kicks.  Tell me
3  about those.
4  A     Coming up behind me, kicking me where it
5  lifts you six – you know, I weigh 230 pounds.  I'm
6  a pretty large man.  But when you can lift me four
7  to five inches off the ground, by a man kicking you
8  right there, it takes everything you've got.  I'm
9  not a weak man or a sissy man, but it takes
10 everything I've got to catch my breath and get up
11 and try to continue doing my job and not do
12 something, hit him back or something like that.
13        You know, my biggest thing that I'm proud of
14 is I never did touch this man ever, the whole time I
15 was there.  And as surprising it sounds, I would try
16 to kill myself to please him.  It didn't matter what
17 kind of job he gave me to do, I tried to do
18 everything to please him like I would my own father
19 if he was alive.  Even after the treatment he would
20 give me, I would go do everything I could to make
21 sure that I did a good job for him.  I don't know
22 why.  It could be strange.  I'm sorry, but I'm just
23 telling you the truth.
24 Q     I'm just trying to kind of figure out the
25 facts of the –

Page 118

1        (Overlapping speech.)
2 A    I understand.  But I just –
3 Q    Do you recall any of them sitting here
4 today, so you could say where you were and what
5 happened?
6 A      90 – 80 to 90 percent of the kicks or the
7 hits or anything were near my shipping office or in
8 my shipping dock area.  With the new contract of GE
9 at the other end of the facility where Susan Hart's
10 office was, and when them two would come out on the
11 floor and come down there, that's when he would do
12 most of his abuse, somewhere in that vicinity of my
13 shipping office and in front of my docks right
14 there.
15 Q    The three times that he kicked you in the
16 groin in 2015, did you report those incidents to
17 anybody, those specific incidents?
18 A    Larry, of course I've told Keith Hall about
19 one of them in '15.
20 Q    Okay.
21 A    I considered him – I'm not exactly sure
22 what his title was then, but he always was a big
23 wheel because he's been there for years.
24 Q    Did you tell Larry about all three
25 incidences or just –

Page 119

1 A    I know I told him about one of them, ma'am.
2 Q    Okay.
3 A    I can't tell you that I told him about all
4 three.  I know I told him one of them.
5 Q    And what was Larry's response?  The same?
6 A    He just shook his head.  He just didn't say
7 nothing.  He just said – he just...
8 Q    What about Keith Hall?  How did he respond?
9 A    There's the incident that happened in
10 Larry's office with Keith Hall in it and another
11 supervisor, Billy Eden.  And Tommy Whited was in
12 there.  And he punched me like with his fist in my
13 groin.  Of course I dropped, and they all just
14 started laughing, thought it was funny and stuff.
15        I was at – I was at the plant at that time.
16 They needed me over there to go over some shipping
17 stuff.  I guess the response was getting laughed at.
18 Q    Okay.  So you didn't tell Keith Hall, I
19 don't – you know, I'm being harassed or he's hurt
20 me, I want him to stop?  Keith Hall –
21 A    Not that particular time.
22 Q    – he witnessed it.
23        And was that one of the three times in 2015?
24 A    Yes, ma'am.
25 Q    Okay.  Did you report any of those three

Page 120

1 times in 2015 to anybody outside of Gallatin?
2 A    Not outside of Gallatin, no, ma'am.
3 Q    Okay.  Did you report it to anybody else in
4 Gallatin?
5 A    Michael White was a witness to a lot of
6 these incidents.
7 Q    Okay.  Is there anybody else you reported it
8 to, that you said, you know, he's doing this, he's
9 harassing me, he's hurting me, whatever it may, I
10 want it to stop, other than Larry?
11 A    Just Tommy hisself.  You know, I told Susan
12 Hart, Larry, and Michael White.  Even Helen Kendall,
13 who was HR when I was there doing something, getting
14 paperwork, she knew me and she knew how I was being
15 treated.  And of course, I thought she was HR.  And
16 of course, she says, you know, I can't do nothing
17 about it.  I was kin to him by marriage, and anybody
18 that says anything bad about him, Michael, he's
19 going to fire, and said, why do you think he's done
20 this for so many years.  Because apparently it went
21 on long before I ever got there.  That's what I was
22 told.
23 Q    So Helen – what exactly did you report to
24 Helen?  One of these –
25 A    Helen Kendall –

Page 121

1 Q    – three incidents in 2015?
2 A    I reported to Helen Kendall in 2015 that
3 Tommy multiply kicks me in my groins and cusses me
4 and calls me a stupid fucking Polak and all this.
5 And she just says, you know how he is, and that's
6 the only response I would get.
7        And so, I thought, well, okay, you're HR.
8 And Helen said, well, you know how he is, Michael.
9 Or they called me Kuli.  I'm sorry.  I did not
10 report it outside of Gallatin.
11 Q    She said, though, I can't do anything about
12 it because I'm kin to him?
13 A    Yes.  And I'd get fired, just like anybody
14 else.  Of course, she did tell me – she just
15 retired here, I think before he got – at her going
16 away party, she says, if you ever do anything about
17 this, please tell them to call me because I can tell
18 them all about it now.  Once my retirement's in,
19 they can't take it back away from me.
20        Of course, in a way, I was happy she was
21 retiring, but I was thinking, well, you know, you
22 could have did something a long time ago, a lot of
23 this probably wouldn't have happened if you'd –
24 that's my opinion, nobody else's.
25 Q    So, Mike White, was it one of these

Page 122

1 incidences that you reported to him in 2015, or when
2 did you –
3          (Overlapping speech.)
4 A     He was there – he was at that picnic
5 table –
6 Q     Okay.
7 A     – sitting on one of them –
8 Q     So Mike White was a witness; you didn't
9 report it to him.
10 A     Right.
11 Q     He witnessed it himself, okay.
12 A     He witnessed multiple years of it.
13 Q     And then Susan Hart, did you report one of
14 these incidents in 2015 or she witnessed it?
15 A     She witnessed them.  She was with him a lot
16 when he did it and thought it was funny and stuff.
17 Q     Okay.  So what about the – you said also
18 the other incidents in 2015 would be him backhanding
19 you to the groin.  Can you recall any of those?
20 A     Just in the warehouse – date-wise exactly
21 couldn't.  But the ones in '15, Tracy Duncan saw a
22 lot of them.  Me and Tracy Duncan was in the
23 offices.  She's Q – quality control, saw a lot of
24 this stuff go on.
25          Donnie Taylor is one of my tow motor

Page 123

1 drivers.  He witnesses a whole lot of them.  And
2 they witnessed them, too, in '15.
3 Q     The slapping of the – the backhanding of
4 the hand to the groin, did you report – in 2015,
5 did you report that to anybody?
6 A     Just to Larry.  Larry is my top reporter
7 because I thought he was plant manager and could –
8 I just thought that's the highest you could go and
9 it could stop.
10 Q     Did you report it outside of Gallatin?
11 A     No, ma'am.
12 Q     Okay.  All right.  Let's go back, then.
13          2014, how many of those are kicks and how
14 many of those are the backhand to the groin?  You
15 said there were about 12 times in 2014.
16 A     To be absolutely honest with you, I'm going
17 to say two kicks and the rest backhands.
18 Q     Okay.
19 A     They were actually probably done at the
20 tobacco end of the warehouse on the floor in front
21 of somebody or – couldn't tell you exactly a person
22 because there were so many people working in the
23 tobacco stuff.
24 Q     So you can't remember any specific incident,
25 you're just estimating that many times?

Page 124

1 A     Yes, ma'am.
2 Q     All right.  Did you report any of the two
3 kicks to anybody in 2014?
4 A     I don't – I can't honestly tell you I did,
5 ma'am.
6 Q     Okay.  What about any of the ten backhands?
7 A     Only reporting I did about them then would
8 be to employees that have been there for 20 years or
9 more that I had respect for and stuff and asked
10 opinions of what to do.  But as a boss or called
11 corporate or anything, I did not.
12 Q     Okay.  Who did you ask what you should do?
13 A     Terry Stafford.  Ken Buckmaster was in
14 maintenance for years and years.  J.R. Sanders,
15 which actually threatened to kill me, just like
16 Tommy did, literally.  And they said the best thing
17 you can do is shut your mouth because he's going to
18 continue doing it or you're going to get fired.
19 Q     They all – so what did Terry Stafford say?
20 A     He said you best shut your mouth about it
21 and not say nothing to nobody or you'll use your job
22 because he'll fire you.
23 Q     Okay.  What did Ken Buckmaster say?
24 A     He said, you need to go tell Larry about it.
25 I said, well, I have told him some.  And he said,

Page 125

1 well, you need to report it again, and you need to
2 start documenting things.
3          That's where I come up – one of the ideas
4 somebody told me to start documenting things, even
5 on a scratch piece of paper or whatever.
6 Q     Okay.  So you started documenting it because
7 Ken Buckmaster told you you should start documenting
8 it?
9 A     Yes, ma'am.
10 Q     That was about in 2004 sometime – 2014
11 sometime?
12 A     Yeah.  Somewhere right around in there, I'm
13 thinking, something like that.  So many dates we're
14 talking about, I can't – I'm just – I'm trying my
15 best.
16 Q     What about J.R. Sanders?  What did he tell
17 you to do?
18 A     He was working a different shift.  He'd been
19 there for a lot of years.  This was – this is
20 probably 2015 or – well, it was – I think it
21 was – it was right before Tommy got dismissed, I
22 believe.  We was at the picnic table eating.  He
23 come in on second shift, and he was going up the
24 steps to clock in.  And there's about five of us
25 eating at the table, and somebody said something,

Page 126

1 said, hey, J.R., or whatever, and he said something.
2 We always thought J.R. was bipolar anyway. He had
3 five incidents where he'd punch people in the face
4 and they sent him to anger management.
5        But anyway, for some reason he thought I
6 said something, so he come running across the
7 parking lot, and he jumped right in the middle of
8 the picnic table where people were eating and he
9 swung at me and hit me across my shoulder right here
10 (indicating), and knocked me into the fence, and
11 then started trying to swing. One of my tow motor
12 drivers is huge, and Larry Eden was parked right
13 next to us and didn't stop it or nothing. He rolled
14 his window up and didn't do nothing, but...
15 Q    My question, though, was --
16 A    Oh, I'm sorry.
17 Q    I thought you said you went to J.R. Sanders
18 for guidance about --
19        (Overlapping speech.)
20 A    I asked him what he would do about it.
21 Q    Okay.
22 A    He also -- his response was, you need to
23 keep your F'ing mouth shut about it before you lose
24 your job.
25 Q    Okay. Anybody else that you went to for

Page 127

1 guidance?
2 A    I can't recall right off -- right now off
3 the top of my head.
4 Q    And the backhanding to the groin, you never
5 reported that to anybody outside of Gallatin?
6 A    No, ma'am.
7 Q    Okay. All right. 2013. We've got, you
8 said, eight incidents. How many were kicks,
9 backhand to the groin? What are we talking about?
10 A    I'm going to say probably one kick, which
11 would have been in the shipping office. Rest of
12 them would have been backhands.
13 Q    Okay. In 2013, did you report that one
14 kicking incident to anybody?
15 A    No, ma'am.
16 Q    Okay. What about the seven backhanding to
17 the groin? Did you report those to anybody?
18 A    I just told Michael White, I didn't
19 understand how he can get away with all this.
20 Q    Was that in 2013 or --
21 A    Yes, ma'am.
22 Q    -- is that some other time?
23 A    No. That was 2013.
24 Q    Okay. And what did Mike White say?
25 A    He said, you'll learn that if you say

Page 128

1 anything or anything to try -- I can't say the word.
2 If you say anything bad about Tommy Whited, you'll
3 be fired or you'll be out the door for some kind of
4 reason.
5 Q    Okay. Did you report it to anybody else
6 other than Mike White?
7 A    No, ma'am.
8 Q    Okay. What about 2012? You said there were
9 six incidents. Kick or backhand to the groin?
10 A    Backhand, ma'am.
11 Q    Okay.
12 A    And I did not report them outside of
13 Gallatin.
14 Q    Okay. Did you report any of those incidents
15 to anybody in Gallatin?
16 A    No, ma'am. I was at the point I was just
17 scared, like wondering how this could happen.
18 Q    Okay.
19 A    No, I did not.
20 Q    All right. 2011, you said there were seven
21 incidents. What are we dealing with there?
22 A    Probably just all slaps.
23 Q    Okay. Slaps to the groin?
24 A    Yes, ma'am.
25 Q    Okay. Did you report those to anybody in

Page 129

1 2011?
2 A    I'm not -- I can't honestly say I did.
3 Q    Okay. Did you report it outside of
4 Gallatin?
5 A    No, ma'am.
6 Q    Okay. 2010, you've got five incidents.
7 What are those?
8 A    Be slaps.
9 Q    Okay. Did you -- slaps to the groin?
10 A    Yes, ma'am, slaps to the groin.
11 Q    Did you report those to anybody in 2010?
12 A    No, ma'am. Just my -- people I work with
13 and which aren't nobody.
14 Q    Okay. Did you report it outside of
15 Gallatin?
16 A    No, ma'am.
17 Q    2009, you said there were three incidents.
18 What would those have been?
19 A    They'd have been all just slaps to the
20 groin.
21 Q    Okay.
22 A    The real kicks didn't come until a bit later
23 and really got violent later on in years.
24 Q    Okay. Did you report those slaps to the
25 groin to anybody --

1 A     No, ma'am.

2 Q     – that took place in 2009?

3 A     Not that I recall, ma'am, I did not.

4 Q     Okay.  Did you report it to anybody outside

5 of Gallatin?

6 A     No, ma'am.

7 Q     All right.  The next thing – well, I'm

8 going down the list.  We had grabbed or squeezed

9 your balls, kicked from behind, fell to the ground.

10 There was another one, kicked so hard you flipped

11 over the desk.  Is that the one we've already talked

12 about –

13 A     Yes, ma'am, we talked –

14 Q     – where he came up behind and kicked you

15 and you kind of flipped over the desk?

16 A     Yeah.  I went all the way over.

17 Q     Okay.

18 A     There was two of them incidents, but yes, we

19 talked about both of them.

20 Q     Okay.  The next thing was he'd say suck his

21 dick, you stupid motherfucker.  Now, we talked about

22 all the times that he said that with respect to

23 pulling down his pants.  Were there other times that

24 he said suck my dick?

25 A     His famous saying – he would say it, but it

1 would be more a lot of times, he'd be walking by or

2 something with Susan and he'd say, you know, come

3 here and suck my dick, you stupid motherfucker.

4     And I'm sorry, y'all, I have to use this

5 language.  My mama would kill me for it.  I'm sorry.

6 Q     Well, you use the term motherfucker at work,

7 don't you?

8          MS. COLLINS:  Objection to form.

9 BY MS. DOHNER SMITH:

10 Q     You do, too.

11          MS. COLLINS:  Objection to form.

12 BY MS. DOHNER SMITH:

13 Q     Right?  If we're going to be honest, you use

14 the term fucker and motherfucker at work, don't you?

15 A     I just don't want to be disrespectful to

16 women.

17 Q     That's okay.  I understand.

18     Do you use it on the floor at work?

19 A     I've probably been known to cuss –

20 Q     Okay.

21 A     – most time myself.

22 Q     Is the F word one of the words you say when

23 you cuss?

24 A     I kind of go down on myself about doing

25 something stupid.

1 Q     Like you might yell out, oh, fuck, or

2 something like that?

3 A     No, I won't scream out where people –

4 Q     Okay.

5 A     – can hear me and I get in trouble.  And I

6 won't say something in front of truck drivers or

7 women, no, I do not.

8 Q     Okay.

9 A     I do not do that.

10 Q     Well, if other people report that you say –

11 that motherfucker is one of your phrases that you

12 use quite frequently in the workplace, how do you

13 respond to that?

14          MS. COLLINS:  Objection to form.

15          THE WITNESS:  It's not true.

16 BY MS. DOHNER SMITH:

17 Q     Okay.

18 A     That's not –

19 Q     So what cuss words would you say in the

20 workplace?

21 A     I mean, I've probably said dammit or shit or

22 something like that, I'm sure.

23 Q     Okay.  But you wouldn't – you wouldn't cuss

24 in front of women?  You'd try not to do that?

25 A     Well, yeah, that's – you have to be

1 careful.  I think – you know, I don't know what my

2 title really is.  I'm supposed to be in management.

3 You're supposed to watch what you say.

4     You have to be careful in front of truck

5 drivers, even if they're male or female, about what

6 you say because, I mean, I could lose my job a lot

7 quicker than going through all of this, what we're

8 going.  I mean, you know, one phone call, I could be

9 gone.

10 Q     So that's external truck drivers.  What

11 about other WestRock employees?  Do you swear in

12 front of them?

13 A     I'm sure I probably have.

14 Q     Do you swear just in front of men or in

15 front of women, too?

16 A     There's one woman there that uses some

17 strong language, a lot worse than I'd ever probably

18 use, but that's her normal talk.

19 Q     Yeah, but I'm asking about you.  Do you use

20 swear words in front of women as well as men?

21 A     I've probably said dammit or shit or

22 something in front of a woman before, I'm sure.

23 Q     Okay.  Do you try not to swear in front of

24 women?

25 A     I try my best not to, yes.

Page 134

1 Q    Why is that?

2 A    Well, believe it or not, my mother is

3 77 years old, and I've got respect for her.  And

4 it's just the language – she does not like bad

5 language.  My brother, we just buried him, he's

6 younger than me, last year, and it's out of respect

7 for – respect for her.  Or I probably would use a

8 lot worse language, you know.

9    At home, I'm not allowed to cuss because

10 you've got the grandkids and they'll pick up

11 something quick.

12    All of my guys would try to watch because

13 the tow motor is loud and it travels.  You just

14 don't want to offend somebody and get in trouble,

15 because I've got some of the best tow motor drivers

16 there is out there at WestRock.

17 Q    How many times has Tommy told you suck my

18 dick, stupid motherfucker, outside of the unzipping

19 of the pants incidents we've talked about?

20 A    Over an eight-year period, I'm going to say

21 probably 40.

22 Q    Okay.  Did you ever report any of those to

23 anybody?

24 A    No, I did not.

25 Q    Okay.

Page 135

1 A    Most time people were standing there

2 listening, but that's just –

3 Q    Did you report to anybody outside of

4 Gallatin?

5 A    No, I did not.

6 Q    The next thing that you had on your list was

7 he would say, you stay over so I can go home and

8 screw your wife or fuck your wife.

9 A    Right.

10 Q    When did that happen?

11 A    Well, about a month before he left there, he

12 said that in front of the – inside the shipping

13 office, said that in front of everybody, and it

14 really made me angry.

15    You know, all this stuff had gone on for

16 years now, whether who believes me or who doesn't

17 believe me, has made me lose a lot of my

18 self-esteem, and everything else, and made me feel

19 like that I'm not a man to my significant other.

20 And so when he said stuff like that, it really

21 bothered me.  Still does bother me to think about

22 it.

23 Q    So that would have been the summer of 2016

24 that he said it?

25 A    It was shortly before he – that was the

Page 136

1 last time he said it, but he probably total did that

2 probably six times, seven times maybe.

3 Q    Okay.  When did he say it the other times?

4 A    To be absolutely honest, probably maybe just

5 about once a year.

6 Q    Okay.  Did you ever report that to anybody?

7 A    I just told him that I didn't like that at

8 all.  That's the only person I reported it to was

9 him.

10 Q    Okay.  So you didn't report it outside of

11 Gallatin?

12 A    No, I did not, ma'am.

13 Q    All right.  Anything else that Tommy Whited

14 did to – oh, wait.  We've got smack in the ass.  We

15 had that as well.

16    When did he smack you in the ass?

17 A    You know, to be absolutely honest, probably

18 three or four times a year in the past five years,

19 and I did not report it to – outside of Gallatin or

20 to Larry either.

21 Q    Okay.  So you didn't report him smacking you

22 in the ass to anybody?

23 A    No.  No, I did not.

24 Q    Okay.

25 A    Just people that saw it, you know, just

Page 137

1 laughed, thinks it's funny and stuff.  You know,

2 just like him trying to run over me in his truck and

3 hit me in his truck, you know.

4 Q    When did he try to run over you with his

5 truck?

6 A    In 2015.  Around out in the shipping office,

7 dock area, I have to go out there a lot, check on

8 what trailer is here, so on, so on, so on.  But when

9 Tommy would be coming from the plant or coming from

10 whatever, he'd come around the building, and he

11 always turned around and looked down to see who's at

12 the dock area and I'd be out there.  Well, he'd have

13 a brand-new Dodge truck.  Well, he took off flying,

14 and go through the gate entrance and he'd slam on

15 the brakes.

16    But one time he hit me and he knocked me

17 about 35 foot across the parking lot.  He made my

18 leg get a bruise probably from my hip down below my

19 knee and told me to go home.  Sent me home

20 immediately for a few days with pay so I wouldn't

21 tell on him.

22    But he probably tried to run over me at

23 least 20-something times out in the parking lot,

24 with everybody – with Donnie Taylor out there,

25 Tommy Davis, Willie White, Terry Stafford.

Page 138

1 Q    Do you think he was really trying to run you
2 down or was he like just kind of pretending that –
3        (Overlapping speech.)
4 A    I think playing.
5 Q    – he was going to – playing and then slam
6 on his brakes and –
7 A    I actually think he was playing, but –
8 Q    But one time he actually did run into you?
9 A    Yes.  It – yes, and it knocked me and
10 scratched me all up.
11 Q    When did that happen?
12 A    That was 2015-something.
13 Q    Do you remember the month?
14 A    It was warm, so I'm going to say somewhere
15 around July or August.
16 Q    Okay.  Did you report that to anybody?
17 A    No, ma'am.  Just – not outside of Gallatin,
18 nor in.  I just – you know, we say – you know, or
19 I say, I think he was playing and this and that and
20 the other, but it still didn't feel good.  None of
21 this feels good, you know.
22 Q    Did anybody see him hit you with the truck?
23 A    Donnie Taylor, Tommy Davis, Willie White.  I
24 don't know if Terry Stafford was out there anyway,
25 but he's Tommy's best friend anyway.  I don't know

Page 139

1 if they – I don't think they was there the day he
2 flipped me, but they've been out there the other
3 times or most of the times that he tried to act like
4 he was going to run me over and I had to jump out of
5 the way or this, that, and the other.  They was out
6 there.
7 Q    Anything else that Tommy has done to you?
8 A    You know, he's punched me in my eye or in my
9 jaw with his fist.
10 Q    Okay.  When has he punched you in your eye
11 or jaw?
12 A    2015, I'm going to say probably six times.
13 Q    Any other years that he did that?
14 A    He was real bad – 2014, he probably – he
15 liked hitting me with sticks.  He probably did it
16 four or five times.  2013, probably three.
17 Q    In 2013, three times he hit you with his
18 fist or with sticks?
19 A    Sticks.  He was real big about, too, about
20 if I was up like this, this part of your leg or that
21 part of your leg (indicating), if you take your knee
22 and you jar it right there, what we call when we was
23 in high school Charley horse.
24 Q    Yeah.
25 A    He did that many, many times, and I went

Page 140

1 home with a big old bruise and stuff.
2 Q    So he'd come up behind you with a stick and
3 hit you in the knee to pop your knee?
4 A    He'd hit me in the head or anything with the
5 stick.  But he was real bad about Charley horsing me
6 with his knee.  He's throwed his hard hat at me.
7 Q    So any other – so you've told me this
8 happened like three times in 2013, four to five
9 times in 2014, six times in 2015.  Any other times?
10 A    I can't remember about how many in '16.  As
11 years went, on toward the end there, he was getting,
12 I don't know if it's the word, but he was getting
13 more violent or more – hurting me a lot more than
14 what – whoever wants to say it was playing or
15 whatever, I didn't feel like it.  It was getting a
16 lot worse.
17 Q    So any of these incidents where he punched
18 you in the eye or the jaw with his fist or hit you
19 with sticks or did the Charley horse type thing,
20 threw his hard hat at you, did you report any of
21 that to anybody outside of Gallatin?
22 A    Not outside of Gallatin.  Just to the
23 management at WestRock here.
24 Q    Okay.  So which incident did you report and
25 to who?  We've got three incidents in 2013 where he

Page 141

1 hit you with sticks, four to five where he hit you
2 with sticks in 2014, six times where he hit you in
3 2015.  And how many times do you think in 2016?
4 A    I'm just going to say a couple in '16,
5 because these dates are finally just dwelling in my
6 head where I'm getting confused.
7 Q    Do you want to take a quick break?
8 A    Well, I want to try to – I know you don't
9 feel good, so I want to try to –
10 Q    Don't – don't worry about me.  This is my
11 job.  I get paid to be here.  I appreciate your
12 concern, though.
13        If you need a break, I would like you to
14 take a break.
15 A    I could use one for a minute, please.
16        MS. DOHNER SMITH:  All right.  Let's go
17 ahead and take a break, then.
18        VIDEOGRAPHER:  We are going off the
19 record.  The time on the monitor is 2:11 p.m.
20        (Recess observed.)
21        VIDEOGRAPHER:  We are back on the
22 record.  The time on the monitor is 2:23 p.m.
23 BY MS. DOHNER SMITH:
24 Q    So, we were talking about the punching in
25 the eye or the jaw or hitting with sticks.  You

Page 142

1 never reported any of those incidents to anybody
2 outside of Gallatin; is that correct?
3 A     No, I did not.
4 Q     Did you report any of those to anybody
5 inside of Gallatin?
6 A     I can't honestly say that I went directly to
7 Larry to tell him, you know, hey, he punched me in
8 the face. I can't honestly say I did.
9 Q     Okay. Is there anything else that Tommy did
10 to harass you, hurt you in any way?
11 A     He just took all my self-esteem, everything,
12 you know, took all that away from me. But as far as
13 physically, no, ma'am.
14 Q     Well, any other -- any other actions on his
15 part?
16 A     No, ma'am.
17 Q     Okay.
18 A     I shouldn't have said what I said. I'm
19 sorry.
20 Q     All right.
21 A     I've been trying to remember everything I
22 can.
23 Q     And I appreciate that.
24     Did Tommy do any of these things to any
25 other people?

Page 143

1     MS. COLLINS: Objection to form.
2 BY MS. DOHNER SMITH:
3 Q     That you witnessed?
4 A     Yes.
5 Q     Okay.
6 A     Slapping in the groins. I saw him do Donnie
7 Taylor. I saw him do Jerry Harville, Terry
8 Stafford. The cussing and the language and all,
9 everybody I just named and probably hundreds of
10 names I can't even think of.
11 Q     Well, cussing and language, is that
12 something he cussed both in front of men and women?
13 A     Yes, ma'am.
14 Q     Okay.
15 A     He -- sometimes it wasn't as severe. He
16 would get angry and he would -- he would cuss,
17 especially if a machine or something wasn't -- he
18 was real moody.
19     If the place was a mess -- a lot of times
20 that's why he would call me and get me down there
21 and holler at me for a long time about this, get
22 it -- but he knew one thing, no matter what the
23 problem was, if he told me to get it taken care of,
24 it didn't matter what, that I would make sure it got
25 done. I don't care what it did to me. I don't

Page 144

1 know, I'm sorry, but I would. It just didn't
2 matter. It would be done to his satisfaction.
3 Q     Did you -- have you witnessed Tommy hit
4 or -- the slap in the groin, by that do you mean the
5 backhand to the groin?
6 A     Yes, ma'am.
7 Q     Have you witnessed him doing that to Donnie
8 Taylor personally?
9 A     Yes.
10 Q     How many times?
11 A     I probably witnessed that two times.
12 Q     Okay. When was that?
13 A     Honestly, I'm going to say it was probably
14 2014, maybe one time, and 2015, one.
15 Q     Okay.
16 A     Donnie wouldn't put up with it.
17 Q     He wouldn't put up with it?
18 A     No, he would not. He would tell him that he
19 would get him -- you know, he would hit him back in
20 his if he did it again.
21 Q     Okay. So Donnie would hit Tommy back?
22 A     He said if he did him again.
23 Q     Okay. And then Tommy stopped?
24 A     Yeah. He didn't do it again. Jerry
25 Harville, I witnessed him backhand Jerry.

Page 145

1 Q     Backhand him to the groin?
2 A     To the groins, yes, ma'am. I'm sorry. I'm
3 going to say three times.
4 Q     When was that?
5 A     Probably once in 2014, one in '15, one
6 in '16.
7 Q     Okay. What did Jerry do?
8 A     He said, you keep on, I'm going to pop you
9 back, or whatever, but, you know, Jerry wasn't going
10 to touch him back.
11 Q     Did Tommy stop him?
12 A     Only person I know -- yeah, he didn't do it
13 again right then, no. You know, he said, yeah, you
14 touch me, I'll fire you and all that.
15     I saw one person actually retaliate, Mikey
16 Eden, which there's a lot of kinfolk at this
17 facility. He slapped Mikey -- Mikey is a little
18 bitty fellow, too. He's probably my age, but he's,
19 I'm going to say he's 4-foot-11 and 200 pounds.
20     Anyway, Tommy slapped him in the groins and
21 Mikey said something, and when Tommy started to walk
22 off, Mikey kicked him in his behind. And Tommy
23 Whited had his nice clothes on, and I thought Mikey
24 Eden was going to get fired over that.
25 Q     Did he get fired?

Page 146

1 A   No, he did not. But I don't think that ever
2 happened again. I don't think Tommy ever popped him
3 again and I don't think Mikey – of course, Mikey
4 said, well, you know, if he does me, I'm going to do
5 him back. But I think there was an understanding
6 real quick that that – that Tommy didn't like that.
7 You know, he put a big footprint right on his slacks
8 or whatever. Even though he did it first, he didn't
9 like that at all.
10 Q   What about Terry Stafford?
11 A   He used to backhand him like this, but Terry
12 Stafford is – he's strong, country boy, and all
13 he'd have to do is threaten to get – Tommy, I'll
14 get you in a headlock, or whatever or something, you
15 do that again, or whatever, and he wouldn't bother
16 Terry Stafford no more.
17 Q   So Terry said, if you do that again, I'm
18 going to do something –
19        (Overlapping speech.)
20 A   Get you in a headlock, something like that.
21 Q   And then Tommy didn't do it again?
22 A   No, not Terry. Terry Stafford is a country
23 boy and he's strong. He could probably take a bar
24 and bend it. He's a strong man.
25 Q   Okay. Anybody else that you've seen Tommy

Page 147

1 do any of this to?
2 A   I can't 100 percent say anybody else and be
3 100 percent positive about it right now, ma'am.
4 Q   Okay. Why do you think Tommy did these
5 things or kept doing these things to you, if he did
6 them to these other guys and they said stop and –
7 or I'm going to do this –
8 A   They always told me that he liked me.
9 Q   Who told you that he liked you?
10 A   All these other guys that – Terry Stafford,
11 all the older people that's been there for years,
12 said that Tommy did things like that to me because
13 he liked me. And I'm like, well, I don't want to be
14 liked. I'd rather be disliked.
15 Q   What do you mean, liked? Like a romantic
16 relationship or sexual relationship, or just liked
17 you as a person?
18 A   Liked me as a person.
19 Q   Okay.
20 A   As far as coming out of Tommy Whited's
21 mouth, I didn't ever hear that. But that's – you
22 know, but I made the statement before, you know, if
23 that's – you know, if you're going to do things to
24 me like that so we'll have a friendship or whatever,
25 I'd rather you not speak to me for 20 years like

Page 148

1 you've done some of the other employees at the other
2 plant, you know.
3 Q   Did Tommy have some reason not to like you?
4 A   Well, Lord no, because there's not a job
5 there that wouldn't get done if he needed me to do
6 it. He knew this. I don't know – I don't know how
7 to explain it, but anything he asked me to do, I
8 did. Of course, I didn't want to lose my job, but I
9 would bend over backwards, make sure it was done the
10 right way, no matter what it was.
11 Q   Do you think Tommy had some sort of a sexual
12 desire for you?
13 A   I try not to think that he had a sexual
14 desire for me, but I can't answer for him.
15 Q   Do you think he –
16 A   I like women. I don't like men.
17 Q   Did – do you think he had some animus
18 against you because you're a man in the workplace?
19        MS. COLLINS: Objection to form. Calls
20 for a legal conclusion.
21 BY MS. DOHNER SMITH:
22 Q   Did he have some hostility toward you
23 because you're a man in the workplace?
24 A   I honestly can't – I don't know how to
25 answer the question. Tell you the truth, I don't

Page 149

1 know how to answer it.
2 Q   Okay.
3 A   I'm not being mean. I'm just saying, I
4 don't understand why he did it and still don't, and
5 it's bothered me for years, and that's why I see
6 counseling now. I'm trying to cope with life.
7 Q   Do you think he did it because he didn't
8 think you were manly enough?
9        MS. COLLINS: Objection to form.
10       THE WITNESS: I don't know.
11 BY MS. DOHNER SMITH:
12 Q   Okay.
13 A   I don't know. I would not hit him back.
14 But, of course, you know, he was general manager,
15 you know. I wanted my job. Of course I'm not going
16 to.
17 Q   Did Tommy ever say or do anything that led
18 you to believe that he didn't think men should be
19 working at WestRock?
20 A   No. But he made comments about there's not
21 enough women.
22 Q   Tell me about that.
23 A   When the tobacco contract went away that
24 second time and we all knowed that he was the main
25 reason we lost it and it wasn't ever going to come

Page 150

1  back, he said, well, now we're never going to have
2  any fresh pussy or anything like that in here.  Of
3  course, he used to try to --
4  Q      So, by fresh pussy, he was referring to
5  female -- new women in the workplace?
6  A      New women, yes.  Just like Susan Hart.  Her
7  breasts were real big, and he used to say, watch
8  this, Kuli.  And he'd holler at her and try to get
9  her to run across the floor.  Of course, they were
10  real big, of course, and they'd bounce.  I wouldn't
11  look, wouldn't do anything, because I didn't want to
12  get in trouble because I just knew that was a setup
13  or whatever.
14      But he did like women, and he liked all
15  women, young.  A lot of women got raises there; a
16  lot of men didn't.  Don't know -- I'm not
17  insinuating anything they did to get them or
18  anything.  I'm just saying that the women could get
19  raises before men could.
20  Q      Well, what is it about you personally that
21  led Tommy to harass you?
22          MS. COLLINS:  Objection to form.
23  BY MS. DOHNER SMITH:
24  Q      What do you think it is?
25  A      He knows he terrified me.  This is hearsay,

Page 151

1  but he would tell people like Terry Stafford or
2  somebody because they told -- like I said, it's
3  hearsay, but they told me.  They said, watch me tear
4  Kuli all up.  Watch this.  And he'd start screaming
5  at me and make me nervous and all this kind of
6  stuff.  He thought it was a game.  So I don't know
7  if that's the way this started, as a game, see how
8  upset he could get me, you know, where maybe I'd
9  stroke out and die in there, what was coming next.
10  Q      So you think this started because he could
11  actually get you upset and get you worked up?
12  A      Well, I know he brought that up to Terry a
13  lot, saying that, you know, watch this, watch me get
14  him upset here, watch this, watch this.  And Kuli,
15  get your ass over here.  You know, why is this like
16  this and why is this like this?  And I'd say, well,
17  I'll get it taken care of right now.  And he knowed
18  I would.  But they'd just sit over there and laugh
19  about it and think it was funny.
20      But I mean, it didn't do nothing to me but
21  ruin my life, what I think about myself and other
22  things.  I mean, you know, no matter what happens in
23  any of this, I know what really happened through all
24  of it, and I know how I feel, and it's going to be
25  hard to ever get my self-esteem and ever get

Page 152

1  anything back in myself.
2  Q      Do you think that he did these things
3  because you're a man?
4          MS. COLLINS:  Objection to form.
5          THE WITNESS:  I don't know how to
6  answer that.  I really don't.  I don't know how to
7  answer what he thought.  I don't know why he did it.
8  I pray to the good Lord every day -- I'd hate to see
9  him do anybody, but if nothing else happens with
10  this, he will not be in there doing another male or
11  female, you know, hitting anybody else, no matter
12  what.
13  BY MS. DOHNER SMITH:
14  Q      Did he mistreat women in any way?  You've
15  already told me he'd make Susan Hart run so that her
16  boobs would bounce --
17          (Overlapping speech.)
18  A      He'd do it on purpose so he could get
19  tickled.  But no, he treated females very special.
20  Q      What do you mean by special?
21  A      Well, in the summertime, some of them --
22  he'd let some of them, before they got strict with
23  some dress code, but wear a white tank top and have
24  top half of their body be nice looking, and he would
25  enjoy things like that.  He would stay over in that

Page 153

1  vicinity for long periods of time.
2  Q      What about touching women?  Did he ever rub
3  their breasts or their bottom sides, anything like
4  that?
5  A      I can't answer that I saw that directly.  I
6  can't.
7  Q      Okay.
8  A      You know, stuff like that was all just
9  hearsay.  And his famous saying was, if you don't
10  have a freaking picture, you better shut up.  You
11  know, and that's -- that was his saying.  And of
12  course, I never did want to get in confrontation.
13  You know, I was going through enough.  I wasn't
14  going to bring up nothing.
15  Q      Do you think there was something about your
16  personality that made him kind of pick on you as
17  opposed to everybody else?
18          MS. COLLINS:  Objection to form.
19          THE WITNESS:  Ma'am, I don't know.  You
20  know, I used to think maybe it was because I was
21  Polish or something, but I don't have a clue.
22  BY MS. DOHNER SMITH:
23  Q      Okay.  So you think he doesn't like Polish
24  people?
25  A      I'm just saying, I used to think maybe that