# In the Matter Of:

## KULAKOWSKI vs WESTROCK SERVICES

# DONALD TAYLOR

*November 16, 2017*



BRENTWOOD COURT
REPORTING SERVICES
www.brentwoodcourtreporting.com
(615) 791-6983

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF TENNESSEE
                    NASHVILLE DIVISION


MICHAEL KULAKOWSKI,                    )
                                       )
     Plaintiff,                        )
                                       )
vs.                                    )CASE NO.
                                       )3:16-CV-02510
                                       )
WESTROCK SERVICES, INC.,               )
                                       )
     Defendant.                        )
_____



                      DEPOSITION OF

                  DONALD CHARLES TAYLOR

              Taken on Behalf of the Plaintiff

                    November 16, 2017

                 Commencing at 9:50 a.m.


_____


Reported by:  Jerri L. Porter, RPR, CRR
Tennessee LCR No. 335
Expires:  6/30/2018
```

Page 2

```
 1  APPEARANCES:
 2  For the Plaintiff:
 3        HEATHER MOORE COLLINS
          Collins & Hunter
 4        7000 Executive Center Drive
          Building 2, Suite 320
 5        Brentwood, Tennessee  37027
          (615) 724-1996
 6        heather@collinshunter.com
 7
    For the Defendant:
 8
          MARY DOHNER SMITH
 9        NELSON SUAREZ
          Constangy, Brooks, Smith & Prophete
10        1010 SunTrust Plaza
          401 Commerce Street
11        Nashville, Tennessee  37219
          (615) 320-5200
12        mdohner@constangy.com
          nsuarez@constangy.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1           The deposition of DONALD CHARLES TAYLOR
2  was taken on behalf of the Plaintiff on November 16,
3  2017, in the offices of Bone, McAllester & Norton,
4  131 Saundersville Road, Suite 130, Hendersonville,
5  Tennessee, for all purposes under the Federal Rules
6  of Civil Procedure.
7           The formalities as to notice, caption,
8  certificate, et cetera, are waived.  All objections,
9  except as to the form of the questions, are reserved
10 to the hearing.
11          It is agreed that Jerri L. Porter,
12 being a Notary Public and Court Reporter for the
13 State of Tennessee, may swear the witness, and that
14 the reading and signing of the completed deposition
15 by the witness are reserved.

                        * * *

Page 3

```
 1              I N D E X
 2           INDEX OF EXAMINATIONS
 3                                                 Page
 4  Examination By Ms. Collins ........................5
 5  Examination By Ms. Dohner Smith ..................38
 6
 7
 8        PREVIOUSLY MARKED EXHIBITS
              PRESENTED TO WITNESS
 9
10  Exhibit     Description                         Page
11
12  No. 4       2011 RockTenn Employee Handbook ......40
13  No. 18      Henley notes "Follow up on four .......24
                alleged witnesses-Names provided by
14              Michael Kulakowski" Bates WestRock
                000225
15
    No. 21      8/26/16 Meeting notes "August 26, .....27
16              2016-MK-2:10pm" Bates WestRock
                000231-0233
17
```

Page 5

1           DONALD CHARLES TAYLOR
2  was called as a witness, and after having been first
3  duly sworn, testified as follows:
4           E X A M I N A T I O N
5  BY MS. COLLINS:
6  Q     Good morning.  Could you state your complete
7  name for the record, please.
8  A     Donald Charles Taylor.
9  Q     Mr. Taylor, you go by Donnie, right?
10 A     Yes.
11 Q     Could you spell that for the court reporter?
12 A     D-o-n-n-i-e.
13 Q     Where do you currently work, Mr. Taylor?
14 A     WestRock.
15 Q     Which facility?
16 A     179 Hancock Street, Gallatin, Tennessee.
17 Q     Is that the fulfillment center?
18 A     Fulfillment center.
19 Q     How long have you been out there?
20 A     The fulfillment center, I've been there nine
21 years.
22 Q     What do you do out there?
23 A     I drive a forklift in the shipping
24 department.
25 Q     Okay.  How long have you been driving a

Page 6

1 forklift out there? Well, now, I just said that.
2 Let me rephrase that. I thought I was awake.
3     Who is your supervisor?
4 A   There's a discrepancy on that part.
5 Q   Okay.
6 A   One tells me it's Larry Eden, somebody tells
7 me it's Michael White. So, if you want to, put down
8 both.
9 Q   Okay. Have you always driven a forklift out
10 there?
11 A   No, ma'am. The first five years I ran a
12 machine at the plant.
13 Q   At the sheet plant?
14 A   Yes, ma'am.
15 Q   And did you do anything before that?
16 A   At that facility, no, ma'am.
17 Q   Okay. So in total, you've worked there,
18 what, about 14 years?
19 A   I've been at the WestRock for almost
20 24 years.
21 Q   Okay. What did you do before you ran a
22 machine at the sheet plant?
23 A   I worked at Nicholstone (phonetic).
24 Q   Okay. When did this discrepancy come up as
25 to who your supervisor was?

Page 7

1 A   This has been going back and forth since
2 I've been at the fulfillment center. They tell me
3 since I'm in shipping, I go under Larry Eden, but
4 Michael usually runs the show over at the
5 fulfillment center. So I basically listen to both.
6 Q   How much time does Larry Eden spend at the
7 fulfillment center?
8 A   Hardly any.
9 Q   Was that the same in 2016?
10 A   Yes.
11 Q   How about 2015?
12 A   Same.
13 Q   You worked at the fulfillment center when
14 Tommy Whited was there, right?
15 A   Yes.
16 Q   Okay. How was that, working around him?
17 A   At times it was okay, at times it wasn't.
18 Q   Tell me about the times that it wasn't.
19 A   When he'd come in moody.
20 Q   What did he do when he came in moody?
21 A   Pretty much took it out on everybody.
22 Q   How so?
23 A   Didn't like this, didn't like the way we put
24 stuff up, complained about every little thing there
25 was to complain about.

Page 8

1 Q   Did he ever hit you?
2 A   Yes.
3 Q   Tell me about that.
4 A   He -- he would hit me and I would hit him
5 back.
6 Q   Where would he hit you?
7 A   Basically, in the arm or in the leg.
8 Q   Would he Charley horse you?
9 A   Couple of times.
10 Q   About how many times did he hit you?
11 A   At least a half dozen total between the
12 plant and the warehouse.
13 Q   Did he ever kick you?
14 A   No.
15 Q   Did he ever grab you in the groin area?
16 A   No.
17 Q   Did he ever hit you in the groin area?
18 A   Yes.
19 Q   Tell me about that.
20 A   I hit him back.
21 Q   Okay. What did he do when you hit him back?
22 A   He walked away.
23 Q   How many times did he hit you in the groin
24 area?
25 A   Roughly two to three times.

Page 9

1 Q   Was that in the -- when was that?
2 A   That was basically when I was over at the
3 plant. He did not do it when I was at the
4 warehouse.
5 Q   Did you see him hit any other employees?
6 A   Yes.
7 Q   Tell me who.
8 A   Terry Stafford, Michael Kulakowski,
9 J.R. Sanders, Jerry Harville, and a couple other
10 ones that are not there.
11 Q   Did you only see him hit male employees?
12 A   Yes.
13 Q   Where did he hit Terry Stafford?
14 A   Either in the arm or a couple of times in
15 the groins.
16 Q   What did Mr. Stafford do?
17 A   Hit him back.
18 Q   Did he tell him not to do that again?
19 A   To my knowledge, no.
20 Q   Okay. And Mr. Kulakowski, where did he hit
21 him?
22 A   In the groins, the arm, back of the head.
23 Q   How many times did you see Mr. Whited hit
24 Mr. Kulakowski?
25 A   At least a half a dozen.

Page 10

1  Q      Do you recall any instances when he was hit
2  in the groin where he fell to the ground and he
3  couldn't catch his breath?
4  A      Twice.
5  Q      Do you recall when any of these were?
6  A      Dates, no.
7  Q      Was it in the -- was it like a year before
8  he was terminated or a few years before he was
9  terminated?
10 A      Probably within a year, year and a half.
11 Q      What did Mr. Kulakowski do?
12 A      Went to the floor and walked away after he
13 got up.
14 Q      Did Mr. Kulakowski ever say anything to you
15 about the way Tommy Whited treated him?
16 A      Yes.
17 Q      Tell me about that.
18 A      He just told me he was tired of it, and I
19 kept telling him, that was the way Tommy liked to
20 horseplay.  He said he was sick of it.  I told him a
21 couple of times, hit him back.  If you hit him back
22 a couple of times, he'll eventually stop.
23 Q      What did he say, Mr. Kulakowski?
24 A      He was scared that he might lose his job,
25 that Tommy would fire him.

Page 11

1  Q      Did Mr. Kulakowski seem like he was scared
2  to you, scared of Mr. Whited?
3  A      Yes.
4  Q      Did Mr. Whited threaten other employees
5  about losing their jobs, that he would fire them?
6  A      Me, one time.
7  Q      Tell me about that.
8  A      He got mad at Jerry Harville when Jerry was
9  over there, and sent him to the plant.  When I went
10 to the warehouse, he called me in the office and
11 told me if I screwed up, I was fired.
12 Q      Had you ever heard him say anything to other
13 employees, threatening them with their job if they
14 complained?
15 A      No, ma'am.
16 Q      Or if they didn't like the way things were,
17 he would fire them?
18 A      No.
19 Q      Okay.  You also mentioned J.R. Sanders was
20 hit by Mr. Whited.  Tell me about that.
21 A      J.R. would hit him back.
22 Q      Where did Mr. Whited hit him?
23 A      In the groin.  In the groins, the arm.
24 Q      Was that also in the last year or so before
25 Mr. Whited was terminated?

Page 12

1  A      That probably went on between the sheet
2  plant, because J.R. used to run a machine at the
3  sheet plant, and the warehouse.  Tommy liked to
4  play.
5  Q      What do you mean, Tommy liked to play?
6  A      That was his way of playing.
7  Q      Did you enjoy playing like that?
8  A      No.
9  Q      Did it seem like anyone enjoyed playing like
10 that?
11 A      I don't -- I don't know.  I can't answer
12 that one.
13 Q      You also mentioned Jerry Harville.  Tell me
14 what Mr. Whited did to him.
15 A      I've seen him punch him in the arm and got
16 him in the groins.  Jerry did the same thing, hit
17 him back.
18 Q      And you mentioned there were a few others.
19 Can you recall their names?
20 A      Not right off the bat, no, ma'am.
21 Q      Okay.  They're not out there any more?
22 A      No, ma'am.
23 Q      Other than punching in the groin, did you
24 see Mr. Whited grab other male employees in the
25 groin?

Page 13

1  A      No, ma'am.  And for the record, he did not
2  punch them.  He slapped them, backhand.
3  Q      Right.  Okay.  But as I understand it, it
4  still hurts to be slapped backhand.
5  A      Yes, yes.
6  Q      When that happened, when Mr. Whited would
7  hit you in the groin or hit you in the arm, why
8  didn't you call HR?
9  A      Because I knew that was his way of playing.
10 And I figured the only way that I would get him to
11 stop is to hit him back.
12 Q      Were you -- well, who was HR out at the
13 plant?
14 A      I'm sorry, I don't know that one.
15 Q      Okay.  Did you ever deal with Helen Kendall?
16 A      Yes.
17 Q      What was your understanding of her role?
18 A      I didn't know what her role was.
19 Q      Okay.  And you don't know who HR is out at
20 the fulfillment center?
21 A      Right now, I think it's Terri.  I think
22 that's her name.  I'm not sure.
23 Q      Okay.  Before Mr. Whited was terminated, did
24 you know?
25 A      No.  I didn't even know we had the HR there

Page 14

1  until they came in and was talking.
2  Q    So, is it fair to say, to your knowledge,
3  that wasn't published anywhere that you knew about?
4       MS. DOHNER SMITH:  Objection.
5       THE WITNESS:  No, ma'am.
6  BY MS. COLLINS:
7  Q    You can still answer.
8  A    No.
9  Q    No, it wasn't published anywhere that you
10 knew about?
11 A    No, ma'am.
12      MS. DOHNER SMITH:  Objection.
13 BY MS. COLLINS:
14 Q    Were you told at any point before the Whited
15 investigation that there was HR assigned to that
16 plant if employees had problems?
17 A    Before he got --
18 Q    Yeah, before all of that investigation.
19 A    Yes.  She has come in there a couple of
20 times before.  But I didn't know that that was HR
21 for us to get ahold of.
22 Q    Okay.  Do you know why she'd come in a
23 couple of times before that?
24 A    No, ma'am.
25 Q    Okay.  When she had come in before, had you

Page 15

1  had any occasion to meet with her?
2  A    No, ma'am.
3  Q    Okay.  And you said you had seen her out at
4  the fulfillment center a couple of times before.  Do
5  you know about how many times you'd seen her out
6  there?
7  A    Just a couple, when they would bring up
8  about the insurance with Helen.
9  Q    Okay.  Like when y'all had to re-sign-up for
10 insurance --
11 A    Yes.
12 Q    -- at the end of the year?
13 A    Yes.
14 Q    Okay.  Have you been provided a copy of the
15 company handbook?
16 A    Yes, ma'am.
17 Q    Do you get one on a yearly basis or every
18 couple of years or how does that work?
19 A    If I'm not mistaken, I think one comes out
20 every year.  We go to sign up for the insurance.  I
21 know we get a big envelope, and it has to do with
22 the insurance, but I think usually the handbook
23 comes in that, too.
24 Q    Okay.  And y'all just have to sign saying
25 that you received it?

Page 16

1  A    Yes.
2  Q    Okay.  Have you had any training on sexual
3  harassment or how to report things in the workplace?
4  A    No, ma'am.
5  Q    So, no one from WestRock corporate has come
6  out to tell y'all, hey --
7  A    Not to my knowledge.
8  Q    Okay.  You've never experienced anything
9  like that?
10 A    No, ma'am.
11 Q    Have you ever received any sort of survey
12 out there as to how things are going that y'all can
13 fill out?
14 A    Not to my knowledge.
15 Q    Okay.  What shift do you work?
16 A    First shift.
17 Q    That's the daytime shift, right?
18 A    Yes, ma'am.
19 Q    And the hours of that are?
20 A    Usually 7:00 to 3:30, but I come in at 6:00.
21 Q    Do you leave around 2:00, 2:30?
22 A    No.  I work until 3:30.
23 Q    Do you get paid overtime?
24 A    Yes, ma'am.
25 Q    Do you get paid for all of the hours you

Page 17

1  work?
2  A    Yes, ma'am.
3  Q    Have you ever been called in on the weekends
4  or at nights to do something and not been paid for
5  it?
6  A    No, ma'am.
7  Q    Do you know what you're supposed to do if
8  you experience any sort of harassment in the
9  workplace?
10 A    I do now.
11 Q    Okay.  Well, let's backtrack a little bit.
12 Before all this stuff happened with Mr. Whited, did
13 you know what to do?
14 A    I pretty much did.  But like before, I knew
15 he was horseplaying, and I wanted to let him know
16 that I wasn't going to put up with it.
17 Q    Okay.
18 A    And I think Terry and J.R. pretty much were
19 the same way.
20 Q    What do you mean, you think you knew what to
21 do?  Just telling him to stop and hitting him back?
22 A    Basically, hitting him back, and I figured
23 he would back off.  If he continued on, yeah, I
24 would have reported him.
25 Q    Do you know who you would have or should

Page 18

1  have reported it to?
2  A      I would have called corporate.
3  Q      Did you know how to find that number?
4  A      Yes.
5  Q      Okay.  Where would you have gone to find
6  that number?
7  A      I think it's in the employee handbook, but I
8  would have found it one way or another.
9  Q      Were you scared of Mr. Whited?
10 A      No.
11 Q      Were you worried about him terminating your
12 employment?
13 A      At one time, yes.
14 Q      Was it because you hit him back, or what was
15 the reason for that?
16 A      When he called me into the office and told
17 me if I screwed up that I'd be fired.
18 Q      What brought that about?
19 A      He was mad at Jerry Harville.
20 Q      Okay.  Had you heard him yell and cuss at
21 other employees?
22 A      Yes.
23 Q      As I understand it, you know, cussing is --
24 happens in the workplace out there, right?
25 A      Yes.

Page 19

1  Q      But the way Mr. Whited talked to his
2  subordinate employees, was it -- did it cross a line
3  with you?
4  A      With me?
5  Q      Yes.
6  A      No.
7  Q      Did it seem like it crossed a line with some
8  other people?
9  A      I can only answer in my words.  That, I
10 can't answer that one because, I mean, with me, I
11 was letting it go for so far.  For them, I don't
12 know.
13 Q      Okay.
14 A      So, I mean, I don't -- you know, if he
15 crossed the line with me, I would tell him before
16 anything would happen.  With them, I can't say what
17 they would -- what they were thinking at the time.
18 Q      Do you think it was appropriate for -- and
19 Mr. Whited was the general manager, right?
20 A      Yes.
21 Q      Do you think it was appropriate for him to
22 hit male employees in the groin like he did?
23 A      No.
24 Q      Did you ever witness Mr. Kulakowski tell him
25 to stop or not to do that?

Page 20

1  A      I think I've heard Kuli tell him one time.
2  But I wasn't around him each and every time.
3  Q      Right.  Did you ever hear Mr. Kulakowski
4  tell Mr. Eden about, you know, he wishes Mr. Whited
5  would quit?
6  A      Once.
7  Q      You heard him tell Mr. Eden that he wished
8  Mr. Whited would not hit him?
9  A      One time.
10 Q      What do you recall Mr. Eden saying?
11 A      I don't know.  It was on the phone.
12 Q      Okay.  How did Mr. Kulakowski seem after he
13 got off the phone?
14 A      He knew that Larry was not going to do
15 anything about it.
16 Q      Did it seem like Larry was scared of or
17 intimidated by Mr. Whited?
18 A      Yes.
19 Q      I may have already asked you this, but had
20 you ever seen Mr. Whited grab a female employee in
21 their groin area or hit them in their groin area?
22 A      No.
23 Q      Did Mr. Whited ever make threats around you
24 that if someone made a hotline complaint that those
25 would come to him?

Page 21

1  A      No.
2  Q      Do you think the WestRock reporting system
3  was effective with the way that --
4         MS. DOHNER SMITH:  Objection.
5  BY MS. COLLINS:
6  Q      -- Tommy Whited treated employees?
7  A      Can you reword that?
8  Q      Sure.  Do you think the procedures that were
9  in place to report a general manager like Tommy
10 Whited who hit employees, do you think the procedure
11 that was in place for employees to report those
12 behaviors was effective?
13        MS. DOHNER SMITH:  Objection.
14        THE WITNESS:  I can't answer that.  I
15 don't know.  Sorry.  I just --
16 BY MS. COLLINS:
17 Q      Yeah.  Is that because you just --
18 A      I've never dealt with it, so I don't know.
19 Q      Okay.  Are you worried about testifying here
20 today?
21 A      Nervous.
22 Q      What are you nervous about?
23 A      In a law firm.
24 Q      I understand.
25 A      Has to do with the law.  When it has to do

Page 22

```
 1  with the law, I don't know, anytime I'm around it,
 2  it just makes me nervous.
 3  Q     Are you worried about your job security?
 4  A     No, ma'am.
 5  Q     Have you bought any cars or appliances from
 6  Mr. Whited?
 7  A     No, ma'am.
 8  Q     Did you know that WestRock had a 1-800
 9  number for reporting sexual harassment?
10  A     Not at first I didn't.
11  Q     Did you find out after all this happened?
12  A     I found out, I think, before this happened.
13  Not long before this happened.  I can't really say
14  when, but I know it was before this happened.
15  Q     How did you find out about it?
16  A     I think it was a couple employees was going
17  around in there saying something about it.  I'm
18  not -- I don't quite remember.
19  Q     Okay.  And you're just not sure when that
20  was?
21  A     Yeah.
22  Q     Or the context?
23  A     (Witness moves head up and down.)
24        I'm sorry.  Yes.
25  Q     Did a lot of the employees out there at the
```

Page 23

```
 1  fulfillment center talk about the way Tommy Whited
 2  treated people?
 3  A     No.
 4  Q     Did you ever have -- did Tommy Whited ever
 5  show his private parts or his penis to you?
 6  A     No.
 7  Q     Did you ever hear about him doing that to
 8  other employees?
 9  A     No.
10  Q     Okay.  Did you ever hear him telling any
11  other employees that they needed to suck his dick --
12  A     No.
13  Q     -- or anything like that?
14  A     No.
15  Q     I apologize.
16  A     That's okay.
17  Q     And you never heard about him saying
18  anything like that to other employees?
19  A     No.
20  Q     Okay.  I'm going to go through a couple of
21  exhibits.  If you could, in this giant book right
22  here -- well, first let me just ask you a few things
23  before we get to all of the paper.
24        When the things came out about Mr. Whited
25  and there was an investigation that was started,
```

Page 24

```
 1  tell me about who contacted you and what happened.
 2  A     I didn't even know that it had come out
 3  until they started calling me up to the office, HR.
 4  Q     Okay.  Who called you to the office?
 5  A     I think it was Terri, there was another
 6  woman in there, and I think Tom Pedine.
 7  Q     Okay.  How many meetings did you have with
 8  HR, anyone in corporate about Mr. Whited's behavior?
 9  A     One.
10  Q     One meeting.  Did you have any phone calls
11  with them that you can recall?
12  A     Not that I can recall.
13  Q     Okay.  And what did -- do you recall what
14  happened in the meeting with them?
15  A     No, ma'am, I don't.
16  Q     Okay.
17  A     I don't.  I'm sorry.  I've got so much going
18  through my head all the time, I don't remember
19  everything.
20  Q     I have the same problem.
21        Okay.  Let's turn to -- if you could turn to
22  Exhibit Number 18.
23        (Presented Exhibit No. 18.)
24        THE WITNESS:  Now, remember, I don't
25  have my glasses, so I can't see everything clearly.
```

Page 25

```
 1  BY MS. COLLINS:
 2  Q     I should have warned you.
 3  A     I'll tell you what I can see.
 4  Q     If you could read this top section where it
 5  says Donnie Taylor, and then let me know when you've
 6  finished reading it, if you can see it okay.
 7  A     I'm sorry.
 8  Q     Do you want me to see if I have some reading
 9  glasses?  I do.  I can't promise they'll be the
10  right strength.  One time I had a witness borrow the
11  court reporter's glasses and they were red tortoise
12  shell.
13        (Tendering.)  Does that help?
14  A     Donnie Taylor, 8.8.1994, August 22, 2016,
15  6:58 p.m.
16  Q     You can just read it to yourself, and I'm
17  just going to ask you a couple of questions.  Let me
18  know when you're done reading it to yourself.
19  A     (Reviewing document.)  Okay.
20  Q     And I'm going to represent to you, these are
21  notes taken by Terri Henley of a phone conversation
22  she said she had with you.
23  A     Okay.
24  Q     Do you remember having a brief phone
25  conversation with her on or around August 22nd?
```

Page 26

1  A     Okay.
2  Q     Do you recall that?
3  A     No, I don't recall it, but it could have
4  happened.  Like I said, I've got so much on my mind,
5  some things I do recall and some things I don't.
6  Q     Okay.  Is the information that's recorded
7  here accurate?
8  A     Kicking in the groin area, yes.  That Tommy
9  and Susan affair, yes.  And the last part of it,
10 yes.
11 Q     The last part, meaning if you met with her
12 at the fulfillment center --
13       (Overlapping speech.)
14 A     If she come to the fulfillment center.
15 Because I told her I didn't want to really say too
16 much on the phone.
17 Q     Okay.  But you were worried if she came out
18 to the fulfillment center, Tommy would know
19 something was up and it wouldn't be good for you?
20 A     Yes.  Because of Susan.  Because she pretty
21 much was telling Tommy everything that's going on.
22 Q     Okay.  All right.  But all of these other
23 things -- and we've talked about some of them that
24 you had witnessed, the inappropriate behavior of
25 Tommy kicking -- I'll tell you witness number 4 is

Page 27

1  Michael Kulakowski --
2  A     Right.
3  Q     -- in the groin.
4  A     Right.
5  Q     Smacking him in the back of the head.
6  A     Right.
7  Q     Punching him in the arm and shoulder area.
8  A     Yes.
9  Q     And that you had witnessed Mr. Whited
10 kicking Mr. Kulakowski in the groin area on more
11 than one occasion.
12 A     Yes.
13 Q     Now, if you could turn to Exhibit Number 21
14 for me, please.
15       (Presented Exhibit No. 21.)
16 BY MS. COLLINS:
17 Q     If you could turn to the second page of that
18 exhibit, where it says Donnie Taylor.
19 A     Okay.
20 Q     Just review that section.  I think it goes
21 into the next page a little bit.  And let me know
22 when you're finished.
23 A     (Reviewing document.)  Okay.
24 Q     Does the information that was recorded here,
25 does that look accurate?

Page 28

1  A     Yes.
2  Q     Okay.  And you told Ms. Henley when she came
3  out -- where did y'all meet?
4  A     At the conference room.
5  Q     At the?
6  A     Fulfillment.
7  Q     Fulfillment.  And was this the meeting with
8  the three of you, Ms. Henley, and Mr. Pedine?
9  A     No.  This was just me and her at that time.
10 Q     Okay.  Was she taking notes during that
11 meeting or typing on a laptop?
12 A     I think she was typing on a laptop.
13 Q     Okay.  And you had told her about these
14 physical contact things with respect to Michael
15 Kulakowski, right?
16 A     Yes.
17 Q     The slapping and the kicking.  And she wrote
18 down that Tommy Whited was grinning when he was
19 doing those things.
20 A     Yes.
21 Q     At any point in time when you were -- since
22 you've worked at WestRock, before Mr. Whited was
23 terminated, did anyone tell you that male on male
24 horseplay can be sexual harassment in the workplace?
25       MS. DOHNER SMITH:  Objection.

Page 29

1       THE WITNESS:  I knew it was.
2  BY MS. COLLINS:
3  Q     You knew that horseplay could be sexual
4  harassment?
5  A     Uh-huh.  I know both could be terminated.
6  Q     How did you know that?
7  A     Different places that I've worked was the
8  same way.
9  Q     When you were at WestRock, did you ever
10 receive any training about sexual harassment or --
11 A     No.
12 Q     -- who to report things to if you felt you
13 were being harassed?
14 A     Not when I started, no.  Like I said, I
15 didn't know until in the past few years.
16 Q     Was that after all this came out with
17 Mr. Whited?
18 A     Just before.  Just before they were starting
19 to bring it up.
20 Q     Who was starting to bring it up?
21 A     The main office, HR.  The few times that she
22 was out there for the insurance, I think it came
23 across a few times.  I'm not exactly sure when, but
24 I know it was brought up a few times before he got
25 terminated.

Page 30

1 Q     Okay. Did you have to sign anything saying
2 that you've had this training or anything like that?
3 A     I don't -- I don't recall. I probably did,
4 but I don't recall whether I did or not.
5 Q     Okay.
6 A     It wasn't really training. It was just
7 brought up. I don't know if you would call that
8 training.
9 Q     What do you mean, brought up?
10 A     It was just brought up in a conversation
11 about people telling, you know, if this is done or
12 this is done, it's considered as sexual harassment
13 or horseplay, and you could both be fired for
14 horseplay. You know, if one is going, the other one
15 has got to go. But I think, you know, some people
16 thought they were expendable. And I don't never
17 think I'm expendable.
18       Who brought it up, it was just -- I can't
19 recall who, but it was in conversations with several
20 different people.
21 Q     Okay. So you don't think it was like a
22 formal conversation or training --
23 A     No.
24 Q     -- from HR or corporate?
25 A     No.

Page 31

1 Q     No?
2 A     No. That I can recall, no.
3 Q     Okay.
4 A     Now, HR might have brought it up, but
5 there's been a lot on my mind going on on that part.
6 So, I mean, I don't remember all of the meetings and
7 everything that goes on in there.
8 Q     Were you worried because you had hit Tommy
9 Whited back to defend yourself that you could get in
10 trouble?
11 A     At first, I thought I was. But when I found
12 out that -- you know, if there's a fight that takes
13 place, it don't matter who hit, you're both fired.
14 So, if he hits me and I hit him back and he goes and
15 reports it, he should go just as well as I should
16 go.
17 Q     Okay. So, you had an understanding that if
18 you hit him back, that you could get in trouble for
19 it, too?
20 A     Yes.
21 Q     And did that dissuade you from going to
22 corporate and complaining about Mr. Whited?
23 A     No. No, he didn't pick on me like he did
24 Kuli. There were several of us that he didn't pick
25 on like he did Kuli.

Page 32

1 Q     Okay. Would you say that the way that he
2 treated Michael Kulakowski was a lot worse?
3 A     In some ways yes, in some ways no.
4 Q     Okay. What ways yes?
5 A     Got a little too carried away.
6 Q     With the hitting and the kicking?
7 A     Yes.
8 Q     Okay. In what ways no?
9 A     I think he kind of was protecting Kuli. He
10 liked Kuli. I think he just wanted to kind of scare
11 Kuli a little bit.
12 Q     Okay. Did Michael Kulakowski seem scared of
13 him?
14 A     Yes.
15 Q     Now, you also mentioned in this -- in
16 Ms. Henley's notes that Kuli is not one to lie. Is
17 that how you feel about Mr. Kulakowski?
18 A     Since I've worked with him, that's how I
19 feel.
20 Q     Okay. And she also noted that you've never
21 heard Mr. Whited apologize. Is that true?
22 A     That's true.
23 Q     And that you can't tell whether he's joking
24 and sometimes he's serious.
25 A     Right.

Page 33

1 Q     She put a note on here, it says, "Consider
2 that interaction - relationship playing
3 interaction - not a friendly exchange. It is a
4 defense so Tommy Whited doesn't mess with him."
5 A     I --
6 Q     You don't know what that means?
7 A     No, huh-uh.
8 Q     Okay. And she also noted that you said it's
9 gone on for a long time. It's gotten worse in the
10 past four to five years.
11 A     Yes.
12 Q     Did Mr. Whited seem more aggressive in the
13 past --
14 A     Yes.
15 Q     -- several years?
16 A     Yes.
17 Q     And you also told her that a lot of people
18 were scared of him and he's intimidating.
19 A     Yes.
20 Q     And she wrote down that he's using Kuli as a
21 play toy, that you said that.
22 A     Yes.
23 Q     What did you mean by that?
24 A     Because Kuli wouldn't hit him back, so he
25 just kept going after him.

Page 34

1 Q     She also wrote down that you stated he
2 messed with a lot of people, but further on down the
3 line. He is serious and it isn't horseplay any
4 more.
5      Do you know -- do you recall what that's
6 about?
7 A     No.
8 Q     Did it seem like he picked on newer
9 employees or employees that hadn't been there as
10 long or weren't supervisors more?
11 A     He didn't pick on the new employees. Some
12 of the ones that have been there a while, I think he
13 got probably a little bit more agitated. Why, I
14 don't know. But as in the hitting part and stuff
15 like that, it basically came down to Kuli.
16 Q     She also noted that you felt like he showed
17 favoritism to Larry Eden. What was that about?
18 A     Putting somebody in a position that don't
19 belong in the position. That's my point of view.
20 Q     Do you think Larry Eden was like a yes-man
21 to him?
22 A     Uh-huh. Yes.
23 Q     And that's why he put him in that position?
24 A     Yes.
25      MS. DOHNER SMITH: Objection.

Page 35

1 BY MS. COLLINS:
2 Q     Was it your impression Larry Eden didn't
3 stand up to him?
4 A     Yes.
5 Q     Was it your impression Larry Eden was afraid
6 to stand up to him?
7 A     Yes.
8 Q     Do you still feel that way about Larry Eden?
9 A     Yes.
10 Q     Before Mr. Whited's termination, do you
11 recall receiving any sort of formal or informal
12 sexual harassment training from corporate?
13      MS. DOHNER SMITH: Objection.
14 BY MS. COLLINS:
15 Q     From WestRock corporate.
16 A     I don't recall.
17 Q     Do you recall an incident where Mr. Whited
18 came up to Michael Kulakowski and grabbed him while
19 he was standing by a desk, and he ended up on the
20 ground, getting shoved off, over the desk and ended
21 up on the ground?
22 A     I don't recall.
23      MS. COLLINS: Okay. If I could just
24 have a minute, I think that I am finished with you.
25 If you want to take a break, go to the restroom, you

Page 36

1 can.
2      (Recess observed.)
3 BY MS. COLLINS:
4 Q     All right. Were you around when Mr. Whited
5 was terminated?
6 A     Yes.
7 Q     Do you recall security being brought out to
8 the plant?
9 A     Yes.
10 Q     Do you know why that was or did you hear why
11 that was?
12 A     I just figured they'd put security out there
13 to make sure he didn't come back and do anything.
14 Q     Did anybody voice any concerns to you or
15 that you knew about that they were worried he was
16 going to do something?
17 A     No, ma'am.
18 Q     Do you know who made the initial complaint
19 against him in August of 2016?
20 A     No, ma'am.
21 Q     Has it been better out there since he's
22 gone?
23 A     So so.
24 Q     Sounds like a lot of changes in the past
25 year.

Page 37

1 A     Yes, ma'am.
2 Q     Did you ever see him hit Michael Kulakowski
3 with a broomstick?
4 A     I seen him throw it at him.
5 Q     Okay. You don't recall him hitting him with
6 one?
7 A     No, ma'am.
8 Q     Are there cameras out there at the
9 fulfillment center --
10 A     Yes, ma'am.
11 Q     -- in the workplace?
12 A     Yes.
13 Q     Did they record all the time or do you know
14 anything about that?
15 A     I have -- I don't know.
16 Q     And I think you told me a moment ago you've
17 never called the company hotline, right?
18 A     Right.
19 Q     Did you know the company had a hotline
20 before all this Whited stuff came about?
21 A     I kind of figured they did, but I didn't pay
22 no attention to it.
23 Q     Okay. By figured they did --
24 A     I knew that they would have a hotline, but I
25 just didn't bother calling it.

Page 38

1  Q      And you didn't know the specifics as to how
2  it was handled?
3  A      Yes, ma'am.
4  Q      Would you trust doing that, if you had to
5  make a complaint against the general manager?
6  A      Yes.
7  Q      Do you recall an incident where Mr. Whited
8  came up behind Mr. Kulakowski and squeezed him in
9  the groin so hard that he couldn't breathe?
10 A      I didn't see it, but Kuli did tell me about
11 it.
12 Q      Okay.  And you believed him?
13 A      Yes.
14        MS. COLLINS:  Okay.  That's all I have.
15        MS. DOHNER SMITH:  Just a couple of
16 questions.
17           E X A M I N A T I O N
18 BY MS. DOHNER SMITH:
19 Q      I think earlier you testified that when
20 Michael Kulakowski said he was tired of the way
21 Tommy was treating him, you told him if he hit him
22 back, he would stop.
23 A      Yes.
24 Q      But he was -- Mr. Kulakowski was afraid that
25 Tommy would fire him if he hit him back?

Page 39

1  A      Yes.
2  Q      You hit Mr. Whited back and you weren't
3  terminated by Tommy, correct?
4  A      Correct.
5  Q      J.R. Sanders hit Tommy back and wasn't
6  terminated by Tommy, correct?
7  A      Correct.
8  Q      Jerry Harville hit Tommy back and wasn't
9  terminated by Tommy, correct?
10 A      Correct.
11 Q      You indicated that you thought Tommy tried
12 to protect Kuli at times.  Were there times that he
13 could have terminated Mr. Kulakowski but he didn't
14 do so?
15 A      Yes.
16        MS. COLLINS:  Objection to form.
17 BY MS. DOHNER SMITH:
18 Q      I just want to make sure the record is
19 clear, because I think you testified that there were
20 a couple of times before Tommy Whited was terminated
21 that corporate HR came, or someone from corporate
22 came and talked about harassment and reporting
23 harassment.
24 A      Correct.
25 Q      And before Tommy was let go, someone from

Page 40

1  the main office or HR had also talked about the
2  corporate hotline and how to report things?
3  A      Yes.
4  Q      You testified that you thought Larry Eden
5  was a yes-man and wouldn't stand up to Tommy Whited.
6  Did Michael Kulakowski have the same opinion of
7  Larry?
8  A      Yes.
9         MS. COLLINS:  Objection to form.
10 BY MS. DOHNER SMITH:
11 Q      Did he express to you that he had that same
12 opinion of Larry?
13 A      Yes.
14 Q      And he knew Larry wasn't going to do
15 anything to stop Tommy?
16 A      Correct.
17 Q      I'm just going to have you look at what has
18 previously been marked as Exhibit 4.
19        (Presented Exhibit No. 4.)
20 BY MS. DOHNER SMITH:
21 Q      I think earlier you said that you received
22 your own copy of the handbook.
23 A      Yes.  I do know I have one at home.
24 Q      Okay.
25 A      It's a newer one.

Page 41

1  Q      The harassment policy is in the handbook,
2  correct?
3  A      I think so.  I haven't really looked at it,
4  but yes, ma'am.
5  Q      If you look at Page 11 of this --
6         THE WITNESS:  Can I borrow your
7  glasses, please?
8         MS. COLLINS:  Absolutely.
9         THE WITNESS:  I promise I won't walk
10 out with them.
11        MS. COLLINS:  It's okay.
12 BY MS. DOHNER SMITH:
13 Q      Looking at that document, does that appear
14 to be WestRock's sex harassment policy?
15 A      (Reviewing document.)
16        I can't say yes and I can't say no, because
17 I haven't really read it.
18 Q      Okay.  This policy here, though, it actually
19 has a 1-800 number listed there to call, correct?
20 A      Yes, ma'am.
21 Q      Any reason to think that this isn't the
22 company's handbook?
23 A      No.
24 Q      Okay.  And Page 7 of the handbook, that
25 actually has the compliance hotline as well,

Page 42

```
 1  correct?
 2  A      Yes, ma'am.
 3  Q      Okay.  So if you wanted to make a report of
 4  sex harassment, would you have gone to your handbook
 5  and looked for the number to call?
 6  A      Yes.
 7             MS. DOHNER SMITH:  Okay.  I don't have
 8  anything else.
 9             FURTHER DEPONENT SAITH NOT.
10             (Proceedings concluded at 11:10 a.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 43

```
 1             REPORTER'S CERTIFICATE
 2
 3        I, Jerri L. Porter, RPR, CRR, Notary
 4  Public and Court Reporter, do hereby certify that I
 5  recorded to the best of my skill and ability by
 6  machine shorthand all the proceedings in the
 7  foregoing transcript, and that said transcript is a
 8  true, accurate, and complete transcript to the best
 9  of my ability.
10        I further certify that I am not an
11  attorney or counsel of any of the parties, nor a
12  relative or employee of any attorney or counsel
13  connected with the action, nor financially
14  interested in the action.
15        SIGNED this 28th day of November, 2017.
16
17
18
19
20  _____
21       Jerri L. Porter, RPR, CRR
22  My Notary commission expires:  2/19/2018
23  Tennessee LCR No. 335
    Expires:  6/30/2018
24
25
```

Page 44

```
 1              E R R A T A
 2
 3       I, DONALD CHARLES TAYLOR, having read the
    foregoing deposition, Pages 1 through 42, taken
 4  November 16, 2017, do hereby certify said
    testimony is a true and accurate transcript,
 5  with the following changes, if any:
 6  PAGE    LINE      SHOULD HAVE BEEN
 7  _____   _____     _____
 8  _____   _____     _____
 9  _____   _____     _____
10  _____   _____     _____
11  _____   _____     _____
12  _____   _____     _____
13  _____   _____     _____
14  _____   _____     _____
15  _____   _____     _____
16  _____   _____     _____
17
18        _____
19            DONALD CHARLES TAYLOR
20
21
22  _____
          Notary Public
23  My commission expires:  _____
24
25
```