# In the Matter Of:

## KULAKOWSKI vs WESTROCK SERVICES

## MICHAEL WHITE

*November 15, 2017*



BRENTWOOD COURT
REPORTING SERVICES
www.brentwoodcourtreporting.com
(615) 791-6983

```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF TENNESSEE
                 NASHVILLE DIVISION




MICHAEL KULAKOWSKI,                      )
                                         )
     Plaintiff,                          )
                                         )
vs.                                      )CASE NO.
                                         )3:16-CV-02510
                                         )
WESTROCK SERVICES, INC.,                 )
                                         )
     Defendant.                          )
_____
```

DEPOSITION OF

MICHAEL P. WHITE

Taken on Behalf of the Plaintiff

November 15, 2017

Commencing at 3:15 p.m.

_____

Reported by:  Jerri L. Porter, RPR, CRR
Tennessee LCR No. 335
Expires:  6/30/2018

Page 2

```
 1   APPEARANCES:
 2   For the Plaintiff:
 3        HEATHER MOORE COLLINS
          Collins & Hunter
 4        7000 Executive Center Drive
          Building 2, Suite 320
 5        Brentwood, Tennessee  37027
          (615) 724-1996
 6        heather@collinshunter.com
 7   For the Defendant:
 8        MARY DOHNER SMITH
 9        Constangy, Brooks, Smith & Prophete
          1010 SunTrust Plaza
10        401 Commerce Street
          Nashville, Tennessee  37219
11        (615) 320-5200
          mdohner@constangy.com
```

Page 3

```
 1                I N D E X
 2             INDEX OF EXAMINATIONS
 3                                               Page
 4   Examination By Ms. Collins .....................5
 5   Examination By Ms. Dohner Smith ...............19
 6   Examination By Ms. Collins ....................24
 7
 8
 9             INDEX OF EXHIBITS
10   NO EXHIBITS
```

Page 4

1  The deposition of MICHAEL P. WHITE was
2  taken on behalf of the Plaintiff on November 15,
3  2017, in the offices of Bone, McAllester & Norton,
4  131 Saundersville Road, Suite 130, Hendersonville,
5  Tennessee, for all purposes under the Federal Rules
6  of Civil Procedure.
7         The formalities as to notice, caption,
8  certificate, et cetera, are waived.  All objections,
9  except as to the form of the questions, are reserved
10 to the hearing.
11        It is agreed that Jerri L. Porter,
12 being a Notary Public and Court Reporter for the
13 State of Tennessee, may swear the witness, and that
14 the reading and signing of the completed deposition
15 by the witness are reserved.

21                    * * *

Page 5

1              MICHAEL P. WHITE
2  was called as a witness, and after having been first
3  duly sworn, testified as follows:
4              E X A M I N A T I O N
5  BY MS. COLLINS:
6  Q    Good afternoon.  Could you state your
7  complete name for the record, please.
8  A    Michael Perry White.
9  Q    Mr. White, what is your address?
10 A    3258 Union Camp Road, Lafayette, Tennessee,
11 37083.
12 Q    What is your phone number?
13 A    House or cell?
14 Q    Cell.
15 A    (615)633-5006.
16 Q    Where do you currently work?
17 A    WestRock fulfillment.
18 Q    How long have you been out there?
19 A    Twenty-five years.
20 Q    What is your current job title?
21 A    I just printed my paycheck off.  It says
22 facility manager.
23 Q    What are you generally referred as?
24 A    I thought I was supposed to be called
25 superintendent/safety manager.

Page 6

1  Q    How long have you been in this role?
2  A    Ten years probably.  I've had several over
3  the years.
4  Q    Had several different jobs over the years?
5  A    Yes.
6  Q    Okay.  How long have you been employed by
7  WestRock?
8  A    Twenty-five.
9  Q    Who do you report to?
10 A    Right now I report to Keith Hall.
11 Q    Who did you used to report to?
12 A    It was Larry Eden.
13 Q    Was that when Larry Eden was plant manager?
14 A    Yes, ma'am.
15 Q    Have you ever reported directly to Tommy
16 Whited?
17 A    Yes, ma'am.
18 Q    When was that?
19 A    Somewhere in the neighborhood of three or
20 four years ago.
21 Q    Is your job a management position?
22 A    Yes.
23 Q    You're salaried?
24 A    Salary.
25 Q    Okay.  Now, you worked with Michael

Page 7

1  Kulakowski, right?
2  A    Yes.
3  Q    Do you still work with him?
4  A    He's off at the present time.
5  Q    But you still work with him out at the
6  fulfillment center?
7  A    Yes.  He works at the fulfillment center.
8  Q    And you worked with Tommy Whited when he was
9  out at the fulfillment center?
10 A    Yes.  He was over both facilities.
11 Q    Did you ever witness Tommy Whited hitting or
12 kicking Michael Kulakowski?
13 A    Yes, ma'am.
14 Q    Do you recall when it was?
15 A    I can't tell you when the last time was.
16 Q    Have you seen that happen on more than one
17 occasion?
18 A    Yes, ma'am.
19 Q    About how many times had you seen that
20 happen?
21 A    Handful of times.
22 Q    Handful, is that less than ten or more than
23 ten?
24 A    Probably less than ten.
25 Q    Would that be over the past five years or so

Page 8

1  before Mr. Whited's termination?
2  A    Yes, ma'am.
3  Q    Had any of those events happened the year
4  that Mr. Whited was terminated, 2016?
5  A    Yes, ma'am.
6  Q    Do you recall Mr. Whited hitting or kicking
7  Mr. Kulakowski in the groin?
8  A    Yes, ma'am.
9  Q    Do you recall him hitting or kicking
10 Mr. Kulakowski -- Mr. Whited hitting or kicking
11 Mr. Kulakowski in the groin so hard that he fell to
12 the ground and couldn't breathe?
13 A    No, ma'am.
14 Q    Do you recall Mr. Whited hitting
15 Mr. Kulakowski in the groin with a broom or any
16 object?
17 A    I don't think so.
18 Q    Did you witness Mr. Whited kicking a chair
19 out from under Mr. Kulakowski?
20 A    I don't recall seeing that.
21 Q    When you witnessed Mr. Whited hitting or
22 kicking Mr. Kulakowski, did you report that to
23 anyone else?
24 A    No, ma'am.
25 Q    Was Mr. Eden present when that happened on

Page 9

1  some of those occasions?
2  A    I can't honestly say I recall him being
3  there.
4  Q    Were people out at the plant kind of afraid
5  of Mr. Whited?
6  A    Yes, ma'am.
7  Q    Can you tell me a little bit about that, why
8  people were so afraid of him?
9  A    He was kind of bipolar.  Would be in a good
10 mood and then wouldn't -- or better terminology,
11 grouchier than hell the next minute.
12 Q    Was that kind of across the board, that
13 everybody was afraid of him?
14      MS. DOHNER SMITH:  Objection.
15 BY MS. COLLINS:
16 Q    Or your perception?
17 A    I've not -- I mean, I really -- I don't know
18 what other people felt like, but it seemed to me
19 that other people were -- felt that way, yes.
20 Q    Did he threaten people's jobs if they didn't
21 like the way things were out there?
22 A    I've heard him threaten, but he never fired
23 anybody.  So I don't know if that held much water.
24 Q    Did you ever hear him say anything to
25 employees, that if people complained about him he

Page 10

1 would find out about it, or anything like that?
2  A     I've never heard him say that, no.
3  Q     Have you ever made a complaint to HR about
4 Mr. Whited and the way he treated employees?
5  A     No, ma'am.
6  Q     Why not?
7  A     I didn't think it would matter.
8  Q     What do you mean by that?
9  A     I didn't think they'd do anything about it.
10 Q     Why do you feel that way?
11 A     I just -- I don't know how to explain it.
12 Because he'd been there so long, because he made the
13 company so much money.
14 Q     When you saw Tommy Whited hitting or kicking
15 Mr. Kulakowski, did you think he was just joking
16 around with him?
17 A     That was pretty much the culture, horseplay.
18 That's -- I guess it's been that way for years.
19 Q     With Mr. Whited hitting or kicking other
20 employees?
21 A     Yeah.  Horseplaying, in a manner of that
22 way, yes.
23 Q     Did he ever hit or kick you?
24 A     No.
25 Q     Do you think it's appropriate for the

Page 11

1 general manager to hit employees in the groin?
2  A     This day and time, no.
3  Q     Did you see Mr. Whited hit Mr. Kulakowski in
4 the groin?
5  A     You asked that already.  Yes.
6  Q     Okay.  I couldn't remember if I was
7 specific.  I forget.
8  A     That's all right.
9  Q     Did Mr. Kulakowski complain to you about the
10 way that Mr. Whited treated him?
11 A     Sometimes, yes.
12 Q     What do you recall about what he complained
13 about?
14 A     Just the fact that he thought he was picking
15 on him sometimes.
16 Q     Did he complain about being kicked or hit in
17 the groin?
18 A     I don't know if he ever physically said what
19 he was frustrated about or anything.  I think it was
20 just the way he was picking on him.
21 Q     Do you think as a supervisor out at WestRock
22 you have a responsibility to report when another
23 employee hits or kicks an employee?
24 A     Yeah, I do.  I wished I would have.  That's
25 behind me, though.

Page 12

1  Q     You wished you would have reported
2 Mr. Whited?
3  A     Well, yes.  If he had been my direct report,
4 I feel like I would have had to.
5  Q     Were you afraid you would lose your job if
6 you would have reported him?
7  A     No.  I just feel like that -- I don't know.
8 I guess I didn't take it seriously enough.  I did
9 think it was in a, like I said, horseplay manner.
10 Q     And by horseplay, you mean the hitting and
11 kicking and that sort of stuff?
12 A     Yes.
13 Q     Did you see Mr. Whited hit or kick other
14 employees?
15 A     Yes.
16 Q     Who else did you see him hit or kick?
17 A     The one I can really recall probably was
18 Jerry Harville.
19 Q     Anyone else?
20 A     Not that I can recall.
21 Q     Did you ever talk with Larry Eden about the
22 way Mr. Whited treated employees?
23 A     No.
24 Q     Did Mr. Eden ever talk with you about it?
25 A     I don't recall him ever talking to me about

Page 13

1 it, no.
2  Q     Did you ever have any dealings with an
3 employee named Helen Kendall?
4  A     Yes, ma'am.
5  Q     What did you understand her role to be?
6  A     I thought she was human resource.
7  Q     For the Gallatin plants?
8  A     Yes, ma'am.
9  Q     Did you know that WestRock had a compliance
10 hotline?
11 A     Yes, ma'am.
12 Q     What was your understanding what that was
13 for?
14 A     Well, I've had several complaints before, so
15 I thought it was for, you know, just about anything,
16 really.
17 Q     Okay.
18 A     We've had it for safety issues, you know,
19 probably for sexual harassments or, you know,
20 disgruntled employees.  I mean, I thought basically
21 it was for anything.
22 Q     Had you ever heard Tommy Whited threaten
23 employees that if they called it, he would find out
24 about it?
25 A     You've asked that again.  No, I've never

Page 14

1 heard him say that.
2 Q   You have a better memory than I have.
3 A   Sorry.
4         MS. DOHNER SMITH:  I don't even have to
5 do the objection asked and answered.
6         THE WITNESS:  I'm very uncomfortable
7 about doing this.
8         MS. COLLINS:  I'm sure.  I understand.
9 BY MS. COLLINS:
10 Q   Did you ever hear Tommy Whited cussing at
11 Michael Kulakowski?
12 A   Yeah.  Yes, ma'am.
13 Q   Have you heard him call Michael Kulakowski a
14 stupid Polak?
15 A   Yes, ma'am.
16 Q   More than one time?
17 A   Yes, ma'am.
18 Q   Did you hear him call Michael Kulakowski
19 other names?
20 A   Tommy had a way with words.  I'm sure he
21 said some more things.  He did that.
22 Q   Did you hear Mr. Whited call Mr. Kulakowski
23 a stupid motherfucker?
24 A   I'm not sure that was a direct thing or not.
25 I know about the Polak thing because of his last

Page 15

1 name.  Tommy had a foul mouth sometimes.
2 Q   So you don't dispute that he called
3 Mr. Kulakowski --
4 A   I would not dispute that, but I don't...
5 Q   Okay.  Do you recall an occasion where
6 Mr. Whited kicked Mr. Kulakowski so hard he fell to
7 his knees and wasn't able to breathe?
8 A   No.
9 Q   Do you recall an incident out at a picnic
10 table with Mr. Kulakowski and Mr. Whited, where he
11 was kicked out there?
12 A   No, ma'am.
13 Q   Did you ever witness Mr. Kulakowski either
14 tell you or Larry Eden that he was sick of the way
15 Tommy Whited was kicking him or treating him or
16 anything of that nature?
17 A   He said before that he was sick of the way
18 he treated him.
19 Q   Have you ever heard Mr. Whited -- or did you
20 ever hear Mr. Whited tell Mr. Kulakowski that he
21 could suck his dick, or anything like that?
22 A   Yeah, I've heard him say it a couple of
23 times.  I didn't -- never mind.
24 Q   I'm sorry?
25 A   Yeah, I've heard him say that.

Page 16

1 Q   Were you asked any questions at all about
2 the investigation before Tommy Whited's termination?
3 A   No, ma'am.  I thought that was very odd,
4 too.
5 Q   Did you ever witness Mr. Whited kick or hit
6 a woman in the groin?
7 A   No, ma'am.
8 Q   But y'all have women working out there --
9 A   Yes.
10 Q   -- at the fulfillment center, right?
11 A   Yes, ma'am.
12 Q   Did you ever witness Mr. Whited show his
13 penis --
14 A   No, ma'am.
15 Q   -- to anyone?
16 A   No.
17 Q   Okay.  Have you ever kicked or hit another
18 employee in the groin?
19 A   No, ma'am.
20 Q   Was it primarily Mr. Whited doing that to
21 other employees, kicking and hitting --
22        MS. DOHNER SMITH:  Objection.
23 BY MS. COLLINS:
24 Q   -- male employees in the groin?
25        MS. DOHNER SMITH:  Go ahead and answer.

Page 17

1        THE WITNESS:  I mean, you know, back in
2 the day, it was -- you know, that was horseplay.
3 That was -- I've seen people do it to other people,
4 yes.  And I couldn't tell you who or what, I mean,
5 but back when I started in the '90s, it was just
6 practical jokes and horseplay.
7 BY MS. COLLINS:
8 Q   Right.  But I'm talking about, let's say the
9 last three years before Mr. Whited's termination,
10 2014, '15, and '16.  Was it primarily him doing that
11 to other employees?
12 A   Yes, ma'am.
13 Q   I understand that Terri Henley is your local
14 HR person now, right?
15 A   Yeah.  I understand that, yes.
16 Q   About how many times do y'all see her in a
17 year?  When she's not investigating Tommy Whited.
18 A   Not many.  Three or four maybe.
19 Q   Okay.  When y'all get an employee handbook,
20 are y'all required to go through it or do y'all just
21 sign to say that you received it?
22 A   Well, we sign that we received it.  I guess
23 it's always been -- I went through mine, so I don't
24 know.  So yes, just sign to say that you received
25 it.

Page 18

1  MS. COLLINS: Okay. I think that's all
2  I have. Let me just take a second to look at my
3  notes.
4  (Pause in proceedings.)
5  BY MS. COLLINS:
6  Q    Have you been in contact with Tommy Whited
7  since termination?
8  A    He called me one time.
9  Q    What did he call you about?
10 A    He met me on the road and told me that he
11 respected me and that was -- how did he put it? It
12 was a pleasure working with me, and if he ever
13 needed him -- if I ever needed him, call him.
14 Q    Okay. When was that?
15 A    Maybe a week after he was fired.
16 Q    And you haven't seen him since then?
17 A    I've seen him. I haven't talked to him.
18 Q    Okay. You didn't buy a car or anything from
19 him, did you?
20 A    No, ma'am.
21 Q    You don't owe him any money, do you?
22 A    No, ma'am. That's the last thing I would
23 have done.
24 Q    Now, you mentioned earlier that you were
25 uncomfortable being here. Are you worried about

Page 19

1  providing testimony here today?
2  MS. DOHNER SMITH: Objection.
3  BY MS. COLLINS:
4  Q    You can answer.
5  A    Well, ma'am, I've worked for WestRock
6  25 years. He give me a job and Kuli is my best
7  friend, but I can't lie, so...
8  Q    Right. Have you noticed a change in
9  Mr. Kuli over the past several years? Or
10 Kulakowski.
11 A    Yes. It got better and then it kind of got
12 worse again.
13 Q    Is he paranoid about what Mr. Whited will do
14 to him?
15 A    He's mentioned it a couple of times, but I
16 don't know how paranoid he really is about it. I
17 think he's more worried about his health.
18 MS. COLLINS: Okay. That's all I have.
19 E X A M I N A T I O N
20 BY MS. DOHNER SMITH:
21 Q    The change that you noticed in
22 Mr. Kulakowski, you said it got better then worse
23 again. The change that you saw in him, did that
24 happen when he had problems with his back?
25 A    Yes, ma'am.

Page 20

1  Q    His demeanor changed when he had problems
2  with his back?
3  A    Yes, ma'am.
4  Q    And he'd complain about the pain in his
5  back?
6  A    Yes, ma'am.
7  Q    And when his back got better, his demeanor
8  got better?
9  A    Yeah.
10 Q    And then lately his back is hurting him
11 again?
12 A    He's complaining with his leg and stuff
13 hurting, yes, ma'am.
14 Q    Okay. When you get a copy of the handbook
15 and you sign off on it, employees actually get their
16 own copy to keep, correct?
17 A    Yes.
18 Q    Now, Terri Henley being at the facility, are
19 there times that she may be there and you just don't
20 know because you don't see her?
21 MS. COLLINS: Objection to form.
22 You can answer.
23 THE WITNESS: I can answer?
24 MS. COLLINS: Yes, you can answer.
25 THE WITNESS: This is confusing me.

Page 21

1  I'm sure it's possible that she's there
2  and I'm unaware.
3  BY MS. DOHNER SMITH:
4  Q    Okay. You said Mr. Kulakowski said he was
5  sick of the way Tommy Whited was treating him. Was
6  that in relation to kicking and hitting or was that
7  Tommy kind of getting on him about things that are
8  going on in the warehouse?
9  MS. COLLINS: Objection to form.
10 THE WITNESS: All of the above.
11 BY MS. DOHNER SMITH:
12 Q    He's told you, I'm sick of him kicking me?
13 A    Ma'am, I can't hardly remember exact words
14 like that said.
15 Q    Okay. So you just don't know what he was
16 saying when he said I'm sick of the way Tommy is
17 treating me?
18 A    Yeah.
19 Q    Okay. The term motherfucker, that's one
20 that Mr. Kulakowski himself uses; is that correct?
21 A    Yes.
22 Q    Okay. He uses that in the workplace?
23 A    I've heard him say it, yes, ma'am. Just
24 about everybody else there, too.
25 Q    Now, Tommy, when he'd get upset and cuss,

Page 22

1  he'd cuss in full meetings, correct?
2  A     Yes, ma'am.
3  Q     And there would be men and women in those
4  meetings?
5  A     Yes, ma'am.
6  Q     You said you heard Mr. Whited call
7  Mr. Kulakowski a stupid Polak. Mr. Kulakowski would
8  also refer to himself as a Polak, correct?
9  A     Yes.
10 Q     And he'd joke about being a Polak?
11 A     Yes, ma'am.
12 Q     Okay. The handful of times you said you saw
13 Mr. Whited either hit or kick Mr. Kulakowski, that
14 handful, does that encompass the hitting and kicking
15 in the groin and then hitting and kicking other
16 places?
17 A     Yeah. I would say both would be a handful
18 of times, yes.
19 Q     Okay. Now, that handful of times,
20 Mr. Kulakowski, was he typically laughing, seemed to
21 be laughing and cutting up when all of this was
22 going on?
23       MS. COLLINS: Objection to form.
24       THE WITNESS: Sometimes.
25

Page 23

1  BY MS. DOHNER SMITH:
2  Q     Okay. Was there anything that you observed
3  that you thought that Mr. Kulakowski was actually in
4  danger or hurt in any way?
5  A     I can't say danger. I know he would
6  grimace, act like it hurt him sometimes.
7  Q     But he would usually appear to be cutting up
8  with Mr. Whited?
9        MS. COLLINS: Objection to form.
10       THE WITNESS: Yes, ma'am.
11 BY MS. DOHNER SMITH:
12 Q     If you had seen anything where you thought
13 that Tommy was being malicious or attempting to, you
14 know, hurt Mr. Kulakowski, would you have offered to
15 help Mr. Kulakowski?
16       MS. COLLINS: Objection to form.
17       THE WITNESS: If they would have got
18 into a fight, I would have broke them up.
19 BY MS. DOHNER SMITH:
20 Q     What about if Mr. Kulakowski had come and
21 said, I believe I'm being sexually harassed. Would
22 you have offered to assist him?
23 A     I would have told him to call the hotline
24 number.
25 Q     Okay. He never came to you and said he was

Page 24

1  being sexually harassed, did he?
2  A     No, ma'am.
3  Q     Did Mr. Kulakowski ever ask you to make a
4  report or call the hotline or call HR on his behalf?
5  A     No, ma'am.
6        MS. DOHNER SMITH: That's all I've got.
7              E X A M I N A T I O N
8  BY MS. COLLINS:
9  Q     A moment ago when you were being asked about
10 people using the term -- or Mr. Kulakowski using the
11 term motherfucker in the workplace, I think you said
12 just about everybody else does, too?
13 A     Several individuals use words. I'm guilty.
14 Sorry.
15 Q     Okay. When you were asked about whether or
16 not Mr. Kulakowski was cutting up with Mr. Tommy
17 Whited, you don't, in fact, know if he welcomed
18 being hit or kicked in the groin, do you?
19       MS. DOHNER SMITH: Objection.
20       THE WITNESS: I don't know how to
21 answer that. No, I'm not Michael Kulakowski, so I
22 don't know if he would have welcomed it or not.
23 BY MS. COLLINS:
24 Q     Okay. And I believe you said Mr. Kulakowski
25 was afraid of Mr. Whited, right?

Page 25

1        MS. DOHNER SMITH: Objection.
2        THE WITNESS: I don't know if Kuli was
3  afraid of anybody. He'd act like a tough guy
4  sometimes, so I don't know if he was physically
5  afraid of him or not. I don't think so, but...
6  BY MS. COLLINS:
7  Q     You said a lot of employees out there were
8  afraid of Mr. Whited.
9  A     Well, they're intimidated.
10 Q     Right.
11 A     I guess if I said afraid, I probably
12 meant -- I meant intimidated. Intimidation. I
13 don't know if I can go back and say that or not.
14 Sorry.
15 Q     And you said you were never hit in the groin
16 by Mr. Whited, right?
17 A     No.
18 Q     Would you appreciate that if you were?
19 A     No.
20       MS. COLLINS: All right. That's all I
21 have.
22       FURTHER DEPONENT SAITH NOT.
23       (Proceedings concluded at 3:45 p.m.)
24
25

Page 26

```
 1              REPORTER'S CERTIFICATE
 2
 3         I, Jerri L. Porter, RPR, CRR, Notary
 4  Public and Court Reporter, do hereby certify that I
 5  recorded to the best of my skill and ability by
 6  machine shorthand all the proceedings in the
 7  foregoing transcript, and that said transcript is a
 8  true, accurate, and complete transcript to the best
 9  of my ability.
10         I further certify that I am not an
11  attorney or counsel of any of the parties, nor a
12  relative or employee of any attorney or counsel
13  connected with the action, nor financially
14  interested in the action.
15         SIGNED this 28th day of November, 2017.
16
17
18
19
20  _____
21         Jerri L. Porter, RPR, CRR
22  My Notary commission expires:  2/19/2018
23  Tennessee LCR No. 335
    Expires:  6/30/2018
24
25
```

Page 27

```
 1              E R R A T A
 2
 3     I, MICHAEL P. WHITE, having read the
    foregoing deposition, Pages 1 through 25, taken
 4  November 15, 2017, do hereby certify said
    testimony is a true and accurate transcript,
 5  with the following changes, if any:
 6  PAGE    LINE       SHOULD HAVE BEEN
 7  _____   _____      _____
 8  _____   _____      _____
 9  _____   _____      _____
10  _____   _____      _____
11  _____   _____      _____
12  _____   _____      _____
13  _____   _____      _____
14  _____   _____      _____
15  _____   _____      _____
16  _____   _____      _____
17
18          _____
19                 MICHAEL P. WHITE
20
21
22  _____
           Notary Public
23  My commission expires:  _____
24
25
```