IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


MICHAEL KULAKOWSKI,                )
                                   )
    Plaintiff,                 )
                                   )
vs.                                )CASE NO.
                                   )3:16-CV-02510
                                   )
WESTROCK SERVICES, INC.,           )
                                   )
    Defendant.                 )
_____


DEPOSITION OF

TRACYE BRYANT

Taken on Behalf of the Defendant

November 9, 2017

Commencing at 10:10 a.m.


_____


Reported by:  Jerri L. Porter, RPR, CRR
Tennessee LCR No. 335
Expires:  6/30/2018


Case 3:16-cv-02510   Document 39-12   Filed 02/26/18   Page 1 of 7 PageID #: 782

Page 2

1 APPEARANCES:
2 For the Plaintiff:
3     HEATHER MOORE COLLINS
    Collins & Hunter
4     7000 Executive Center Drive
    Building 2, Suite 320
5     Brentwood, Tennessee  37027
    (615) 724-1996
6     heather@collinshunter.com
7
  For the Defendant:
8
    MARY DOHNER SMITH
9     Constangy, Brooks, Smith & Prophete
    1010 SunTrust Plaza
10     401 Commerce Street
    Nashville, Tennessee  37219
11     (615) 320-5200
    mdohner@constangy.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1               I N D E X
2       INDEX OF EXAMINATIONS
3              Page

4 Examination By Ms. Dohner Smith ...................5
5 Examination By Ms. Collins ......................79
6 Examination By Ms. Dohner Smith ..................81
7
8       INDEX OF EXHIBITS
9 NO EXHIBITS MARKED
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1       The deposition of TRACYE BRYANT was
2 taken on behalf of the Defendant on November 9,
3 2017, in the offices of Bone, McAllester & Norton,
4 131 Saundersville Road, Suite 130, Hendersonville,
5 Tennessee, for all purposes under the Federal Rules
6 of Civil Procedure.
7       The formalities as to notice, caption,
8 certificate, et cetera, are waived.  All objections,
9 except as to the form of the questions, are reserved
10 to the hearing.
11       It is agreed that Jerri L. Porter,
12 being a Notary Public and Court Reporter for the
13 State of Tennessee, may swear the witness, and that
14 the reading and signing of the completed deposition
15 by the witness are waived.
16
17
18
19
20
21             * * *
22
23
24
25

Page 5

1         TRACYE BRYANT
2 was called as a witness, and after having been first
3 duly sworn, testified as follows:
4      E X A M I N A T I O N
5 BY MS. DOHNER SMITH:
6 Q     Ms. Bryant.  We just met a minute ago.  My
7 name is Mary Dohner Smith.  I'm one of the attorneys
8 who represents WestRock in the lawsuit that has been
9 filed against the company by Mr. Michael Kulakowski.
10 We're here today because Mr. Kulakowski has
11 identified you as a potential witness in his lawsuit
12 against the company.
13     Have you ever given a deposition before?
14 A     No, I don't think I have.
15 Q     Okay.  If you had, you'd probably remember.
16 A     Probably.
17 Q     Okay.  Well, the oath that you've just been
18 given by Jerri, our court reporter, is the same oath
19 you would give if you were in a court of law,
20 sitting in front of a judge and a jury.  So you're
21 required to testify to the same truthfulness and
22 accuracy that you would if you were in front of a
23 judge and a jury.  Do you understand that?
24 A     I understand that.
25 Q     Good.  Jerri is our court reporter.  She has

Case 3:16-cv-02510   Document 39-12   Filed 02/26/18   Page 2 of 7 PageID #: 783

Page 30

1 So, I don't want to say I didn't believe
2 Michael, because I've never had a reason not to
3 believe him. It just seemed hard to believe, so I
4 called Michael White and I asked him if those things
5 were happening, some of the things that Michael had
6 said to me, and he said, yes, that they were.
7 Q    What things did you specifically ask
8 Mr. White about?
9 A    Was he hitting Michael, was he grabbing his
10 testicles and kicking him in the nuts, things like
11 that. I don't recall exactly what things I asked
12 because it was a long time ago.
13 Q    Okay. Five years ago?
14 A    I do not recall how far -- how long ago it
15 was.
16 Q    Is there anything that would help you recall
17 when you made the call to Michael?
18 A    No.
19 Q    Okay. The change in your relationship, when
20 it started to, I think, decline romantically, was
21 that before or after Mr. Kulakowski started coming
22 home and talking about the things with Tommy Whited?
23 A    You know, I don't know exactly what
24 direction you're going to with all that. There's
25 been a lot going on, not just the stuff with him and

Page 31

1 with work. But I had two sick patients. I had a
2 father dying. He died, and then I -- and I dealt
3 with that. And then my mother, right after that,
4 got sick, and I dealt with that. So, there was a
5 lot going on.
6 I don't know about you, but -- maybe it was
7 my sexual desire that left, and I wasn't interested.
8 So maybe -- you know, I don't mean to be putting all
9 of that off on Michael. I was consumed with lots of
10 stuff going on myself.
11 Q    Okay. I want to be respectful of -- and not
12 be obtrusive, so I'm going to ask a very limited
13 question about that. Again, I really don't mean to
14 offend you or pry.
15 When did your parents start getting sick?
16 Do you have a time period or a year?
17 A    Not without a calendar and looking at it, I
18 don't. My mother has been dead five years. My
19 daddy's been dead ten years.
20 Q    Okay. All right. That's all I'm going to
21 ask about that.
22 A    Thank you.
23 Q    Anyone other than Michael White at WestRock
24 that you've talked about Mr. Kulakowski's situation
25 with?

Page 32

1 A    No, huh-uh.
2 Q    Okay. Have you ever personally observed any
3 interactions between Mr. Kulakowski and Mr. Tommy
4 Whited?
5 A    No.
6 Q    Is it fair to say, then, that everything
7 that you know about Mr. Kulakowski's treatment by
8 Mr. Whited is based upon what Mr. Kulakowski has
9 told you?
10 A    That, and then when I confirmed that one
11 time with Michael White.
12 Q    Okay. But sitting here today, you can't
13 really recall any specific details about your
14 conversation with Mr. Michael White, other than you
15 asked if that was going on?
16 A    I don't know the specific questions that I
17 asked him because that was so long ago; I didn't
18 know that it was going to be important. All I was
19 really doing then was confirming what Michael was
20 telling me. Why I felt the need to do that is just
21 because I could not imagine somebody treating
22 another person that way. And he told me that, you
23 know, he was.
24 But I do know that from that conversation
25 that it got worse. The abuse seemed worse, because

Page 33

1 Michael would come in and there would be -- if I
2 happened to walk in -- if I would walk in at night
3 and he was in the shower and I would walk in to tell
4 him I was just there, I was home, so he wouldn't be
5 scared when he walked out, because he could be
6 easily startled, and there would be a big bruise on
7 his leg. I'd say, where did you get that bruise?
8 Well, Tommy Whited.
9 Then there was one time -- that was several
10 times I would notice a bruise. Then there was one
11 time when he -- his testicles were swollen and he
12 said, would you look at this, I don't think that
13 this is normal. I looked, and I said, how did that
14 happen? He told me that Tommy had kicked him, and
15 did I think he should go to the doctor.
16 Then there were times when he would be
17 bleeding in his urine. He would say this is what
18 happened today after Tommy Whited kicked me, I
19 started bleeding.
20 Then there was a time he came home early
21 from work and -- because Tommy Whited had hit him in
22 the parking lot with the truck.
23 I mean, it just goes on and on. It was sad
24 that Michael still wanted to please that man. He
25 wanted to -- he wanted Tommy Whited to acknowledge

Case 3:16-cv-02510   Document 39-12   Filed 02/26/18   Page 3 of 7 PageID #: 784

Page 34

1 the work he was doing, and that he was doing a good
2 job there.
3       We talked about him quitting work and
4 looking for – not quitting, but looking for a
5 different job. Michael liked the work that he was
6 doing there, and he liked some of the people there.
7 He just wanted to be treated differently. He wanted
8 to be appreciated.
9 Q      Have you ever communicated with Mr. Whited
10 directly, either by phone or in person?
11 A      Other than the one time I told you about?
12 Q      Whited. I'm sorry.
13 A      Oh, Tommy Whited? I've never talked to
14 Tommy Whited. I don't even know that I would know
15 him if he walked in the office.
16 Q      I believe you indicated that your current
17 relationship with Mr. Kulakowski is – I think the
18 word you said, roommates.
19 A      Sometimes that's what it feels like. I care
20 about Michael and I want our relationship to get
21 back to what it was. I would like for him to be
22 able to get past this and move on and be the man he
23 was, but I don't know.
24 Q      Okay. You mentioned to me a couple of
25 things that you observed with respect to

Page 35

1 Mr. Kulakowski that he said Mr. Whited did to him.
2 You talked about a time where you came home, he was
3 in the shower, and there was a bruise.
4       Do you recall when that was?
5 A      I don't recall the dates, no.
6 Q      Do you know how many years ago it would have
7 been?
8 A      I do not, no. I had no idea I was going to
9 need to remember dates or be writing down dates.
10 Q      Is there anything that would help you to
11 remember when that was?
12 A      No.
13 Q      Okay. Do you recall where the bruise was on
14 his leg?
15 A      There were several. I remember one being on
16 his right – left leg.
17 Q      On the thigh area, front thigh, back thigh?
18 A      It was on the side of his – I've seen
19 several bruises. I just remember that being a
20 really bad bruise.
21 Q      Okay. Any other specific bruises that you
22 recall seeing?
23 A      Like I said, I've seen several bruises.
24 He'd been hit in the face once, where there was a
25 bruise on his cheek.

Page 36

1 Q      What do you mean by several? I think that
2 means different things to different people.
3 A      I would see different bruises on his legs
4 or – I don't know how to answer any differently.
5 Q      I mean, five, ten, fifteen? What kind of –
6 what is your –
7       (Overlapping speech.)
8 A      Specifically I remember two or three bruises
9 on the legs, and then the testicles being swollen.
10 Q      Okay. And then the bruise on his cheek as
11 well?
12 A      Yes.
13 Q      Do you recall when the bruise on his cheek
14 was?
15 A      No, ma'am, I don't recall the dates or the
16 times or what year it was.
17 Q      Okay. What about the swollen testicles? Do
18 you recall –
19       (Overlapping speech.)
20 A      I don't remember that either.
21 Q      Okay. Any other specific instances or times
22 you recall seeing any sort of injuries?
23 A      Not that I can recall at this moment. I'm
24 not saying there aren't any more. At this moment,
25 to think about all of them, I can't.

Page 37

1 Q      Okay. Do you have any notes or anything
2 that you took that would help you remember?
3 A      About?
4 Q      Any other injuries –
5 A      About the abuse? No.
6 Q      Let's talk about what Mr. Kulakowski told
7 you was going on at work. Do you recall when he
8 first started coming home and saying Tommy Whited is
9 doing these things?
10 A      I don't recall exactly how long it's been or
11 the date. When you're working and taking care of
12 kids and grandkids and responsibilities and sick
13 parents and sick neighbors, you're living life. So
14 I don't recall dates –
15 Q      Okay.
16 A      – or when he started coming home – it
17 seems like it's been forever.
18 Q      What do you remember the first thing him
19 kind of coming home and reporting to you?
20 A      That he had kicked him in his private area.
21 Q      Okay. Did he give you any specifics about
22 what happened?
23 A      I remember him – one of the things he
24 talked about was he was bent over his desk working,
25 doing something, doing some kind of paperwork. And

Case 3:16-cv-02510   Document 39-12   Filed 02/26/18   Page 4 of 7 PageID #: 785

Page 42

1 Q     Tell me about that.  Who did he say he's
2 reported these to?
3 A     He reported -- I know he -- he started out
4 talking to people -- his co-workers about it.  I
5 don't know which ones, because I don't know all
6 their names.  You've got to remember, I was pretty
7 disgusted and fed up with all of these people.
8     And he told them.  And he told me -- Michael
9 would say, well, I've talked to such-and-such about
10 it, and, you know, he's my manager or he's my
11 supervisor.
12     I can remember one time saying to him, well,
13 maybe you should sit down and talk to Tommy and just
14 tell Tommy, you wish he wouldn't treat you that way
15 and to stop.  And then I remember coming home one
16 afternoon and Michael said he had addressed Tommy
17 and asked Tommy to stop, that he would appreciate it
18 if he didn't do that anymore.  So then it continued.
19 It was like that almost made it worse.
20     None of his supervisors or people he felt
21 like he could go to -- he said one time, one guy
22 that he mentioned it to said, well, as long as you
23 work here, that's just the way it's going to be.
24 But I don't remember who it was that told him that.
25     And then another guy he mentioned it to

Page 43

1 said, I wish -- I just wish he wouldn't do it so
2 hard, kick you so hard.
3     Then there was the one that said as long as
4 you work here, that's just the way -- oh, another
5 guy told him, well, he does that because he likes
6 you.  I told Michael, I said, well, then just
7 don't -- that's not important for him to like you.
8 As long as you're doing a good job and you're doing
9 your work.
10     So then he decided to go to HR.  I don't
11 know if Michael decided that on his own or if that
12 was something I had suggested to him, did they have
13 an HR at that plant that he could go to.  Maybe it
14 was me that said that.  He said that would have been
15 a woman named Helen, I think.  I couldn't swear to
16 her name.  But he said he went and talked to her
17 about it and said that there wasn't anything -- or
18 she would check -- I'm not sure.  Whatever she said,
19 it was not a way to fix it.
20     So I asked Michael, I said, well, is there
21 somebody who's over that plant?  Who you go to,
22 who's the main plant?  Is there somebody you can go
23 to there?
24     And he had a fear of doing that.  He said,
25 well, if I call into a hotline, to this number, if I

Page 44

1 call into a number, then it will go -- it will end
2 up going straight back to Tommy, and I don't want to
3 be fired.  He's already said that he would fire
4 anybody that reported him.
5     So we were always back and forth about what
6 he should do or how he should be handling it.
7 Q     Do you recall when that conversation was
8 when you asked him who's over the plant, who's
9 outside of the plant?
10 A     I don't recall when that conversation was,
11 no.  But he didn't feel safe doing that.
12 Q     Okay.
13 A     He didn't feel safe going outside.  I don't
14 even know that I would feel safe, picking up a phone
15 and calling somebody on a phone and reporting
16 something.
17 Q     But he indicated that there was a hotline?
18 A     Somebody gave him a number that he could
19 call, but he did not feel comfortable calling that
20 number.
21 Q     Can you estimate when -- I mean, was this
22 five years ago?
23 A     I cannot.
24 Q     Three years ago?
25 A     I cannot.

Page 45

1 Q     Was it after any specific incident?
2 A     I have no idea.  But you have to understand,
3 he did not feel comfortable calling that number
4 because you don't even know who you're getting or
5 what it is or -- your concern is that it goes
6 straight back to Tommy Whited.  Or his concern is
7 that it went straight back to Tommy Whited.
8 Q     Did you personally ever witness
9 Mr. Kulakowski complain to anybody about Tommy
10 Whited?  Like were you there --
11 A     No.
12 Q     -- and witnessed it?
13 A     No.
14 Q     Did Mr. Kulakowski ever indicate that
15 Mr. Whited did this to anybody else?
16 A     I asked him if he did that to anybody else.
17 Q     What did he say?
18 A     I don't recall at this moment whether he
19 said he had done it to somebody else, but he did not
20 treat anybody like he did him.  I do believe he said
21 that he had.  I can't -- I couldn't swear to that.
22 I could not swear under oath about that.
23 Q     Okay.  Did Mr. Kulakowski ever indicate that
24 he thought that these things that Tommy was doing to
25 him were sexual harassment?

Page 46

1  A     Yes.
2  Q     Okay.  When did he start telling you that?
3  A     I don't recall a specific date that he felt
4  like it was sexual harassment.
5  Q     Has it been years ago or recently?
6  A     I don't recall exactly.
7  Q     Do you know if it's before or after he filed
8  his lawsuit?
9  A     Oh, it was before.
10 Q     Okay.  Do you know if it was before or after
11 he sought out legal advice?
12 A     You're talking about the abuse?
13 Q     Where he thought what was happening to him
14 amounted to sexual harassment.
15 A     Well, I even think -- I'm the one that said
16 to Michael that that's considered sexual harassment
17 in the workplace.
18 Q     Okay.  But you don't recall when you would
19 have --
20 A     No, not really.
21 Q     Did Mr. Kulakowski ever indicate to you that
22 he had called outside of the plant, up to the
23 corporate office or anything like that, to report
24 Mr. Whited?
25 A     No.

Page 47

1  Q     Okay.
2  A     Not to my memory.
3  Q     Do you know whether or not Mr. Whited still
4  works at WestRock?
5  A     According to Michael, Tommy Whited does not
6  work there anymore.
7  Q     Okay.  Since Mr. Whited has left WestRock,
8  has Mr. Kulakowski reported any other incidents of
9  abuse or inappropriate conduct?
10 A     From people working there now?
11 Q     Yes.
12 A     No.
13 Q     Okay.  Did Mr. Kulakowski discuss with you
14 any sort of investigation that was taking place by
15 folks outside of the plant?
16 A     He talked about somebody coming in to
17 interview people about things that had went on in
18 the plant.
19 Q     Okay.  Did he -- tell me what he told you
20 about that.
21 A     He said that after this had come out -- I
22 guess somebody had reported something on Tommy.
23 Somebody finally made a report about the things he
24 was doing.
25       We were on vacation, and he got a call -- we

Page 48

1  had gone to go see my girlfriend in Chattanooga, and
2  he got a call there that something had been said --
3  something that had been reported about Tommy Whited,
4  so that when he got back, he needed to be aware that
5  this had been done and they had reported the abuse
6  he was doing to Michael, along with some other
7  things.
8        So, Michael worried about that then the
9  entire -- it was just two or three days that we were
10 down there, and he was consumed with it then, afraid
11 he was going to lose his job, that he would think
12 that it was him that reported it.
13       So, he went to work, and evidently people
14 started coming in and asking people questions and
15 sitting down with people one on one and talking to
16 them about different things that were going on in
17 the plant.
18 Q     Did Mr. Kulakowski tell you that he provided
19 a statement during that investigation?
20 A     I believe he did.
21 Q     Did he tell you what -- anything about the
22 details of --
23 A     No.
24 Q     Okay.  Have you observed any, I guess,
25 symptoms of what you would consider emotional

Page 49

1  distress with respect to Mr. Kulakowski?
2  A     Absolutely.
3        MS. COLLINS:  Objection to form.
4  BY MS. DOHNER SMITH:
5  Q     What have you observed?
6  A     Emotionally?
7  Q     Yes, ma'am.
8  A     He just -- that's part of what I talked
9  about his personality being different.  He's
10 emotionally -- it seems like that it's -- I'm
11 looking for the words to say.  He seems -- he's
12 worried, fearful.  He isolates himself.
13 Q     So you said his personality is different and
14 that he seems worried and fearful and isolates
15 himself.  Anything else that you've witnessed?
16 A     He just -- he's been broken.  Seems like
17 he's lost self-esteem, self-confidence, that he's --
18 he seems less than a man.  I know he -- he even says
19 he feels that way, and I can sense he feels that way
20 because of his self-confidence and self-esteem and
21 self-worth.
22 Q     All right.  Anything else that you've
23 observed?
24 A     I'm sure there is.  I just can't think of it
25 at the moment.

Case 3:16-cv-02510   Document 39-12   Filed 02/26/18   Page 6 of 7 PageID #: 787

Page 58

1 things going on, so...
2 Q    What's going on?
3 A    No.  Just different things that –
4 lifestyle, what you're doing.  My daughter got
5 married and –
6 Q    Congratulations.
7 A    – you know, people have their own Sunday
8 things that they want to do.  So we're not doing as
9 much.
10 Q    Okay.
11 A    It's limited now.  Instead of every Sunday,
12 you might do it one Sunday a month.
13 Q    Okay.  Any other way in which
14 Mr. Kulakowski – you've observed Mr. Kulakowski
15 isolate himself?
16 A    Well, we just – we don't do things.  You
17 know, there's not anything we do together anymore
18 because he just doesn't want to get out and go do
19 it.
20 Q    Has he said why he doesn't want to go out
21 and do things?
22 A    Just doesn't feel – whether it's – no.
23 Just that he just – I think once he got into the
24 routine of doing what he's doing, he just – he's
25 got to work hisself back into doing it.  I'm hoping

Page 59

1 that will get better when he can get past all this.
2 Q    Is he afraid to go out because he thinks
3 Tommy might be somewhere or –
4        (Overlapping speech.)
5 A    There's times he has said that.
6 Q    Okay.  How often – I guess when did he stop
7 wanting to go out?
8 A    That's been a while.  I mean, he just didn't
9 feel like going and doing.  Whether it was the
10 depression, maybe that had a lot to do with it.  But
11 it was like Michael would get up and go to work, and
12 then he'd leave the house around 3:30, 4:00 in the
13 morning, go to work, and then get home 4:00 or
14 5:00 in the afternoon, and eat supper and take a
15 shower.  I mean, I wouldn't usually be there that
16 early.  But that was his routine of the things he
17 did.  It was like he was surviving.  Not enjoying
18 life, but just surviving.
19 Q    So has that changed since Mr. Whited left
20 WestRock?
21 A    Well, I thought that it would get a little
22 better, but I think the worry then turned to
23 something different.  So, it was –
24 Q    Worry about Tommy, running into Tommy
25 somewhere?

Page 60

1 A    That, and Tommy would still be there if
2 somebody had not reported what was going on.  So
3 then it became – he started worrying about that.
4 Well, who reported it and why did he get let go, and
5 is it because of me and is he going to come back on
6 me.
7        So, it just changed.  It wasn't he was
8 getting abused anymore, physically, but he was
9 worried now about something different.  It was
10 another worry.
11 Q    Okay.
12 A    Or another concern.
13 Q    What types of things did you used to do?
14 How often would you used to go out?
15 A    Well, maybe to the movies on the weekend or
16 out to eat supper.  He would go grocery shopping
17 with me.  He stopped doing that.  If I went over to
18 my son's house to eat supper, he just kind of
19 stopped going.
20 Q    Okay.  Any other way in which you've seen
21 that he has isolated himself?
22 A    Just not interacting like he used to.  If I
23 had to go to a funeral home or to a wedding, he
24 wouldn't go.
25 Q    Have there been weddings or funerals that he

Page 61

1 hasn't –
2 A    Yes.
3 Q    – gone to?
4        How many?
5 A    Several.
6 Q    Okay.  Did he go to your daughter's wedding?
7 A    Yes, he did.
8 Q    Good.
9 A    He was an usher.  He didn't have much of a
10 choice.
11 Q    He had to, huh?
12        Him not going to weddings and funerals, was
13 that before or after Mr. Whited was let go?
14 A    It was after – no, it was before he got let
15 go.  After all of the abuse started happening.
16 Q    Is that something that's getting better,
17 he'll go to those kinds of functions with you now?
18 A    That hadn't happened – he hasn't been to
19 any funerals, but there hasn't been a wedding.
20 Q    Other than the daughter's, okay.
21        Any other ways that you've seen him isolate
22 himself?
23 A    He stopped fishing as much.  He loves to
24 fish, and he didn't go as often.
25 Q    When did he – when did that start?

Case 3:16-cv-02510   Document 39-12   Filed 02/26/18   Page 7 of 7 PageID #: 788