# EMPLOYEE HANDBOOK AND ACCEPTABLE USE POLICY FOR ROCK-TENN COMPANY AND ITS SUBSIDIARIES

## RECEIPT & ACKNOWLEDGMENT

### PERSONNEL FILE COPY

### EMPLOYEE HANDBOOK

I have received a copy of the Employee Handbook for Rock-Tenn Company and its subsidiaries, including RTS Packaging, LLC and GSD Packaging, LLC ("the Company"). I have read the Handbook completely and have sought clarification, as necessary, to ensure my understanding. I further understand that the Employee Handbook is not a complete statement of the Company policies and procedures, but is a **general summary guide only**.

I acknowledge that some of the general policies may be amended from location to location, because each state may have different laws. As such, I understand that the Company will not enforce any general policies that are contrary to the laws of the state in which I work.

I understand that this Employee Handbook sets out certain Company policies and practices in effect as of the date of this publication. I understand that nothing contained in this Handbook may be construed as creating a binding contract with the Company for employment benefits, or a promise of future employee benefits. I also understand that these policies, procedures, guidelines and benefits are continually evaluated and may be amended, modified or terminated at any time.

I understand that no representative of the Company, other than an authorized Company officer, has any authority to enter into any agreement for employment for any specific period of time, or any agreement for benefits, and that any such agreement entered into by an authorized Company officer will not be enforceable unless it is in writing.

I have read and agree to comply with the terms of this Handbook (and the attached exhibits) including specifically, but not limited to, the Company's Computer Resources Acceptable Use Policy. I understand that a violation of this policy, and any other policy, and may result in disciplinary action, including possible termination, as well as civil or criminal liability.

As a condition of your continued employment, the Company requires you to comply with the terms of this Handbook upon receipt.

Please date, sign and print your name as indicated below to acknowledge your agreement. Then, detach this page and return it to your supervisor within 30 days of your receipt of this Handbook.

EMPLOYEE'S SIGNATURE: _Michael Kulakowski_    DATE: 5-18-02

EMPLOYEE'S NAME (printed): _Michael Kulakowski_

INTERPRETER'S SIGNATURE: _____    DATE: _____



Case 3:16-cv-02510   Document 39-13   Filed 02/26/18   Page 1 of 4 PageID #: 789



*HANDBOOK ACKNOWLEDGMENT*

*HANDBOOK ACKNOWLEDGMENT*

I have received a copy of the Employee Handbook for RockTenn. I am responsible for reading the Handbook completely and will seek clarification, as necessary, to ensure my understanding. I further understand that the Employee Handbook is not a complete statement of the Company policies and procedures, but is a **general summary guide only.**

I acknowledge that some of the general policies may be amended from location to location, because each state may have different laws. As such, I understand that the Company will not enforce any general policies that are contrary to the laws of the state in which I work

This Employee Handbook sets out certain company policies and practices in effect as of the date of this publication. However, all of us recognize that we have to remain flexible in order to meet both foreign and domestic competition, so the flexibility to change policies is important. The Handbook cannot limit this flexibility; nothing in the Handbook may be construed as a binding contract of employment or for any kind of employment benefits, nor as a promise or offer to contract. Instead, the Handbook's policies, procedures, guidelines and benefits are continually evaluated and may be amended, modified or removed at any time. Likewise, the Company's flexibility must not be limited by what people say without authorization. Accordingly, no one may enter into any agreement nor make any assurance that modifies the Handbook's contents except by written document signed by the Chief Executive Officer, Chief Financial Officer, General Counsel, Treasurer or Vice President of Risk Management.

I agree to read this Handbook (and the attached exhibits). I understand that a violation of any policy may result in disciplinary action, including possible termination, as well as civil or criminal liability.

I agree that as a condition of my continued employment, the Company requires me to comply with the terms of this Handbook (and the attached exhibits), as amended or modified.

Please date, sign and print your name as indicated below to acknowledge your agreement.

_Michael Kulakowski_     _11-20-09_
EMPLOYEE'S SIGNATURE     DATE

_Michael Kulakowski_     _2133001_
EMPLOYEE'S NAME (printed)     PLANT #

_____   _____
INTERPRETER'S SIGNATURE     DATE

Case 3:16-cv-02510   Document 39-13   Filed 02/26/18   Page 2 of 4 PageID #: 790



*HANDBOOK ACKNOWLEDGMENT*

*PERSONNEL FILE COPY*

I have reviewed the Employee Handbook for RockTenn. I am responsible for reading the Handbook completely and will seek clarification, as necessary, to ensure my understanding. I further understand that the Employee Handbook is not a complete statement of the Company policies and procedures, but is a **general summary guide only.**

I acknowledge that some of the general policies may be amended from location to location because each state may have different laws. As such, I understand that the Company will not enforce any general policies that are contrary to the laws of the state in which I work.

This Employee Handbook sets out certain Company policies and practices in effect as of the date of this publication. However, all of us recognize that we have to remain flexible in order to meet both foreign and domestic competition, so the flexibility to change policies is important. The Handbook does not limit this flexibility; nothing in the Handbook may be construed as a binding contract of employment or for any kind of employment benefits, nor as a promise or offer to contract. Instead, the Handbook's policies, procedures, guidelines and benefits are continually evaluated and may be amended, modified or removed at any time. Likewise, the Company's flexibility must not be limited by what people say without authorization. Accordingly, no one may enter into any agreement nor make any assurance that modifies the Handbook's contents except by written document signed by the Chief Executive Officer, Chief Financial Officer, General Counsel, Treasurer or Vice President of Risk Management.

I agree to read this Handbook (and the attached exhibits). I understand that a violation of any policy may result in disciplinary action, including possible termination, as well as civil or criminal liability.

I agree that, as a condition of my continued employment, the Company requires me to comply with the terms of this Handbook (and the attached exhibits), as amended or modified, or I may be subject to disciplinary action up to and including termination of employment.

Please date, sign and print your name as indicated below to acknowledge your agreement.

_Michael Kulakowski_  
EMPLOYEE'S SIGNATURE

_6-15-11_  
DATE

_Michael Kulakowski_  
EMPLOYEE'S NAME (printed)

_2133300_  
PLANT #

_____  
INTERPRETER'S SIGNATURE IF APPLICABLE)

_____  
DATE

_____  
INTERPRETER'S NAME (printed)

Date: 05/2011        EMPLOYEE HANDBOOK

Case 3:16-cv-02510   Document 39-13   Filed 02/26/18   Page 3 of 4 PageID #: 791



## Acknowledgement Form – Employee Code of Business Conduct and Ethics

Your Personal Commitment to Compliance

I acknowledge that I have read and understand the *RockTenn Employee Code of Business Conduct and Ethics* ("Code of Conduct").

I understand that each employee, including corporate officers, of Rock-Tenn Company and its wholly-owned direct and indirect subsidiaries and designated joint ventures is required to comply with this Code of Conduct.

When I have a concern about a possible violation of applicable laws or RockTenn policy, including this Code of Conduct, I will raise the concern by using the RockTenn Compliance Hotline or by reporting the concern by any other method addressed by this Code of Conduct.

*Michael Kulakowski*
Signature

Michael Kulakowski
(Print your name)

Date: 11-20-09