2133 — Investigation — August 2016

1. Have you ever witnessed inappropriate behavior between co-workers?
2. Have you ever been touched inappropriately?
3. Who did you report this to?

Tommy told Michael, that if he ever reported anything on him that Tommy would make him disappear — literally — he is really afraid Tommy will kill him if he finds out he talked to me.

If anyone says anything bad about him (TW) — they are history — if you go against him — you pay the price

What do you mean pay a price? He will fire you or make your life hell

He is now digging paperwork out to find notes of the times and witnesses when he (TW) did something to MK — someone threw his papers away — thinks it was Susan — about the time they lost the tobacco project.

A month or so ago — he (TW) came in office and said horseplay stops now while in shipping office. Michael was sitting in his chair and then Tommy kicked his chair out from under him and Michael fell on the floor.

Who did you report it to? To my manager
What is the chain?
Told to report things to Jerry and then Jerry tells Larry and Larry tells Tommy

TW calls him a stupid son of a bitch, threw his helmet at me — Jerry seen him hit me and kick me between my legs so hard I left the ground.

TW told him, 'Get your ass up and get back to work or you are fired' — MK hears, 'I am going to fire you at least three times a day'

MK - Has no self-esteem — Tommy has kicked it down — his nickname — Tommy and Susan's lil bitch — Who calls you that — the guys — specifically, they all do — look I am scared to go back to work tomorrow and afraid Tommy is going to run me off

No raise was promised $2 an hour — you can't say anything about anything or you will be gone

Have you ever been touched inappropriately? TW Kicked in privates — had to go to doc about it; Grab a zipper — asking him to come into the bathroom to do this; shake his pants — have never been disrespected as much as he has from this place — felt like he could not go anywhere — had troubled past — 17 years ago got into trouble, I can't go anywhere and make the money I do and I am old.

MK - Tried to go out of town for vacation — but canceled reservations because they (TW) canceled his vacation last minute —

What about Susan, you see her a lot, how is she? Nowhere near like Tommy — she might hit him on the arm — she follows him — she follows Tommy around like a lil puppy — Tommy is a mean person


EXHIBIT
Kulakowski 8

4168981v.1

He found his notes:

Jerry Harville – saw Tommy hit Jerry in the groin – so you saw TW hit Jerry in the groin? Yes

Tuesday 9-23-14 – 10:00am tracy dunkin and myself walked to shipping office and Tracy stopped to talk to Herndon and Tommy kicked my between my legs it was so bad – Donny Taylor saw all of this. What about Tracy or JH? No, Tracy was talking to JH

937 on 6/23/2016 – doing BOL's on table – Tommy came in and grabbed him – rolled him on desk – ended up on ground - Donny Taylor, Terry Stafford, and JC Cox saw this.
What do you mean rolled? Like from behind and rolled me

1/28/16 – shipping 911am –tommy davis and staffing agency lady– Tommy hit me in groin with a broom

937am – Susan office – Terry Susan and Tommy – hit my head and knocked my head off and kicked me in privates – took my breather – 950 am couldn't breathe or walk – tommy called him a pussy – Susan called me a big baby – when was this? Within past couple months

Shipping office 1/11/2016 – tommy kicked me in my ass – 935am at desk leaning over doing paperwork – went on top of desk – susan, tracy, staffing woman

1/14/16 - TW called me a stupid son of a bitch on phone at 910am over some donuts in break room.

Did you report any of this to anyone? Who will stand up for me? He will fire you we are not allowed to talk to anyone about this stuff and the guys I mentioned will not back me up on this

How have the events affected you?

Don't feel like I am a man from all of this – I am not a tattle tale and one day I am going to snap and I am going to stroke out or something

Tommy's son was once a cop and started buying stolen property and got fired and they (TW and son) have a business building houses – son still has business – his son and his workers have painted and built some walls – they strip the break room floors –

Do you participate in the employee surveys?
Yes but Tommy will tell us to do it but then he goes crazy on us about what they say.
What do you mean by crazy? Yelling and cussing at us, he always figures out who says what.

Have you ever witness anyone else exhibit inappropriate behavior?
Tommy and Susan – I have seen them have their hands on each other but not on privates – just on each other – Susan boobs were hanging/propped on/over desk and Tommy's face about two inches from her boobs- Tommy will holler at Susan to get over 'here' and she will start running and Tommy said would you look at that...what? Bounce, speaking of Susan's breasts bouncing around as she ran.

Tommy always tells us: If you don't have a picture keep your damn mouth shut – last 2 wives were secretaries like Susan

Tommy has destroyed me – it is not right and I am thinking about an attorney.
I looked up to Tommy as a dad, mine died, and he has totally crushed that.
Closest thing to Satan I have ever read about in the bible – is Tommy Whited