Shipping office
1-11-16

Tommy,
Kicked me in my Ass
At about 9:35 to 9:45
I was at my Desk leaning
over + Do Paper work
He come up Behind me a kick
me Hard in my ass.

Tracie
Susan      W. Hy
white staffing   Health
Hammer with shipper

EXHIBIT
Kulakowski 9
11/7/17
PENGAD 800-631-6989

9:37AM 6-23-16

I was Doing BOL's at Table, Tommy come In grab me threw me around and into Desk Hurt my right arm landed on top of Desk and in chair. Donnie willy Me

other Room Terry JC



Shifts
1-28-14
Allan
Willy
Tommy Owen
Health
Jenny wheeled this
me to note with
Brown.



Tarry called me
A stupid SOB
9:10am
Phone
1-14-16
over Dontes
In Breakroom

9:37 AM
Susan Officer

Susan, Tony S, Me
Tommy W

He Hit my Head and
Knocked my Hat off
Then Kicked me in my
Balls So Hard I went
to my Knees & lost
my Breath, 9:50 am
Hurting Bad
Susan calling me a Big
Baby, Tommy calling
me a 'pussy'





11-20-15
Munnings
office
2:20 p
Trevor Tury
In coffee
Donuts on counter Room
Me bent over Desk
Looking Tommy come
In and reach between
my legs and ~~~~
      Grab my
Balls Hard – while
        staff
In Her office
Elise was with Him about
Putting Deardon racks.

