| From: | Terri Henley <terri.henley@westrock.com> |
|---|---|
| Sent: | Monday, August 29, 2016 1:19 PM |
| To: | Melinda McGraw |
| Subject: | 2133 - Interview Questions - 8.26.16 |
| Attachments: | 2133 - Interview Questions - 8.26.16.docx |

I went through and highlighted the answers in blue for TW and SH.

I have not heard from Tracie yet.

---

Per our earlier discussion:

Thursday Night:
Keith stated that Tommy called his Thursday evening and asked 'what the hell was going on' so Keith started by telling him that he was working on getting trailers loaded, etc... at fulfillment'. Tommy then said, 'that is not what I am talking about, I am talking about TP, TH, MM coming to Gallatin in the morning.' Keith replied, 'I have no idea' and Tommy replied, "you sure you don't know, everyone talks to you?" Keith said, 'Tommy I don't have a clue.'

Saturday:
Tommy asked Keith why Kooley was at work. Keith responded, 'because the entire plant is working, we have trailers to load, all of shipping is working.' Tommy responded, 'oh, I didn't know he was working.'

Keith stated that Tommy told him that we (MM, TP, TH) asked Tommy questions about horseplay with ee's and about his eating lunch and breakfast with Susan.

Keith spent most of Saturday with Tommy and then at approximately 8:30pm on Saturday night, Tommy called Keith and began the conversation discussing work then Tommy commented that, 'he couldn't believe that no one from the sheet plant called him to tell him that Terri was over there conducting interviews.' Tommy asked Keith, 'did you know Terri was there?' Keith said yes, 'I saw her briefly, just enough time to say hi, when she came to conduct exit interview with Johanna.' Tommy then told Keith that, 'Larry told him that Terri talked to Larry, Jerry, Lana, Cindy, Helen, and Gary and that he knows Kooley talked to us because he saw him.'

Today:
Keith Hall stated that Sara (CSR at Fulfillment) has reported to him that Susan has been very rude today and that Susan made a comment, "I need to choose m friends better."

Keith stated that when he said 'good morning' to Susan this morning that she ignored his gesture.

**Thank you,
Terri Henley**
Business Unit HR Manager – TN



700 Garrett Pkwy I Lewisburg, TN 37091
T 931.270.2122 | M 931.993.9646 I F 877.382.2173
terri.henley@westrock.com | www.westrock.com



1

| From: | Terri Henley <terri.henley@westrock.com> |
|---|---|
| Sent: | Monday, August 29, 2016 1:44 PM |
| To: | Melinda McGraw |
| Subject: | Interview with Tracie - August 29, 2016 |

Tracie – 12:26pm August 29, 2016
Have you ever witnessed inappropriate behavior between co-workers?
No
Have seen anyone take horse play a little far such as hitting anyone?
Yes, I saw someone hitting someone in groin – they took their fist and hit someone in the groin – who was hit – Kooley – who hit him – Tommy Whited
Most recent time? Several different occasions –saw the knee hit him as well
What about anyone else being hit or hitting? I can't really say that I've seen it with anyone else
What did you think about it when you saw it? – I was shocked – they did laugh it off – I don't think it was done to hurt him it was more like a play situation – but I don't know what was said – I walked up on it and yes they did laugh afterward.
What about safety, have you seen any violations?
I am sure I have – recently saw someone walking on rollers – not on the walk area – Temp ee – temp's aren't aware of all the safety rules
What is your favorite thing about working here?
I like it – I enjoy my job – hours are good
If you change something about your job/work environment, what would that be?
More money ☺
What about communication, are you all having the monthly plant wide meetings, survey meetings?
It has improved some but it could be better
What about work life balance?
No issues with vacations
Inappropriate relationship? No – things look funny sometimes – have not seen anything that would make her believe someone is doing that – co-workers – preferred treatment – favoritism upper management shows favoritism to other salary ppl there…
Anything else you would like to discuss?
Nothing -


Thank you,
**Terri Henley**
Business Unit HR Manager – TN



700 Garrett Pkwy I Lewisburg, TN 37091
T 931.270.2122 | M 931.993.9646 I F 877.382.2173
terri.henley@westrock.com | www.westrock.com

1

WESTROCK 000241
Case 3:16-cv-02510   Document 39-18   Filed 02/26/18   Page 2 of 2 PageID #: 1045