

### ALERTLINE SYSTEM REPORT
#### ALLEGED FACTS ARE UNSUBSTANTIATED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Report Number: | RTC-13-10-0031 | [7836] | Received B : | MURPHYC |
| Report T pe: | WPA Initial Report | | Source: | Hotline |
| Awareness Resource: | Other | | Duration: | 00:27:05 |
| Language Used: | English | | Reviewed B : | MURPHYC |

| | |
|---|---|
| Date/Time Received: | 31-Oct-2013 01:43 pm    Eastern Time Zone |
| Followup Date: | 7-Nov-2013 |
| Report Priorit : | B |

---

### WORKPLACE ALERT INITIAL REPORT

| Allegation | Class | Priorit |
|---|---|---|
| Harassment - Sexual | Diversity, Equal Opportunity and Respect in the Workplace | B |
| Inappropriate Behavior | Employee Relations | C |

#### Location Details

Location Provided by Caller
1211 Hartsville Pike
Gallatin, TN 37066

| Part  T pe | Part  Name | Part  Job Title |
|---|---|---|
| Caller | Anonymous Caller | <None> |
| Other Involved Party | (first name withheld) (last name withheld) | customer service representative |
| Subject | Tommy Whited | (job title unknown) |
| Tommy "runs the place" | | |

#### Report Summar

Tommy Whited sexually harassed a Customer Service Representative (name withheld).

#### Report Details

---

IMPORTANT NOTE:  If you are not the intended recipient of this document, please delete it and send an email to privacy@globalcompliance.com to report the error.  This document may contain "personal data", "individually identifiable health information" or other similar data protected by international privacy laws.  As the recipient, you may be held civilly and/or criminally liable for its disclosure or misuse.  The allegations in this document are allegations only, made by individuals reporting to a company telephone or website hotline.  Companies receiving the reported allegations are responsible for protecting and using the personal data according to prevailing laws, including, without limitation, notifying data subjects, use of allegations in investigations and the timing for deletion of personal data.

WESTROCK 000193



## GLOBAL COMPLIANCE™

### ALERTLINE SYSTEM REPORT
#### ALLEGED FACTS ARE UNSUBSTANTIATED AND CONFIDENTIAL

What is your involvement in the issue? - N/A
Is this an ongoing issue? - Yes
What is the date of the most recent occurrence? - 1999 (exact month unknown)
Have you reported this issue to anyone within the organi ation? - No
Do you believe that anyone has taken steps to hide this issue? - N/A
Where did the issue occur? - Onsite
What is your relationship to the company? - Other

Tommy Whited sexually harassed a Customer Service Representative (name withheld), and the Customer Service Representative is married. Tommy gave the Customer Service Representative compliments. On one occasion, Tommy turned the Customer Service Representative's head and kissed her. Tommy also stuck his head in the Customer Service Representative's car on another occasion and kissed her. In an office, Tommy took out his penis and asked the Customer Service Representative to touch it. Additionally, Tommy called the Customer Service Representative into the office. Tommy gave the Customer Service Representative a toy penis. Tommy told the Customer Service Representative to take the toy home and use it. On the last occasion, Tommy tried to touch the Customer Service Representative's breasts. The Customer Service Representative slapped Tommy's hand. This was the end of the harassment.

Communications Specialist's Comments
_____

Special Information Requested Of Caller                    Responses
_____

Surve  Questions                                           Responses
_____

_____

IMPORTANT NOTE:  If you are not the intended recipient of this document, please delete it and send an email to privacy@globalcompliance.com to report the error.  This document may contain "personal data", "individually identifiable health information" or other similar data protected by international privacy laws.  As the recipient, you may be held civilly and/or criminally liable for its disclosure or misuse.  The allegations in this document are allegations only, made by individuals reporting to a company telephone or website hotline.  Companies receiving the reported allegations are responsible for protecting and using the personal data according to prevailing laws, including, without limitation, notifying data subjects, use of allegations in investigations and the timing of deletion of personal data.

**WESTROCK 000194**



## GLOBAL COMPLIANCE™

### ALERTLINE SYSTEM REPORT
### ALLEGED FACTS ARE UNSUBSTANTIATED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| **Report Number:** | RTC-13-10-0031 | **Received By:** | WEBALLEGATIONSUBMIT |
| **Report Type:** | WPA Follow-Up | **Source:** | Web Submission |
| **Language Used:** | English | **Duration:** | 00:03:49 |
| **Follow-up Number:** | 3 | **Reviewed By:** | WEBALLEGATIONSUBMIT |

| | | |
|---|---|---|
| **Initial Report Initiated:** | 31-Oct-2013 01:43 pm | Eastern Time Zone |
| **Follow-up Report Initiated:** | 7-Nov-2013 08:26 am | Eastern Time Zone |
| **Scheduled Follow-up:** | 7-Nov-2013 | |

**Report Priority:** C

---

### WORKPLACE ALERT FOLLOW-UP REPORT

| Allegation | Class | Priority |
|---|---|---|
| Harassment - Sexual | Diversit , Equal Opportunit  and Respect in the Workplace | C |

### Location Details

Location Provided b  Caller
1211 Hartsville Pike
Gallatin, TN 37066

| Party Type | Party Name | Party Job Title |
|---|---|---|
| Caller | Anon mous Caller | <None> |
| Other Involved Part | (first name withheld) (last name withheld) | customer service representative |
| Subject | Tomm  Whited | (job title unknown) |
| Tomm  "runs the place" | | |

### Initial Report Summary

Tomm  Whited sexuall  harassed a Customer Service Representative (name withheld).

### Follow-up Report Details

Yes.  The last occurrence of harassment occurred in 1999 at stated in the report.

---

**Report Number:** RTC-13-10-0031

IMPORTANT NOTE: If you are not the intended recipient of this document, please delete it and send an email to privacy@globalcompliance.com to report the error.  This document may contain "personal data", "individually identifiable health information" or other similar data protected by international privacy laws.  As the recipient, you may be held civilly and/or criminally liable for its disclosure or misuse.  The allegations in this document are allegations only, made by individuals reporting to a company telephone or website hotline.  Companies receiving the reported allegations are responsible for protecting and using the personal data according to prevailing laws, including, without limitation, notifying data subjects, use of allegations in investigations and the timing for deletion of personal data.



## GLOBAL COMPLIANCE℠

### ALERTLINE SYSTEM REPORT

#### ALLEGED FACTS ARE UNSUBSTANTIATED AND CONFIDENTIAL

**Communications Specialist's Comments**

<None>

**Report Number:**  RTC-13-10-0031

IMPORTANT NOTE: If you are not the intended recipient of this document, please delete it and send an email to privacy@globalcompliance.com to report the error. This document may contain "personal data", "individually identifiable health information" or other similar data protected by international privacy laws. As the recipient, you may be held civilly and/or criminally liable for its disclosure or misuse. The allegations in this document are allegations only, made by individuals reporting to a company telephone or website hotline. Companies receiving the reported allegations are responsible for protecting and using the personal data according to prevailing laws, including, without limitation, notifying data subjects, use of allegations in investigations and the timing for deletion of personal data.

WESTROCK 000196