| From: | Terri Henley <terri.henley@westrock.com> |
|---|---|
| Sent: | Wednesday, August 17, 2016 8:54 AM |
| To: | Melinda McGraw |
| Cc: | Tom Pedine |
| Subject: | 2133 - Investigation Report - August 2016 |
| Attachments: | Scan0058.pdf; 2133 - Investigation Report - August 2016.pdf |

Good Morning,

I have attached the updated report along with a statement from Lana Potts. Please let me know if you require the list of witnesses for your review and anything else you may need.

Thank you,
**Terri Henley**
Business Unit HR Manager – TN



700 Garrett Pkwy I Lewisburg, TN 37091
T 931.270.2122 | M 931.993.9646 I F 877.382.2173
terri.henley@westrock.com | www.westrock.com

1



WESTROCK 000218
Case 3:16-cv-02510 Document 39-20 Filed 02/26/18 Page 1 of 6 PageID #: 1050

# WestRock
## Investigation Summary

*Confidential*

**Claimant Information**

Gallatin Employees

**Alleged Wrongdoer**

Tommy Whited, GM

**What was alleged?**

(2) Inappropriate relationship with direct report (1)

Violation of company code of conduct: Conflict of Interest, Company Accounting and Reporting, Privacy, Respect, and Guidance and Reporting

**Related policies / procedures / CBA / Plant Rules**

- ☐ Code of conduct
- ☐ Harassment
- ☐ Work place violence
- ☐ Plant general working rule
- ☐ OTHER_____

(3) horseplay

(4) paying 5 whs

bothered / Cooley = w3 (fearful)
kicked in groin / Harrel

**Case Facts**

Alleged inappropriate relationship with a direct report - eating breakfast and lunch with direct report on a daily basis, involving direct report in all conversations whether they pertain to direct report or someone else, allowing direct report to access GM's personal computer, allowing direct report to approve documents on GM's behalf but not as proxy, spending an enormous amount of time behind closed doors with direct report, buying birthday cards and presents for this direct report but not for anyone else, allowing direct report to only work on one customer project and placing the rest of the direct reports responsibilities on CSM for sheet plant, visual observance of GM and direct report kissing on company property, visual observance of GM and direct report vehicles at the plant after hours.

→ *Witness 1:* observed Tommy Whited and Susan Hart kiss, lip to lip, on company property. No - but has hugged

*Witness 2:* observed Tommy Whited feeding Susan Hart with a spoon, spending long hours together (sometimes leaving as late as 9:00pm), consistently (almost daily) eat breakfast and lunch together, and participating in inappropriate horseplay/touching, i.e., bumping into each other on numerous occasions and Tommy standing close behind Susan to 'scare' her when she turns around.

*Witness 4:* observed Susan with her breasts propped up on her desk with Tommy's face approximately 2" away from her breasts. Excessive touching, not in private areas, but touching of the shoulder, arm, back.

*Witness 1, 3, 5, 6, 8, and 9:* state that Tommy allows Susan to participate in conversations that should only be between said employees and Tommy. I.e., entering or already being present in office meeting with Tommy or calling employees from Susan's office having employees on speaker phone to discuss issues that do not involve Susan.

*Witness 2, 3, 6, 8, and 9:* Confirmation from multiple employees that Susan is to only work on GE, all other fulfillment customers are handled by CSM for sheet plant and her previous direct reports are now reporting to CSM at sheet plant.

**Conflict of Interest** – hiring workers from son's construction company to perform work at the plant. Routes his son's employees through the temporary agency to circumvent the policy.

Updated 8.16.2016

*Witness 4, 5, 6, and 9:* indicated that Alisa Gregory and Jordan Gregory are employed by Tommy's son and that Alisa and Jordon worked on construction projects in the plant through the temp service.

**Company Accounting and Reporting** - Falsifying company payroll records – GM instructed PM to enter time for an employee that was not physically in the plant working for at least a 4 week period.

*Witness 7:* stated that Tommy instructed W7 to enter time for Bill Lester for the month of December 2015 even though Bill was not performing any work for the company.

**Privacy** – allowing direct report access to GM's company log on and password to view, approve, and send files for him.

*Witness 5, and 6:* stated approvals have come through with Tommy's name on it when they know he is not available to approve transactions. I.e., he is on a plane or at the doctor office.

*Witness 9:* observed Susan on Tommy's computer accessing his email for him.

*Witness 1:* stated Susan is Tommy's backup approver for expense reports.

**Respect** – use of threatening and intimidating language to employees. GM will track down employees on their vacation day or have another member of management do so, and tell them that if they want to keep their job, they better get back to work if there is an issue. No roll out of company values by GM. This culture is bad, employees are afraid of speaking up as they fear GM will terminated them like he has promised.

*Witness 4:* stated that Tommy has called him a stupid son of a bitch, a pussy, and threatens to fire W4 at least daily.

*Witness 9:* stated that Tommy has said many times, 'you can leave now if you don't like how I run things' or 'it is my way or else'.

*Witness 1, 3, 4, 5, 6, 8, and 9:* all stated that Tommy has control over every by threating and intimidated them. There is no team, there is only Tommy. No matter what you do, it is wrong. Provides no support, is negative all the time.

*Witness 6:* employees are afraid to speak up in meetings because Tommy has mistreated them for so long. The culture is bad, we never rolled out our values and Tommy never follows them. Cost is number one priority – not safety. Tommy provides no support for you unless you are Susan. She is the only one that he supports and their relationship is not professional.

*Witness 7:* would like to be treated decent, every decision made seems to be wrong, Tommy doesn't respect anyone, makes me feel like I have no power, he is a dictator, seems Tommy's goal it to make W7 feel bad and there is no work life balance – Tommy seems to think we don't have a life outside of here.

**Guidance and Reporting – Non-Retaliation** – GM threatens employees that he will find out who makes reports to the company hotline and find out who makes comments on the employee survey and fire them. GM has asked direct reports to help him identify which employees made undesirable comments on employee engagement survey so he can fire them.

*Witness 1, 2, 3, 4, 5, 6, 8, and 9:* indicated that Tommy will make comments such as: watch your comments because he will know who says what - you can call the hotline if you want to but I get them, I know what is on them and who called.

*Witness 9:* was asked to help identify which employees made undesirable comments on the employee engagement survey, on more than one occasion.

Updated 8.16.2016

WESTROCK 000220

*Witness 4:* stated that Tommy threatened to make W4 disappear if he reported anything on Tommy.

NEW INFORMATION:
Workplace Violence/Horseplay – GM has physically assaulted employees

*Witness 3:* stated that Tommy hit W3 in the private area with his fist approximately 5 months ago and this has happed on other occasions. W3 also witnessed Tommy hit W4 in the private area.

*Witness 4:* stated that Tommy has kicked W4 in private area on several occasions, Tommy has grabbed W4 zipper on his pants asking W4 to come into the bathroom to do 'this' and shook W4 pants, Tommy has knocked the bump cap of W4's head, Tommy has kicked W4 in the ass, Tommy has thrown his helmet (bump cap) at W4, Tommy has hit W4 in the groin with a broom, and Tommy has grabbed W4 from behind and rolled him to the ground. On one occasion, when Tommy hit W4 in the groin, W4 fell to W4's knees and Tommy told W4 to get your ass up and back to work or you are fired. Approximately one month ago, Tommy came into W4's office and said horseplay stops now and mentioned how another plant had to terminate an employee for horseplay, at this time W4 was sitting in a chair and after Tommy made the no horseplay statement, Tommy kicked W4's chair out from under W4, knocking W4 to the ground. W4 also stated that Tommy is the closest thing to Satan that W4 has read about in the bible. W4 witnessed Tommy hit W3 in the private area.

## Other Information

GM is not engaged in the sheet plant. He spends 90% of his time at the fulfillment plant.

Monthly plant-wide meetings not being held; the CSM took it upon himself to holding these meetings as required to fulfill audits but was told by GM to stop wasting time on them.
*No one confirmed these meetings were happening on a monthly basis.*

Absolutely no support from GM, the only person he supports is his direct report that he is having the alleged affair with. Supervisor suspended and recommended termination of hourly employee for use of profanity and threating violence against another hourly employee. GM moved the employee to the fulfillment center instead.
**See Respect Statements**

Safety is not number one priority – GM will not wear proper PPE while on plant floor, when addressed – he says that he will change the policy so he is in compliance but will threaten to fire other employees if they don't wear theirs.
*Witness 1 and 2:* Tommy and Susan do not wear their PPE as required.
*Witness 1:* stated Tommy has asked for W1 to re-write corporate safety policy involving bump-caps, not record temp injuries on OSHA report when required, not to contact Linda Bruce i.e., to ask questions about safety requirements, told W4 he was ready to let Jerry Harville go because of the shoulder injury, did not allow W1 to order safety first safety always shirts.
*Witness 3:* Tommy never follows PPE policy, he will when visitors are around but that is it, recent injury could have been avoided if Tommy would have approved $600 to have driveway/parking lot taken care of.

## Summary of Findings/Conclusion:

**Inappropriate relationship:** Violation of company policy – confirmed

**Conflict of Interest:** 2016 records indicate Alisa Gregory and Jordon Gregory worked for the company as temps from January through May. Whether or not this practice was intentionally exercised to circumvent company policy, is not confirmed.

**Company Accounting and Reporting:** Violation of company policy – confirmed

Updated 8.16.2016

Cooley

Harvel

WESTROCK 000221

Privacy: Not confirmed; even though multiple employees indicate Tommy allows Susan on his laptop and she approves documents, sends emails, etc. Investigation did not lead to tangible proof this is happening.

Respect: Violation of Company policy – confirmed

Guidance and Reporting – Non-Retaliation - Violation of company policy – confirmed

Past Practice:

Resolution Requested by Claimant

Recommended Course of Action
Final Action Taken

Updated 8.16.2016

**WESTROCK 000222**
Case 3:16-cv-02510 Document 39-20 Filed 02/26/18 Page 5 of 6 PageID #: 1054

I have seen Tommy Whited and Susan Hart kiss lip to lip in front of the steps at Fulfillment Center. I don't remember the exact day or time this took place but, I did inform someone else of what I saw.

*Sara Potts* (signature)