**From:** Terri Henley <terri.henley@westrock.com>
**Sent:** Thursday, August 18, 2016 9:52 AM
**To:** Melinda McGraw
**Subject:** RE: Investigation

Hi - I just got off phone with JC - after back and forth all morning -I had to get my tire plugged and I couldn't talk to him there - he is so hard to understand - I came back to house to call him in quiet and so I could type and back and forth again BUT FINALLY - he said he has seen horse play but nothing that would be considered inappropriate - he has no proof nor seen anything between SH and TW and I need to talk to Buckmaster about why he quit - but I can't reach him so.....
Very long call for no more than what I got out of him that I needed....these ppl can TALK!!!!

So you tell me - you are the boss - the others might call me back too or they might not - I tried catching them early...

I need a nap!

Thank you,
Terri Henley
Business Unit HR Manager – TN

700 Garrett Pkwy I Lewisburg, TN 37091
T 931.270.2122 | M 931.993.9646 I F 877.382.2173 terri.henley@westrock.com | www.westrock.com

-----Original Message-----
From: Melinda McGraw
Sent: Thursday, August 18, 2016 8:20 AM
To: Terri Henley <terri.henley@westrock.com>
Subject: Investigation

Hi Terri,

What did you decide to do today?i think you may have to bite the bullet and go investigate because who knows if they'll call you back.


Melinda McGraw
Area HR Manager
Mid-South
731-487-7203 Cell
731-784-7035 Office



1

WESTROCK 000224
Case 3:16-cv-02510   Document 39-21   Filed 02/26/18   Page 1 of 1 PageID #: 1056