Follow up on four alleged witnesses – names provided by Michael Kulakowski

Donny Taylor – 8.8.1994 - August 22, 2016 – 6:58PM

This ee stated that he has witnessed inappropriate behavior/horseplay in the form of Tommy kicking an ee (W4 in previous info) in the groin, smacking the ee in the back of the head, and punching the ee in the arm/shoulder area. He can't recall dates but the most recent was a few months ago. He stated he has witnessed the kicking in the groin area on more than one occasion. He does not have visual confirmation of Tommy and Susan's alleged affair but he stated he has worked for Tommy for 22 years and he knows when he is having one. He also stated he wanted to have a face to face conversation about what goes on in Gallatin as it is absolutely ridiculous. Right now with the hours he is working he would not have a reason to come to the sheet plant so we can talk in private. If I come to the fulfillment center then Tommy would know something was up and it wouldn't be good for him.

Terry Stafford – 9.3.1986 - August 18, 2016 – 6:06PM

When asked about inappropriate horseplay, he said 'Naw' because that would be a safety violation. I mean we cut up every now and again but nothing that is wrong is going on.
So no physical touching that could have been viewed as rough horseplay or unwelcome behavior? 'Naw'
No smacking hats off or kicking? 'naw'
So nothing, no behavior that would be considered a violation of policy, he said 'Naw'
No threatening or intimidating language, 'Naw'
When asked about inappropriate relationships, he laughed and then said 'naw'
When asked about anything unsafe, he said no again

Anything you would like to talk about, anything at all? 'naw'

JC Cox – 10.15.1986 - August 19, 2016 – 8:20am

When asked about inappropriate horseplay, he said they cut up but nothing physical.
When asked did you witness horseplay that resulted in an ee ending up on the ground, he said no, nothing nasty like that and that would be a safety violation and we have the best safety record in the company.
When asked about inappropriate relationships, heard rumors but not witnessed anything
He did comment on safety issues – stated that they are being worked to death – we talk about safety all the time but working us 18 hours a day is not safe. Some ee's work a years' worth of hours in 6 months' time. BUT don't tell on me about saying this, they don't want us to talk to anybody about anything. Who is 'they' – you know the ones in the office.
Said I needed to talk to Buckmaster – he can tell me all kinds of things – he quit – he was told to come help the boss man with his fence on a Sunday.

Tommy Davis – 11.13.2006
Not able to touch base with him…



4168982v.1

WESTROCK 000225
Case 3:16-cv-02510   Document 39-22   Filed 02/26/18   Page 1 of 1 PageID #: 1057