August 26, 2016 – MK – 3:10pm

About 7 or 8 years ago when he reported safety issues when things started – load the trucks anyway or he would be fired – begged to go to the doc – finally did and he was off work again – you are told if you report an accident – you are told – we have seen it before – didn't hear from Tommy specifically –

Over the years – I have told Tommy I can't get on tow motor because my back is hurting and Tommy said you get your ass on that tow motor and get it down right now – I am not asking you I am telling you or you are fired.

I am scared to death of Tommy -

Is asking doc's about his current health problems if they could be because of kicking in groins, etc...

I have done everything I can for this company

Throw his helmet at you, anything he can find he will throw it, picking you in the leg, punching arm,

Drop kicking me while bending over, saying 'get up you pussy'.

Ppl say he does that because he likes me – well I would rather him not like me

I have never kicked or hit him back – 'don't think I didn't want to'

Don't think he told Tommy that he had to go to the driver

Two times I had to go to doc to get checked out and has seen family doc about the way he had been treated here.

To get anyone to back you – I think that would be honest – Tracy Duncan – first time I have heard this name

Consistently being told you are going to lose their job – no education and been here forever they can't go anywhere and that is what TW wants them to believe.

Rumors are that he is coming out of shipping – after Jerry came out

Stupid son of a bitch – can't you do anything right – you dumb fucking Pollock – sometimes there is anger 25% and 75% laughter – playing to TW and not to me – screaming at him in his face

Why didn't you help me out – Terry Stafford – because it would come back on me Kooley, I can't say nothing.

Going to bathroom – grab a zipper and unzip it – and take care of this TW did this – he is grabbing TW zipper NOT Kooley's

If you ever report me – you know the bandies (ppl) growing up, myths – real rough country boys that no one would mess with them and they are bad ppl in construction and they will take care of you.

He has everyone terrified – in my old days I would have punched him and I would have been gone a long time ago – now it is not the right thing to do – I try and leave and go – sometimes he blocks the door and won't let me out – how could TW ever think that kicking in privates is funny

4168979v.1



WESTROCK 000231

Case 3:16-cv-02510   Document 39-24   Filed 02/26/18   Page 1 of 3 PageID #: 1062

Check into the docks – when they were tore up and when they got fixed – getting dock plate up – TW doesn't want to spend the money to fix it

MK - Because Tommy thinks all this is funny and can kick him left and right – why couldn't he hurt me?

Gets called a stupid SOB so much, you start to believe it – ask Larry – he never gets a complement

Getting into church more and praying over it

TW is sneaky

---

### Donny Taylor – 4:10pm

Kooley – physical contact – slapping in back of head – slapping nuts – kicking nuts – grinning TW prob figures it is horseplay and thinks it is funny

Slapping in back of head or arm – horseplay

Kooley is not one to lie – told DT

Doesn't think that he knows that TW knows he has seen the kicking – When Kooley bent over – he has never heard him apologize

Throws stuff – yes – looks right at you – throws something – can't tell whether Tommy is joking and sometimes he is serious - I know he is messing around with me – I go right back at him

I think Kooley is scared and he thinks TW is going to fire him

Consider that interaction – relationship playing interaction – not a friendly exchange – it is a defense so TW doesn't mess with him.

I have heard Tommy say, I ought to just fire him, (MK), puts a lot of pressure and jobs on Kooley

I was brought up – someone hits you then you hit him back – has hit TW back

For a long time – gotten worse in the past 4 or 5 years

Why are ppl just now starting to talk about it – a lot of ppl are scared of TW – he is intimidating – using Kooley as a play toy

Mess with a lot of ppl but further on down the line – he is serious and it isn't horseplay anymore

Past few years Tommy has become an ass – I don't know the trigger point

TW – his way or no way –

Find a place to put it, not my problem – TW says about board

No communication with ee's – except with Susan – they are tight

Not with your own eyes but I can tell – another ee that worked for company – there were things going on Jan Presley and Tommy – sees similarities with Susan and TW that he witnessed with Jan – throws ppl off by being mean – inappropriate contact with Jan and TW

4168979v.1

WESTROCK 000232
Case 3:16-cv-02510   Document 39-24   Filed 02/26/18   Page 2 of 3 PageID #: 1063

Slapped in head, he slapped TW in leg, slapped him in nuts – not doing this to get TW in trouble

Wants to find another job because he is not comfortable here anymore – doesn't think he is being treated fairly – run all the warehouse – work my butt off – passed up a few times as shipping supervisor – wanted to be supervisor but turned it down because of TW – doesn't want to be mistreated –

Favoritism – Larry Eden, Billy Eden sheet – orders board – Mike Eden, Jerry Harville and Mike Scruggs

Related to each other – Jerry wanted out of shipping TW said you aren't getting out unless I fire you – demotion of Jerry –

Billy got in trouble, but Tommy brought him back – got in trouble at the plant – having a sexual relationship on the floor – TW let him go – NEED PREVIOUS RECORDS B4 PS