| From: | Tom Pedine <tom.pedine@westrock.com> |
|---|---|
| Sent: | Saturday, August 27, 2016 3:19 PM |
| To: | Jeb Bell |
| Cc: | Melinda McGraw; Terri Henley |
| Subject: | Re: cooley |

yes. cooley has ben the most vocal. he is the one that claims tommy has kicked him in the groin etc. tommy called melinda 10 minutes after we said goodbye. he left the plant around 4:00 pm (personal errand) and came back around 5:30. we talked with cooley during this time. we left and said goodbye to tommy. cooley said "susan will tell tommy i'm talking to you". melinda says tommy rately calls her. he called and talked about moving cooley. he never discusses moving people to different jobs.

On Aug 27, 2016, at 1:38 PM, Jeb Bell <jeb.bell@westrock.com> wrote:

Is Tommy trying to transfer an individual after you conducted your interview? Please clarify.


Jeb

On Aug 27, 2016, at 10:56 AM, Melinda McGraw <melinda.mcgraw@westrock.com> wrote:

I would agree Tom. Tommy also hasn't sent me any documentation.

Thank you,

Melinda McGraw
Area HR Manager
Mid-South
731-487-7203 Cell
731-784-7035 Office

> On Aug 27, 2016, at 11:29 AM, Tom Pedine <tom.pedine@westrock.com> wrote:
>
> as i continue to process yesterday, let's not approve cooley's transfer from shipping to mfg. i think it is a set up to either:
> have him hurt himself given his current physical limitations, or put
> him in a job to terminate based on performance. i believe tommy found out that cooley met with us and this is a cloaked "get even" tactic. thoughts?



1

WESTROCK 000239
Case 3:16-cv-02510   Document 39-25   Filed 02/26/18   Page 1 of 1 PageID #: 1065