**STATE OF TENNESSEE**
DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT ■ DIVISION OF EMPLOYMENT SECURITY
## SEPARATION NOTICE



1. Employee's Name: <u>William</u>     <u>L</u>     <u>Whited</u>     2. SSN _____
                         *First*    *Middle Initial*  *Last*
3. Last Employed: From: <u>08/31/70</u> to <u>08/30/16</u>   Occupation: <u>General Manager</u>
                         *(mm/dd/yy)*    *(mm/dd/yy)*
4. Where was work performed? <u>1211 Hartsville Pike Gallatin, TN 37066</u>

5. Reason for Separation: ☐ Lack of Work   (☒ Discharge)   ☒ Quit

   If lack of work, indicate if layoff is ☐ Permanent   ☐ Temporary - Recall Date _____
                                                                                                        *(mm/dd/yy)*

   If <u>temporary</u>, report any vacation pay that will be paid.   Week Ending Date _____   Amount $ _____
                                                                                                             *(mm/dd/yy)*

   If layoff is <u>indefinite</u> vacation pay should not be reported.

6. Employee received:   ☐ Wages in Lieu of Notice    ☐ Severance Pay

   In the amount of $ _____ for period from _____ to _____
                                                     *(mm/dd/yy)*    *(mm/dd/yy)*

   If other than lack of work, explain the circumstances of this separation:

   ~~Resignation~~ Involuntary Separation. (mm 8.31.16)

Employer's Name: WestRock

| Address where additional information may be obtained: | Employer's Telephone Number: |
|---|---|
| 1211 Hartsville Pike Gallatin, TN 37066 | (731) 784-7035 |
| | Employer's E-Mail Address: |
| | melinda.mcgraw@westrock.com |

Employer's Account Number: _____    *(Number shown on State Quarterly Wage Report (LB-0851) and Premium Report (LB-0456)*

I certify that the above worker has been separated from work and the information furnished hereon is true and correct. **This report has been handed to or mailed to the worker.**

| Signature of Official or Representative of the Employer who has first-hand knowledge of the separation | Title of Person Signing | Date Completed and Released to Employee |
|---|---|---|
| *Melinda K McGraw* | HR MGR | 08/30/16 *(mm/dd/yy)* |

**EXHIBIT** Henley 24  11/5/17

---

**NOTICE TO EMPLOYER**
Within 24 hours of the time of separation, you are required by Rule 0800-09-01 of the Tennessee Employment Security Law to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a time sensitive request for separation information for the same information please give complete information in your response.

**NOTICE TO EMPLOYEE**
IF YOU ARE FILING A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS <u>BY TELEPHONE OR INTERNET</u> YOU MAY BE INSTRUCTED TO MAIL OR FAX THE SEPARATION NOTICE TO THE TENNESSEE CLAIMS CENTER. IF YOU ARE FILING A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS <u>IN-PERSON</u> PLEASE TAKE THIS NOTICE TO THE LABOR AND WORKFORCE DEVELOPMENT OFFICE.

LB-0489 (Rev. 12-12)    RDA 0063