Yvonne Kot

| | |
|---|---|
| **From:** | Melinda McGraw <melinda.mcgraw@westrock.com> |
| **Sent:** | Tuesday, August 23, 2016 12:15 PM |
| **To:** | Terri Henley |
| **Cc:** | Joy Jones; Melinda McGraw |
| **Subject:** | FW: Speak Up! #1327 - General Manager |

Terri - Please schedule a call for today or as soon as she is available with Stacey to discuss the steps moving forward (her Outlook calendar is typically up to date) Please include Joy on the invite. Thank you.

Thank you,

**Melinda McGraw**
Area HR Manager



T 731.784.7035 | M 731.487.7203
melinda.mcgraw@westrock.com | www.westrock.com

---

**From:** Joy Jones
**Sent:** Tuesday, August 23, 2016 11:13 AM
**To:** Terri Henley; Melinda McGraw
**Subject:** RE: Speak Up! #1327 - General Manager

Please include me on the next call with Stacey. Thanks

**Joy M. Jones, D.B.A.**
Human Resources Director, Central Region



1995 Lithonia Industrial Blvd | Lithonia, GA 30058
T 770.712.9447 | F 314.787.7065
joy.jones@westrock.com | westrock.com

---

**From:** Terri Henley
**Sent:** Monday, August 22, 2016 9:07 PM
**To:** Melinda McGraw
**Cc:** Joy Jones
**Subject:** RE: Speak Up! #1327 - General Manager

Hi,

I just got off the phone with the 3rd employee. I still have not been able to touch base with the 4th. It may be that he is unwilling to call due to being related to the facility manager, Mike White, as Mike is very tight with Tommy.

This ee stated that he has witnessed inappropriate behavior/horseplay in the form of Tommy kicking an ee (W4 in previous info) in the groin, smacking the ee in the back of the head, and punching the ee in the arm/shoulder area. He



1

WESTROCK 000205
Case 3:16-cv-02510  Document 39-27  Filed 02/26/18  Page 1 of 7 PageID #: 1067

can't recall dates but the most recent was a few months ago. He stated he has witnessed the kicking in the groin area on more than one occasion. He does not have visual confirmation of Tommy and Susan's alleged affair but he stated he has worked for Tommy for 22 years and he knows when he is having one. He also stated he wanted to have a face to face conversation about what goes on in Gallatin as it is absolutely ridiculous. Right now with the hours he is working he would not have a reason to come to the sheet plant so we can talk in private. If I come to the fulfillment center then Tommy would know something was up and it wouldn't be good for him.

Do you want me to ask Stacey when she has time to discuss the new information?

Thank you,
**Terri Henley**
Business Unit HR Manager – TN



700 Garrett Pkwy I Lewisburg, TN 37091
T 931.270.2122 | M 931.993.9646 I F 877.382.2173
terri.henley@westrock.com | www.westrock.com

---

**From:** Melinda McGraw
**Sent:** Monday, August 22, 2016 4:26 PM
**To:** Terri Henley <terri.henley@westrock.com>
**Subject:** FW: Speak Up! #1327 - General Manager

What's the status?

Thank you,

**Melinda McGraw**
Area HR Manager



T 731.784.7035 | M 731.487.7203
melinda.mcgraw@westrock.com | www.westrock.com

---

**From:** Melinda McGraw
**Sent:** Monday, August 22, 2016 9:25 AM
**To:** Terri Henley
**Cc:** Joy Jones; Melinda McGraw
**Subject:** RE: Speak Up! #1327 - General Manager

Okay, thank you. We need to get this done so if you do not hear from them by this afternoon then you will need to go there to complete the interviews, especially if Stacey said that we need to. Once you are done speaking with all witnesses, you and I will have another call with Stacey to discuss our findings and then another call with Jeb and Tom to inform them of your findings and discuss the next steps. We will then determine when Tom and I will be going over to complete the investigation. Please reach out to Michael and remind him about the notes. I called twice but he did not answer so I plan on speaking with him in person after the investigation is complete.

Thank you,

**Melinda McGraw**
Area HR Manager

2

WESTROCK 000204
Case 3:16-cv-02510   Document 39-27   Filed 02/26/18   Page 2 of 7 PageID #: 1068



T 731.784.7035 | M 731.487.7203
melinda.mcgraw@westrock.com | www.westrock.com

**From:** Terri Henley
**Sent:** Monday, August 22, 2016 9:05 AM
**To:** Melinda McGraw
**Cc:** Joy Jones
**Subject:** RE: Speak Up! #1327 - General Manager

Hi,
I did not speak with the other two hourly employees that are alleged witnesses to the inappropriate horseplay. Stacey mentioned
We need to make it a point to interview them in person, if needed.
Don't forget, Susan is alleged witness to the inappropriate horseplay as well. I know you and Tom had something in the works to interview Tommy and Susan. If I need to go back and interview the other two in person, I will but again, they are at fulfillment and that is where Susan and Tommy will be. I can't get in without one of them letting me through the gate and assisting me with pulling the ee's off the floor. Did you ever speak to Michael? He has not sent me the notes he has yet. I am not sure that he knows how to scan them to me.
**Thank you,**
**Terri Henley**
Business Unit HR Manager – TN



700 Garrett Pkwy I Lewisburg, TN 37091
T 931.270.2122 | M 931.993.9646 I F 877.382.2173
terri.henley@westrock.com | www.westrock.com

**From:** Melinda McGraw
**Sent:** Monday, August 22, 2016 8:36 AM
**To:** Terri Henley <terri.henley@westrock.com>
**Cc:** Joy Jones <joy.jones@westrock.com>; Melinda McGraw <melinda.mcgraw@westrock.com>
**Subject:** Re: Speak Up! #1327 - General Manager

Terri,

Would you please give me an update this morning.

Thank you,

Melinda McGraw
Area HR Manager
Mid-South
731-487-7203 Cell
731-784-7035 Office

On Aug 19, 2016, at 9:26 AM, Melinda McGraw <melinda.mcgraw@westrock.com> wrote:

3

WESTROCK 000203

Hi Joy,

As of this morning Terri has spoke with 2 of the 4 alleged witnesses but neither have substantiated Mike's statement. We will keep you posted.

Terri- please feel free to add comments.

Thank you,

Melinda McGraw
Area HR Manager
Mid-South
731-487-7203 Cell
731-784-7035 Office

On Aug 12, 2016, at 5:50 PM, Melinda McGraw <melinda.mcgraw@westrock.com> wrote:

> Hi Joy,
>
> Update:
>
> Terri received additional information today in her investigation and will be going back to the Gallatin plant on Monday to speak with 3 other employees that were not in the plant today but want to speak with her. We will let you know all details when the investigation is complete. Tom and Jeb are also aware.
>
> Thank you,
>
> Melinda McGraw
> Area HR Manager
> Mid-South
> 731-487-7203 Cell
> 731-784-7035 Office
>
> On Aug 11, 2016, at 2:27 PM, Terri Henley <terri.henley@westrock.com> wrote:
>
>> FYI – I have had previous conversations with Tommy about Johanna's performance, or lack thereof. When Tommy told me about Johanna resigning, he told me 'it is probably for the best as her focus is still off; she is still focusing more on the quantity of work she is putting out and not the quality of her work.'
>>
>> **Thank you,**
>> **Terri Henley**
>> Business Unit HR Manager – TN
>> <image002.png>
>> 700 Garrett Pkwy | Lewisburg, TN 37091
>> T 931.270.2122 | M 931.993.9646 | F 877.382.2173
>> terri.henley@westrock.com | www.westrock.com
>>
>> **From:** Joy Jones
>> **Sent:** Thursday, August 11, 2016 2:15 PM

WESTROCK 000202

Case 3:16-cv-02510  Document 39-27  Filed 02/26/18  Page 4 of 7 PageID #: 1070

**To:** Melinda McGraw <melinda.mcgraw@westrock.com>
**Cc:** Terri Henley <terri.henley@westrock.com>
**Subject:** RE: Speak Up! #1327 - General Manager

Thanks! This is at least enough to let me know that there is a problem.

**Joy M. Jones, D.B.A.**
Human Resources Director, Central Region
<image004.png>
1995 Lithonia Industrial Blvd | Lithonia, GA 30058
T 770.712.9447 | F 314.787.7065
joy.jones@westrock.com | westrock.com

---

**From:** Melinda McGraw
**Sent:** Thursday, August 11, 2016 3:13 PM
**To:** Joy Jones
**Cc:** Melinda McGraw; Terri Henley
**Subject:** FW: Speak Up! #1327 - General Manager

Joy,

Please see update below, thank you.

Thank you,

**Melinda McGraw**
Area HR Manager

<image005.png>

T 731.784.7035 | M 731.487.7203
melinda.mcgraw@westrock.com | www.westrock.com

---

**From:** Terri Henley
**Sent:** Thursday, August 11, 2016 1:59 PM
**To:** Melinda McGraw
**Subject:** RE: Speak Up! #1327 - General Manager

No, I am going there tomorrow. She didn't want to talk on the phone as it was not private BUT she was loud when she said 'Escaping from a toxic environment and had better job opportunity as well'. She said "I have no problem being the one to stir the shit pot". She also indicate she is not the only one I need to speak with so that is all I know...

Buckmaster – I left two messages – he is not going to call me back – all I can do is mail a paper exit interview.


Thank you,
**Terri Henley**
Business Unit HR Manager – TN
<image002.png>
700 Garrett Pkwy I Lewisburg, TN 37091

T 931.270.2122 | M 931.993.9646 | F 877.382.2173
terri.henley@westrock.com | www.westrock.com

**From:** Melinda McGraw
**Sent:** Thursday, August 11, 2016 12:48 PM
**To:** Terri Henley <terri.henley@westrock.com>
**Subject:** FW: Speak Up! #1327 - General Manager

Do you have additional information? Thank you.

Thank you,

**Melinda McGraw**
Area HR Manager

<image005.png>

T 731.784.7035 | M 731.487.7203
melinda.mcgraw@westrock.com | www.westrock.com

---

**From:** Joy Jones
**Sent:** Monday, August 08, 2016 5:05 PM
**To:** Melinda McGraw
**Subject:** Fwd: Speak Up! #1327 - General Manager

Did you say you were in Gallatin? Please look into this.


Joy M. Jones
HR Director - Central Region
770-712-9447


FYI.

Joy- please look into this.

Sent from my iPhone

Begin forwarded message:

> **From:** Jennifer Graham <jennifer.graham@westrock.com>
> **Date:** August 8, 2016 at 5:10:36 PM EDT
> **To:** Jill Horner <jill.horner@westrock.com>
> **Subject: Fwd: Speak Up! #1327 - General Manager**
>
> Another for you.
>
> Sent from my iPhone

Begin forwarded message:

**From:** <anonymous@westrock.com>
**Date:** August 8, 2016 at 4:58:03 PM EDT
**To:** <1101Speakup@westrock.com>
**Subject: Speak Up! #1327 - General Manager**

| | |
|---|---|
| From: | anonymous@westrock.com |
| Date: | 8/8/2016 |
| Time: | 4:58 PM |
| Reason for Comments: | Complaint |
| Subject: | General Manager |

Comments:
We are loosing our second WestRock employee in the Gallatin sheet plant due to a hostil[e] created by our General Manager. It would be in the company's best interest to interview p[eople] why people are leaving. He doesn't seem to care people are quitting and makes statement[s] better off anyway. One was a twenty plus year maintenance man and now customer servi[ce] what you may think they are at Gallatin's sheet plant and Fulfillment center.

7

WESTROCK 000199

Case 3:16-cv-02510   Document 39-27   Filed 02/26/18   Page 7 of 7 PageID #: 1073