**From:** Terri Henley <terri.henley@westrock.com>
**Sent:** Thursday, August 18, 2016 9:43 AM
**To:** Terri Henley
**Subject:** FW: Exit Interview with Johanna

Jc Cox

Horseplay – nothing nasty like that – cut up some – nothing about knocked down to ground –
Heard rumors not seen any anything
Working us to death – safety – we talk about it it aint safe 18 hours a day – work too much – some ppl get a years' worth of 12 month hours in 6 months' time – they don't want no one to talk about this – don't tell on me – only maintenance – Haven't seen anything about

Ken Buckmaster – need to talk to him – about it – he said he was called to help boss man with fence?????????????

Thank you,
**Terri Henley**
Business Unit HR Manager – TN



700 Garrett Pkwy I Lewisburg, TN 37091
T 931.270.2122 | M 931.993.9646 I F 877.382.2173
terri.henley@westrock.com | www.westrock.com

**From:** Terri Henley
**Sent:** Wednesday, August 17, 2016 12:08 AM
**To:** Terri Henley <terri.henley@westrock.com>
**Subject:** FW: Exit Interview with Johanna

Michael Kulakowski
Tommy told you that if ever reported anything on him – that he would make him disappear – literally – he is really afraid Tommy will kill him if he finds out he spoke to me

Digging paperwork out finding notes of the times and witnesses when he did something to me – someone threw his papers away – thinks it was Susan – about the time they lost the tobacco project

Who did you report it to, through managers, calls him a stupid son of a bitch, threw his helmet at me – Jerry seen him hit me and kick me between my legs so hard I left the ground

Get your ass up and get back to work or you are fired – hear 'I am going to fire you at least three times a day'

A month or so ago – he came in office and said horseplay stops now – in shipping office – sitting in his chair and then drop kicked him into floor with Kooley in it

Has no self-esteem – Tommy has kicked it down – nickname – Tommy and Susan's lil bitch –

Scared to go back and afraid Tommy is going to run him off -



1

**WESTROCK 000208**

Case 3:16-cv-02510   Document 39-28   Filed 02/26/18   Page 1 of 7 PageID #: 1074

No raise was promised $2 an hour – you can't say anything about anything or you will be gone

Have you ever witnessed inappropriate behavior between co-workers?

Have you ever been touched inappropriately? Kicked in privates – had doc; Grab a zipper – asking him to come into the bathroom to do this; shake in his pants – have never been disrespected as much as he has from this place – felt like he could not go anywhere -

Tried to go out of town for vacation – but canceled it because they canceled his vacation last minute – this time he

Susan – nowhere near like Tommy – like hit him on the arm – she follows him – she follows Tommy around like a lil puppy – Tommy is a mean person

Smack – Jerry Harville – saw Tommy hit Jerry in the groin

Told to report things to Jerry to Larry to Tommy –

If anything says anything bad about him – they are history – if you go against him – you pay the price

Tommy has destroyed him – it is not right and he is thinking about an attorney

Tuesday 9-23-14 – 10:00am tracy dunkin and myself walked to shipping office TW and JH Herndon – Tracy and I stopped to – Tommy kicked my between my legs it was so bad – Donny Taylor saw all of this

937 on 6/23/2016 – doing BOL's on table – Tommy came in and grabbed him – rolled him on desk – Donny Taylor – willy white – ended up on ground - Terry Stafford and JC Cox saw this as well
1/28/16 – shipping 911am – willie tommy davis and staffing agency – Tommy hit me in groin with a broom
937am – Susan office – Terry Susan and Tommy – hit my head and knocked my head off and kicked me in privates – took my breather – 950 am couldn't breathe or walk – tommy called him a pussy – Susan called me a big baby – within past couple months

Shipping office 1/11/2016 – tommy kicked me in my ass – 935am at desk leaning over doing paperwork – went on top of desk – susan, willie, tracy, staffing woman

1/14/16 - TW called me a stupid son of a bitch on phone – 910am over some donuts in break room

Don't feel like I am a man from all of this – I am not a tattle tale and one day I am going to snap and I am going to stroke out or something

Son was a cop and was buying stolen property and got fired and they have a business building houses – son still has business – painting and building some walls – stripping break room floors –

Meeting – about survey – tell them to do it then he goes crazy on them about what they say

Looked up to Tommy as a dad and he crushed that –

Tommy and Susan – I have seen them have their hands on each other but not on privates – just on each other – Susan boobs hanging over desk and his face about two inches from her boobs- Susan running Tommy said look at them bounce and Kololey said nothing.

If you don't have a picture keep your damn mouth shut – last 2 wife's were secretaries like Susan

2

Closest thing to Satan I have ever read about in the bible – is Tommy Whited

**Thank you,**
**Terri Henley**
Business Unit HR Manager – TN



700 Garrett Pkwy I Lewisburg, TN 37091
T 931.270.2122 | M 931.993.9646 | F 877.382.2173
terri.henley@westrock.com | www.westrock.com

**From:** Terri Henley
**Sent:** Monday, August 15, 2016 3:32 PM
**To:** Terri Henley <terri.henley@westrock.com>
**Subject:** FW: Exit Interview with Johanna o

Cindy Rosas

Have you witnessed any inappropriate behavior by any of your coworkers –

Horseplay – TW will stand really close to Susan – i.e., door way example – bump each other – coming out of her office and she was coming out of bathroom and he came out of her office and they bumped –
Tommy scared her coming out of her office and come in there to tell Cindy and Sara – seen him eating and feed Susan off same spoon – over at his office then and she gets mad if she can't get them on the phone, gets angry because she needed something from her office and wanted – she doesn't treat us right – very bossy, always demanding, no profanity, told them b4, she always said Tommy said this and Tommy said that – did you go check the first the piece so she runs to Tommy telling him everything – it is like she is trying to get us in trouble with him – she likes it when he is mad at us

So she slams the door and raise her voice at her – slam papers down – Tommy doesn't act like that toward us – but SH says he is always fussing at her and chewing her ass out

K Hall is Sara and Cindy's boss and Susan is still bossing her around –

Cindy has GE – Susan is GE manager – helps Susan with GE but Cindy doesn't have to do it anymore – Cindy still enters orders – Shipping made error on E-packing slips Cindy had to fix it because Susan doesn't know how

June – very stressful environment brought on by Susan – will go out and find stuff to complain about Tommy – always complaining – gives supervisors a hard time – Susan follows suit

New machine – Susan took over the whole building – ppl don't like to work over there because of her

Safety – Tommy and Susan never wear their PPE and Susan told only ppl operating machines need to wear bump cap –

Never been asked to do anything to violate policy – brought time issue to Tommy and he handled it – girl was clocking in for someone else

What is your favorite thing about working here – I like what I do – I like working with customers – customer sent email about how great a job she was doing but never acknowledge it to her

TW and SH – always over there – even before GE – 7 or 9 at night – every single lunch he spends with Susan – Susan in at 7am and Tommy around 730-8am; doesn't really see a need for them to work 12 hours a day

GE – Tommy sent Susan to get breakfast – in a professional environment you don't tell co-workers to go get them breakfast – each lunch together, usually eat in her office

Birthdays –last year TW had them order her a b-day cake -

Susan said Ed will tell –

Change one thing about your job it would be…to not be around Susan – she has seen him go off on other ee's – once he starts getting angry she tries to get away – he hollers at ppl in front of everyone – always been this way -

She runs around like she is assistant GM –

Cooley should have a lot to say to me -

---

Jerry Harville

Reported the injury immediately – multiple ppl could have been hurt but tommy didn't want to pay $600 to make it clear

Yes, Tommy – what did he do – hit me in private area with his hand – what was your response, 'don't ever do that again'; over the years probably three times – maybe about 5 months ago –
Didn't report – because, really didn't think nothing about it – if he had of turned it in then he would lose his job – why do you think that – Tommy has a control over everyone – making you feel stupid – Jerry, hit him on the shoulder when he hit him in the balls.

Threatening or intimidating language – son playing ball – doing a bill – went to ball game – next day – TW said, if he has stayed and done his damn job then it would have been messed up – long time ago

Inappropriate behavior – kicked Cooley in privates as well. 615.681.2319 – Wednesday he will be back from vacation

Inappropriate relationships – taking inventory one evening – grabbed lady by breast

What do you like most about your job – I don't like shipping manager – dispute with a Brown ee terminated – put Jerry in the job – has asked TW on several occasions to be moved back to forklift and TW won't move him back -

Told Larry to tell Jerry – my next step is out the door – he bully's and is intimidating

He is negative at the sheet plant he never follows PPE policy – he will allow ppl at fulfillment to do whatever – not a very good boss

If you could change one thing about environment – would like a positive work place – working 12 hours a day 6 days a week – TW is not engaged in the plant – never good enough for him – wages are not that good around here – starting wages

Ppl keep saying he never replaced Pam, KH is her replacement

Gradually getting worse – maybe because he is getting older – why do you think you would lose your job – what goes wrong way – when you wake up not wanting to come to work every day – it is bad – no matter what you do, it is wrong, unless it is his idea or his way and you get tired of listening to it – Jerry has been looking for another job but if it keeps on, I am going to have to find another job – just very intimidating
Susan and Tommy are always together – it is always this way – it gets annoying and think they are together but no proof.

Danny Reed – need to send exit interview – got on disability

Hourly ee's being called all hours of the night and weekend making them work but not paid

---

Larry –
It's a going busy –

Have you been asked to violate any of our company policies? No

Were you instructed to enter time for an ee that was not at the plant working? No

If so, who instructed you to and why and did you do it? Manipulate payroll records? No

Were you asked to enter time for William Lester for the month of December 2015? – yes – who asked you – Tommy – did he ask you why – promised Bill to pay him; needed time off from wife's death – no threats

Were you asked to located an ee on his day off? Yes on Saturday or Sunday
Have you been ever asked to go to an ee's home to locate them? Yes, urgent request – maintenance guy – machine down
Who asked and what did they tell you to do? Boss, TW – called and left message TW did and TW hadn't heard from him – pls run by and see if he was home -
What happened after that? called TW back and said he wasn't at home.

Inappropriate behavior – not that he can think of

What is your favorite thing about working here – people are the best – been here for 42 years –

Safety culture – we preach safety – go home same way they come in and out – confident that they might do a small cut and not report -

Monthly plant wide meetings – haven't done any in a while -

Survey meeting – after survey had meetings; have you ever been asked to help figure out who says what – answer is no; do you believe the surveys are totally confidential; depends – at some point and time they made some comments

What is your least favorite thing about working here – don't like six sigma – lots of pressure, not support on it –

What about work life balance – never get all vacation time – sometimes he doesn't apply and sometimes it is hard to get off – always leave 2 or 3 weeks on table

Buckmaster – resigned to Larry – told JC first – said that taken another job – asked why and said that – he doesn't like a lot overtime and doesn't like to be called back in to work – always paid him accordingly – was tired of working

What can I do to help you – pressure here getting customer orders – do what you got to do – like to be treated decent – every decision we make seems to make is wrong – TW - not going to drive him in the ground – I respect him but don't get the respect back - feels like he has no power – TW dictates everything – no verbally abusive as far as cussing – it seems he wants to make you feel bad – hardheaded - TW has changed – he is here for the company – thinks sometimes, no one has a life outside here and thinks you should be on call 24/7 -

5

WESTROCK 000212
Case 3:16-cv-02510   Document 39-28   Filed 02/26/18   Page 5 of 7 PageID #: 1078

Enjoy ppl here – don't enjoy it like I used to – as company got bigger – the demands got higher – more chiefs than Indians -

---

Scruggs, Cooley, Hall, Eden -

Safety questions – what would you do if you were injured – how is safety here –

Lana feels that it is a violation of policy – temp guy that cut his finger – TW told her not to fill out a report on it
    Tow motor driver – hurt his arm – temp – went to doc – was told not to manage it or deal with it –
    TW – is a smooth talker – he will make it seem – bite the dust and go by TW rules and hope nothing really bad happens

Hard hat – rewrite policy

Cooley told Lana – that TW has kicked him in the balls – he has medical condition now because of it -

Jerry Harville – kicked in the balls by TW

**Thank you,
Terri Henley**
Business Unit HR Manager – TN



700 Garrett Pkwy I Lewisburg, TN 37091
T 931.270.2122 | M 931.993.9646 I F 877.382.2173
terri.henley@westrock.com | www.westrock.com

**From:** Terri Henley
**Sent:** Friday, August 12, 2016 12:39 PM
**To:** Terri Henley <terri.henley@westrock.com>
**Subject:** Exit Interview with Johanna

1. Johanna - Sucks, morale is negative – miserable – overworked – since Pam died – it has gone downhill – K Hall – admire very much – feel sorry for him as he is being worked to death so pulled away so much he doesn't have time to support the CSR – not going to be somewhere that she is miserable – no one has directly treated her badly but it is frustrating – everyone is negative and bitching and complaining – this plant lacks organization skills – Larry and Gary are stressed and overworked – no replacements – retail solutions is taking over everything – CSR reps are buried – Cindy from fulfillment supposed to come over – hearsay, Susan is a pain to work with. Life is too short to be miserable and not do anything that will not make her happy – vacation time is weird and dress code – she didn't really want to talk to me – was nervous even tho she is leaving but the ee's here asked her to please come and tell me the truth.
GM covers up shit in litter box
Helen – survey – meeting before – and said just remember I can figure out who said what – calling the hotline, yall can call the hotline if you want to – he gets them and knows what is on them and who calls – she thinks he is trying to get her to quit – she said Tommy said Jeb wanted to know how much longer she was going to work – Susan is just as intimidating as he is – used to have a real good working relationship – since her and Tommy have gotten so close – Susan is being bossy – about having her do stuff that she should do – comes across as hate full -
2. See above
3.

WESTROCK 000213
Case 3:16-cv-02510 Document 39-28 Filed 02/26/18 Page 6 of 7 PageID #: 1079

Head count for salary ppl in Gallatin; vacation – no one gets to take it like they should – they are afraid to turn it in – Larry is afraid to ask for him

Went to Ken's house on a Sunday to find him because he didn't answer the phone…that is what broke him –

Cooley – cancelled vacation – if he thinks he needs them he will cancel their vacation -

Meetings – no one talks – they are afraid of talking in front of Tommy – have been mistreated for a long time – goals,

Gary – we do not look for ee's – we don't run – backgrounds –thru the temps – temps are operators, look at headcount – never agrees with anyone – always criticizes – steering team meetings are dreaded – safety team meeting – safety ace gets to go to lunch with Tommy and some ee's won't go because they don't want to go with him – safety team – Larry suggested getting them something out of westrock catalog and tommy shut it down – the team is scared of Tommy - gary doesn't agree with the way Tommy operates – Tommy never rolled out the values – they don't do monthly plant meetings – maybe one or two meetings on the survey deal -

Bad culture environment – they are afraid they are going to get fired –
None of our values matter at this plant – Gary was going to send a letter out – Susan is intimidating – she will call over here and whine and cry about it – Helen said it is a lovers spat

Approved vendors for Fieldglass – for Gallatin

Cost is the number one priority not safety –

Jerry – was afraid to report his injury because he was scared Tommy would fire him –

No support – he only supports Susan – no one else they think that Susan and Tommy have a personal relationship –

Tiffany – review – look at it – communication on the raises and reviews is not there –

Construction – biz and they do the work at the plant –

Ed is unorganized and he and Tommy has screwed the retail solutions job – we could have made money

Conflict management training –

Bill Lester – retirement – paid him for the entire month of December when he retired but was paid for it – Tommy told him he would pay him through December – Larry clocked him in and out every day – per Tommy's instruction -

Thank you,
**Terri Henley**
Business Unit HR Manager – TN

**WestRock**
700 Garrett Pkwy | Lewisburg, TN 37091
T 931.270.2122 | M 931.993.9646 | F 877.382.2173
terri.henley@westrock.com | www.westrock.com