| From: | Terri Henley <terri.henley@westrock.com> |
|---|---|
| Sent: | Monday, August 29, 2016 2:50 PM |
| To: | Tom Pedine; Melinda McGraw |
| Subject: | RE: donnie |

Hi Tom,

Donny said he saw this – slapping nuts, kicking nuts, slapping on back of the head...

Thank you,
**Terri Henley**
Business Unit HR Manager – TN



700 Garrett Pkwy I Lewisburg, TN 37091
T 931.270.2122 | M 931.993.9646 | F 877.382.2173
terri.henley@westrock.com | www.westrock.com

**From:** Tom Pedine
**Sent:** Monday, August 29, 2016 1:47 PM
**To:** Melinda McGraw <melinda.mcgraw@westrock.com>; Terri Henley <terri.henley@westrock.com>
**Subject:** donnie

**Remind me. did Donnie say he saw tommy kick cooley in the groin or did he say others saw it but he did not?**



1

WESTROCK 000242
Case 3:16-cv-02510   Document 39-29   Filed 02/26/18   Page 1 of 1 PageID #: 1081